Civil Action No. 4:11-CV-00094-BO

| | |
|---|---|
| BRUCE BANNISTER; MAX DUTTON; and MARION TOWLES;<br><br>Towles,<br><br>vs.<br><br>WAL-MART STORES EAST, L.P.,<br><br>Defendant. | **APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING MAX DUTTON'S CLAIMS** |

**A-8**

**Max Dutton Deposition Transcript Exhibit 13**
Annual Store Manager Performance Evaluation Fiscal Year Ending 2006 ("FYE") for M. Dutton (4/12/2007)

# Performance Evaluation
## Store Manager

**WAL★MART**
ALWAYS LOW PRICES.

### Associate Information
| | |
|---|---|
| Associate Name: Max Dutton | Store #: 2000 |
| Social Security Number: Redacted | Date of Evaluation: 4/12/2007 |
| Supervisor: Gregg May | Review Period: Feb1,06-Jan31,07 |

**Company Beliefs and Values** *(Daily application and understanding of Wal-Mart's 3 Basic Beliefs are reflected throughout the evaluation.)*

Respect for the Individual: Open Door/Grass Roots, People Development, Mentoring, Servant Leadership, Honesty and Integrity

Service to Our Customer: Friendly/Knowledgeable Associates, Satisfaction Guaranteed, 10 Foot Rule, Quality Always, Sense of Urgency and EDLP

Strive For Excellence: Continuous Improvement, Community Involvement, Expense Conscious, Integrity Always, Good Works, and Teamwork

### Evaluation Information

*Select one rating for each Performance Standard. *All Performance Standards must have a rating selected

### Operations (30%)

| Job Responsibilities | Performance Standards | Actual Results | | | Exceptional Performer | Valued Performer | Below Expectations |
|---|---|---|---|---|---|---|---|
| Ensures financial goals are met | Achieves sales objectives | 43,442,695 | TY vs LY | 42,927,487 | 4.00 | | |
| | Achieves profit contribution objectives | 7.72 | TY vs LY | 8.14 | | | 2.90 |
| | Achieves total payroll w/maintenance objectives | 7.9 | TY vs LY | 7.98 | 4.00 | | |
| | Achieves total controllable expense objectives | 11.93 | TY vs LY | 11.46 | | 3.00 | |
| | Achieves accident reduction objectives | 25 | TY vs LY | 22 | | 3.70 | |
| | Achieves markdown objectives | 4.97 | TY vs LY | 4.46 | | 3.50 | |
| Protects Company assets by identifying opportunities to prevent shrink | Achieves shrink objectives | 0.27 | TY vs LY | 0.4 | | 3.50 | |
| | Ensures execution of Asset Protection controls | | | | | 3.50 | |
| Promotes an environment that exceeds the expectations of the Customer | Achieves check-out score objectives | 52 | TY vs LY | 55 | | 3.00 | |
| | Ensures utilization of daily staffing comparison report to ensure staffing levels | | | | | 3.50 | |
| | Achieves Company objectives for overall Store-Trak score | 50 | TY vs LY | 69 | | 3.00 | |
| | Ensures quality assurance standards are met | | | | | 3.50 | |
| | Consistently follows 10-Foot Rule | | | | 5.00 | | |
| | Achieves Company Items Per Hour objective | | | | 4.00 | | |
| | Responds timely and appropriately to customer comments | | | | 4.00 | | |
| Maintains a safe and clean working and shopping environment | Ensures risk control standards are met | | | | | 3.50 | |
| | Promotes and is actively involved with the Risk Control team | | | | | 3.50 | |
| | Maintains store standards for maintenance and cleanliness | | | | 4.00 | | |
| Ensures compliance with Company policies and standards | Reacts in a timely and thorough manner to results of the STAR Review | | | | 4.00 | | |
| | | | | **Rating for Section: Valued** | | | **3.64** |

**Comments:** (required for any rating marked "Below")

Must meet profit goals. Increasewd accidents over last year. Does not utilize the Staffing Comparison by Day Report to control staffing.

Revised August 2005

EXHIBIT 13
5/16/13 mc

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:11-CV-00094-BO

BRUCE BANNISTER; MAX DUTTON;
and MARION TOWLES;

    Towles,

vs.

WAL-MART STORES EAST, L.P.,

    Defendant.

**APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING MAX DUTTON'S CLAIMS**

**A-8**

**Max Dutton Deposition Transcript Exhibit 13**
Annual Store Manager Performance Evaluation Fiscal Year Ending 2006 ("FYE") for M. Dutton (4/12/2007)

*Select one rating for each Performance Standard  *All Performance Standards must have a rating selected

## Merchandising (30%)

| Job Responsibilities | Performance Standards | Actual Results | Exceptional Performer | Valued Performer | Below Expectations |
|---|---|---|---|---|---|
| Ensures the availability and effective presentation of merchandise | Consistently conducts store tours, provides quality notes and follows up on execution | | 5.00 | | |
| | Ensures participation in VPI program | | 5.00 | | |
| | Ensures consistent execution of all seasonal merchandise plans/guides | | 5.00 | | |
| | Ensures effective presentation of merchandise | | 5.00 | | |
| | Ensures execution of Corrac | | 5.00 | | |
| | Ensures development of monthly SWAS plans | | 5.00 | | |
| | Ensures timely and accurate execution of all modulars | | 5.00 | | |
| Ensures items in departments are accurately priced and properly signed | Consistently follows signing and pricing guidelines | | 4.00 | | |
| | Ensures execution of Save on Their Sale | | 4.00 | | |
| | Ensures timely and accurate execution of Clearance Programs | | 4.00 | | |
| | Ensures timely and accurate execution of Rollback Program | | 5.00 | | |
| Ensures in-stock and appropriate inventory levels in departments | Ensures execution of the Back Room Program | | | 3.50 | |
| | Ensures execution of daily pick list | | | 3.50 | |
| | Ensures accuracy of On-hands | | | 3.50 | |
| | Achieves Weeks On-hand objectives | 615  TY vs LY  638 | 4.00 | | |
| Consistently reviews and reacts to competitive, demographic and economic trends within the market | Ensures competitive pricing through competition scanning | | 4.00 | | |
| | Consistently reviews and reacts to Competition Review Duo/Late report | | 4.00 | | |
| | Proactively works to ensure merchandise assortment meets the needs of the community | | 5.00 | | |

Rating for Section: Exceptional  4.42

Comments: (required for any rating marked "Below")

Performance Evaluation
Store Manager

**Redacted**

**WAL★MART**
ALWAYS LOW PRICES.

*Select one rating for each Performance Standard *All Performance Standards must have a rating selected

| Job Responsibilities | Performance Standards | Actual Results | Exceptional Performer | Valued Performer | Below Expectations |
|---|---|---|---|---|---|
| People (30%) | | | | | |
| Supports and encourages Open Door Policy by creating a positive, productive and engaging environment for all Associates | Consistently practices the Open Door Policy | | 5.00 | | |
| | Consistently practices the Sundown Rule | | 5.00 | | |
| | Responds timely to Red Book investigations | | 5.00 | | |
| | Achieves Management Associate turnover objectives | ) TY vs LY 0 | 5.00 | | |
| | Achieves Hourly Associate turnover objectives | -60.85 TY vs LY 65.87 | 4.00 | | |
| As a leader, ensures the development, success and recognition of Associates | Actively recognizes Associates through appropriate recognition programs | | 5.00 | | |
| | Achieves Company objectives on CBL completion | 98.52 TY vs Goal 99 | | 3.90 | |
| | Ensures quality and timely performance evaluations | | 5.00 | | |
| | Actively utilizes coaching for both success and improvement | | 5.00 | | |
| | Actively demonstrates Servant Leadership | | 5.00 | | |
| Promotes and supports Good Works programs | Supports and encourages community involvement | | 5.00 | | |
| As a leader, communicates effectively with all Associates | Expresses ideas or gives direction in a clear and concise manner | | 5.00 | | |
| | Demonstrates Company philosophy of CBWA | | 5.00 | | |
| | Effectively communicates with Store and Market management | | 5.00 | | |
| | Ensures consistent execution of daily store meetings for all shifts | | 5.00 | | |
| | Ensures consistent execution of Associate meetings | | 5.00 | | |

**Rating for Section: Exceptional 4.87**

Comments: (required for any rating marked "Below")

# Performance Evaluation
## Store Manager

**Redacted**

**WAL★MART** ALWAYS LOW PRICES.

*Select one rating for each Performance Standard. *All Performance Standards must have a rating selected

| Diversity Goals (10%) | Logon to the Diversity Tracker to determine if the Associate is accountable for Diversity Goals. If not, place an "x" in the box to the right | | | Ratings | | |
|---|---|---|---|---|---|---|
| **Job Responsibilities** | **Performance Standards** | | **Actual Results** | Exceptional Performer | Valued Performer | Below Expectations |
| Placement Goals and/or Good Faith Efforts | Performance standards vary by position. Follow the "Evaluation Instructions" for information on the specific goals for this position | | Log on to the Diversity Tracker System for Evaluation rating results | 5.00 | | |
| | | | **Rating for Section: Exceptional** | | | 5.00 |

### Strengths

Excellent follow-up/ Great Merchant/ Store Of Community and Community Involvement/ Trains management

### Opportunities

Inventory Flow Process/ Overtime/ Controllable Expense

### Overall Performance Rating

Associate's Overall Rating: **4.4**

| Exceptional Performer | X Valued Performer | Below Expectations |
|---|---|---|
| 5.0 - 4.0 | 3.9 - 3.0 | 2.9 - 1.0 |

### Associate Comments/Goal Setting

### Signatures

Associate Signature _____ Print Associate Name _____ Date _____

Supervisor Signature _____ Print Supervisor Name _____ Date _____

Next Level Supervisor Signature _____ Print Next Level Supervisor Name _____ Date _____

Revised August 2005

*Select one rating for each Performance Standard  *All Performance Standards must have a rating selected

| Diversity Goals (10%) | Logon to the Diversity Tracker to determine if the Associate is accountable for Diversity Goals. If not, place an "x" in the box to the right | | Ratings | | |
|---|---|---|---|---|---|
| Job Responsibilities | Performance Standards | Actual Results | Exceptional Performer | Valued Performer | Below Expectations |
| Placement Goals and/or Good Faith Efforts | Performance standards vary by position. Follow the "Evaluation Instructions" for information on the specific goals for this position | Log on to the Diversity Tracker System for Evaluation rating results | 5.00 | | |
| | | **Rating for Section: Exceptional** | | | 5.00 |

### Strengths

Excellent follow-up/ Great Merchant/ Store Of Community and Community Involvement/ Trains management / strong sense of urgency / set a professional / Excellent developer of talent for the future.

### Opportunities

Inventory Flow Process/ Overtime/ Controllable Expense

### Overall Performance Rating

Associate's Overall Rating: 4.4

Exceptional Performer    X  Valued Performer         Below Expectations
5.0 - 4.0                     3.9 - 3.0                      2.9 - 1.0

### Associate Comments/Goal Setting

It's "My Wal-Mart"! I'm very proud to be part of our Company and plan to do my part in achieving all goals set for Store #2000. Thanks you — Max

### Signatures

| Associate Signature | Print Associate Name: MAX DUTTON | Date: 04/12/07 |
| Supervisor Signature | Print Supervisor Name: Tim Jackson | Date: 4/12/07 |
| Next Level Supervisor Signature | Print Next Level Supervisor Name | Date |