IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:11-CV-00094-BO

| | |
|---|---|
| BRUCE BANNISTER; MAX DUTTON; and MARION TOWLES; <br><br> Towles, <br><br> vs. <br><br> WAL-MART STORES EAST, L.P., <br><br> Defendant. | **APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING MAX DUTTON'S CLAIMS** |

A-10

**Max Dutton Deposition Transcript Exhibit 20**
Completed Training Report (CBL) for M. Dutton ( 9/22/2011)

# COMPLETED TRAINING REPORT FOR Max Dutton

: 09/22/2011

| Course(s) | Type | Date Completed | Time in Course | Times Taken | Score |
|---|---|---|---|---|---|
| ADA | CBL Course | 10/13/2002 | 5 | 1 | 100 |
| ADA - Management | CBL Course | 8/19/2004 | 13 | 5 | 100 |
| ADA Management - 2005 | CBL Course | 8/12/2005 | 9 | 2 | 100 |
| ADA for Management | CBL Course | 3/31/2009 | 73 | 1 | 100 |
| AP09 Acknowledgement | DOCUMENT | 9/26/2008 | 1 | 1 | 100 |
| APPAREL PROCESSING | CBL Course | 10/27/1994 | 35 | 1 | 100 |
| Adv PI: Assessment | CBL Course | 6/25/2004 | 14 | 2 | 92 |
| Adv PI: Feature Tracking | CBL Course | 6/25/2004 | 11 | 1 | 100 |
| Adv PI: Getting Started | CBL Course | 5/16/2004 | 6 | 1 | 100 |
| Adv PI: Managing OnHands | CBL Course | 10/27/2004 | 8 | 2 | 100 |
| Adv PI: Managing Stock | CBL Course | 5/16/2004 | 9 | 1 | 100 |
| Alcohol Sales | CBL Course | 6/24/2009 | 4 | 5 | 100 |
| Ammunition / Access. | CBL Course | 6/30/2000 | 11 | 1 | 92 |
| Anti-Money Laundering Basics | CBL Course | 6/24/2009 | 22 | 1 | 95 |
| Anti-Money Laundering Document | DOCUMENT | 10/18/2006 | 1 | 1 | 100 |
| Anti-Money Laundering Module | CBL Course | 3/31/2008 | 7 | 2 | 100 |
| Apparel Toolbox 1 | CBL Course | 2/8/2002 | 0 | 1 | 100 |
| Apparel Toolbox 2 | CBL Course | 2/8/2002 | 0 | 1 | 100 |
| Apparel Toolbox 3 | CBL Course | 2/8/2002 | 0 | 1 | 100 |
| Apparel Toolbox 4 | CBL Course | 2/8/2002 | 0 | 1 | 100 |
| Assembly POS Replen | CBL Course | 10/24/1994 | 76 | 1 | 90 |
| Assess and Rate Performance Evals | DOCUMENT | 3/31/2008 | 1 | 1 | 100 |
| Associate Safety | CBL Course | 9/7/1994 | 32 | 1 | 100 |
| Associate Termination Payout System | DOCUMENT | 7/3/2009 | 1 | 1 | 100 |
| BAGGING | CBL Course | 10/5/1994 | 23 | 1 | 100 |
| BETTER HOME GARDEN CENTER | PeopleSoft | 3/25/1995 | 0 | 1 | 100 |
| Baler and Compactor | CBL Course | 2/23/2004 | 2 | 2 | 100 |
| Bloodborne Pathogens | CBL Course | 9/26/1994 | 23 | 1 | 100 |
| Building An Endcap | CBL Course | 8/19/2004 | 10 | 1 | 90 |
| Building Better Merchants | PeopleSoft | 3/4/1998 | 0 | 1 | 96 |
| CHECK TENDERING | CBL Course | 1/17/1995 | 53 | 1 | 93 |
| CLAIMS OVERVIEW | CBL Course | 2/27/1996 | 57 | 1 | 100 |
| CONDUCTING AN INTERVIEW | CBL Course | 3/23/2000 | 7 | 1 | 100 |
| COURTESY DESK PROCEDURES | CBL Course | 2/28/1996 | 19 | 1 | 100 |
| COURTESY DESK REFUNDS | CBL Course | 2/28/1996 | 33 | 1 | 100 |
| CUSTOMER REPAIR/ RETURN | CBL Course | 2/28/1996 | 7 | 1 | 92 |
| CUSTOMER SERVICE ALWAYS | CBL Course | 4/6/2002 | 1 | 1 | 100 |
| Career Preference - MGMT | CBL Course | 3/29/2007 | 11 | 1 | 100 |
| Cash Drawer Maintenance | CBL Course | 10/5/1994 | 43 | 1 | 100 |
| Claims Overview II | CBL Course | 5/26/2004 | 2 | 3 | 93 |
| Claims Standard Operating Procedures | DOCUMENT | 3/31/2009 | 1 | 2 | 100 |
| Coaching for Improvement | CBL Course | 10/4/1994 | 27 | 1 | 100 |
| Completing an I-9 Form | CBL Course | 4/6/2005 | 17 | 1 | 96 |
| Connector Knowledge Guide | CBL Course | 10/22/2004 | 8 | 1 | 100 |
| Connector Scenario | CBL Course | 10/26/2004 | 1 | 1 | 100 |
| Corporate Claims Overview | CBL Course | 9/27/2008 | 23 | 1 | 100 |
| Corporate Ethics | CBL Course | 10/14/2004 | 1 | 1 | 100 |
| Corporate Ethics--MGMT | CBL Course | 10/14/2004 | 0 | 1 | 100 |
| Customer Safety | CBL Course | 9/26/1994 | 24 | 1 | 93 |
| Customer Service | CBL Course | 9/8/1994 | 14 | 1 | 100 |
| DISCOVERY BASIC TRAINING | CBL Course | 9/7/1994 | 27 | 1 | 100 |
| DIVERSITY TRAINING | PeopleSoft | 7/30/2004 | 0 | 1 | 100 |
| DOT Haz Mat Claims Class | CBL Course | 6/27/2009 | 4 | 2 | 90 |
| DVD Knowledge Guide | CBL Course | 10/22/2004 | 9 | 1 | 100 |
| DVD Recorder Recommend | CBL Course | 10/22/2004 | 2 | 1 | 100 |
| DVD Recorder Scenario | CBL Course | 10/22/2004 | 9 | 1 | 100 |
| Delegation | CBL Course | 10/3/1994 | 34 | 1 | 100 |
| Direct Store Delivery | CBL Course | 1/12/2010 | 33 | 7 | 86 |
| Diversity Awareness | CBL Course | 9/9/1997 | 12 | 1 | 100 |
| EEO Decisions and FLSA | DOCUMENT | 3/31/2008 | 4 | 1 | 100 |
| EEO Investigations | DOCUMENT | 7/20/2008 | 1 | 2 | 100 |
| Electronic Article Surveillance | CBL Course | 3/16/1999 | 14 | 1 | 100 |
| Electronics Assessment | CBL Course | 10/26/2004 | 4 | 1 | 100 |
| Emergency Procedures | CBL Course | 2/27/2005 | 22 | 1 | 100 |
| Employee Free Choice Act | DOCUMENT | 7/20/2008 | 1 | 1 | 100 |
| Environmental Awareness | CBL Course | 11/16/2008 | 2 | 2 | 100 |
| FEATURE PRESENTATION | CBL Course | 10/19/1994 | 39 | 1 | 80 |



Confidential  Case 4:11-cv-00094-BO  Document 96-12  Filed 08/28/13  Page 2 of 6  WMT 00308

# COMPLETED TRAINING REPORT FOR Max Dutton

: 09/22/2011

| Course(s) | Type | Date Completed | Time in Course | Times Taken | Score |
|---|---|---|---|---|---|
| FIREARMS | CBL Course | 6/30/2000 | 17 | 1 | 88 |
| FOOD SAFETY FINAL | CBL Course | 8/16/2002 | 13 | 1 | 100 |
| FOOD SAFETY INTRO | CBL Course | 6/26/2002 | 4 | 1 | 100 |
| FOOD SAFETY LESSON 1 | CBL Course | 6/26/2002 | 13 | 1 | 100 |
| FOOD SAFETY LESSON 10 | CBL Course | 7/22/2002 | 23 | 1 | 100 |
| FOOD SAFETY LESSON 11 | CBL Course | 7/22/2002 | 60 | 1 | 93 |
| FOOD SAFETY LESSON 12 | CBL Course | 8/16/2002 | 39 | 1 | 100 |
| FOOD SAFETY LESSON 13 | CBL Course | 8/16/2002 | 18 | 1 | 100 |
| FOOD SAFETY LESSON 14 | CBL Course | 8/16/2002 | 23 | 1 | 100 |
| FOOD SAFETY LESSON 2 | CBL Course | 6/26/2002 | 23 | 1 | 100 |
| FOOD SAFETY LESSON 3 | CBL Course | 6/26/2002 | 42 | 1 | 100 |
| FOOD SAFETY LESSON 4 | CBL Course | 6/28/2002 | 63 | 1 | 100 |
| FOOD SAFETY LESSON 5 | CBL Course | 6/28/2002 | 26 | 1 | 89 |
| FOOD SAFETY LESSON 6 | CBL Course | 7/18/2002 | 24 | 1 | 92 |
| FOOD SAFETY LESSON 7 | CBL Course | 7/20/2002 | 0 | 1 | 95 |
| FOOD SAFETY LESSON 8 | CBL Course | 7/20/2002 | 47 | 1 | 100 |
| FOOD SAFETY LESSON 9 | CBL Course | 7/21/2002 | 0 | 1 | 92 |
| Fabled Service | CBL Course | 8/21/1996 | 5 | 1 | 100 |
| Fall Managers Meeting | PeopleSoft | 8/26/2001 | 0 | 1 | 100 |
| Family Medical Leave Act | CBL Course | 6/7/1999 | 21 | 1 | 89 |
| Field Training Customer Servic | PeopleSoft | 10/5/1998 | 0 | 1 | 100 |
| FireArms Pro1 bfr 10-01 | CBL Course | 10/2/2001 | 10 | 1 | 100 |
| FirePro1-US bfr. 02-25-02 | CBL Course | 10/25/2001 | 4 | 1 | 100 |
| Firearm Rec Keep 1 Test | CBL Course | 9/18/1996 | 0 | 1 | 100 |
| Firearm Rec Keep 2 Test | CBL Course | 9/18/1996 | 0 | 1 | 90 |
| Firearms Automated Log | CBL Course | 10/17/2009 | 4 | 2 | 100 |
| Firearms Procedures 1 | CBL Course | 10/19/2008 | 2 | 6 | 100 |
| Firearms Procedures 1 - IL | CBL Course | 10/10/2003 | 5 | 2 | 100 |
| Firearms Procedures 1 - MA | CBL Course | 10/10/2003 | 5 | 2 | 100 |
| Firearms Procedures 1-NC | CBL Course | 8/4/2005 | 4 | 9 | 100 |
| Firearms Procedures 2 | CBL Course | 10/19/2008 | 5 | 18 | 100 |
| Firearms Test | CBL Course | 10/27/1998 | 2 | 1 | 100 |
| Firearms Transactions | CBL Course | 10/17/2009 | 7 | 3 | 100 |
| Food Crisis Plan | CBL Course | 2/11/1998 | 0 | 1 | 100 |
| Food Handling Basics | CBL Course | 4/14/2001 | 25 | 1 | 100 |
| Food Safety Overview | CBL Course | 7/23/2004 | 35 | 1 | 100 |
| Food Safety Overview 1 | CBL Course | 3/17/2008 | 66 | 1 | 100 |
| Food Safety Overview 2 | CBL Course | 3/17/2008 | 18 | 1 | 100 |
| Food Safety Video Acknowledgement | DOCUMENT | 8/15/2009 | 1 | 2 | 100 |
| Food Safety WM Intro | CBL Course | 6/1/2002 | 1 | 1 | 100 |
| Food Service 2 | CBL Course | 2/28/1996 | 12 | 1 | 87 |
| Foodborne Illness | CBL Course | 4/14/2001 | 10 | 1 | 84 |
| Forklift | CBL Course | 2/26/2006 | 3 | 8 | 100 |
| Frauds and Scams | CBL Course | 7/21/2009 | 47 | 1 | 100 |
| Front End Loss Prevention | CBL Course | 1/14/1995 | 32 | 1 | 100 |
| GREET SHOW AND ASK | CBL Course | 2/5/1995 | 28 | 1 | 100 |
| General Equipment | CBL Course | 9/27/1994 | 39 | 1 | 95 |
| Global Competencies | CBL Course | 7/26/2003 | 3 | 1 | 100 |
| HACCP OVERVIEW | CBL Course | 9/9/1997 | 14 | 1 | 100 |
| HDTV Knowledge Guide | CBL Course | 10/22/2004 | 9 | 1 | 100 |
| HDTV Recommend Scenario | CBL Course | 10/22/2004 | 3 | 1 | 100 |
| HDTV Selling Scenario | CBL Course | 10/22/2004 | 7 | 1 | 100 |
| HIPAA General | CBL Course | 3/1/2003 | 9 | 1 | 100 |
| HIPAA General | CBL Course | 2/27/2005 | 19 | 1 | 100 |
| HIPAA Policies | CBL Course | 3/1/2003 | 9 | 2 | 100 |
| HIPAA Refresher | CBL Course | 10/16/2009 | 19 | 1 | 100 |
| Hazard Communications | CBL Course | 5/18/2004 | 3 | 3 | 100 |
| Hazardous Waste Management | CBL Course | 7/3/2009 | 39 | 3 | 85 |
| Hazardous Waste Spill Cleanup Procedures | CBL Course | 7/21/2009 | 56 | 4 | 85 |
| Holiday Meeting | PeopleSoft | 8/18/2000 | 0 | 2 | 100 |
| Hourly Pay Plan | CBL Course | 6/4/2004 | 25 | 2 | 100 |
| Hrly Supervisor/Salaried Mgr Labor Relations Test | CBL Course | 9/9/1997 | 0 | 1 | 100 |
| Hunt & Fish Lic Auto | CBL Course | 4/16/2002 | 0 | 1 | 100 |
| Hunt & Fish Lic Manual | CBL Course | 4/16/2002 | 0 | 1 | 100 |
| I9 Form bfr 2001 retest | CBL Course | 2/11/1998 | 0 | 1 | 96 |

# COMPLETED TRAINING REPORT FOR Max Dutton

: 09/22/2011

| Course(s) | Type | Date Completed | Time in Course | Times Taken | Score |
|---|---|---|---|---|---|
| INTERVIEW & SELECTION EXAM | PeopleSoft | 3/5/1993 | 0 | 1 | 100 |
| Inappropriate Behavior | CBL Course | 7/29/1996 | 31 | 1 | 96 |
| Integrity | CBL Course | 4/16/2002 | 5 | 1 | 100 |
| Interview Do's & Don'ts | CBL Course | 10/17/2002 | 9 | 1 | 100 |
| Interviewing Basics | CBL Course | 5/1/2006 | 10 | 1 | 100 |
| Item Performance | CBL Course | 2/8/2002 | 0 | 1 | 100 |
| JEWELRY CLAIMS | CBL Course | 3/24/1995 | 6 | 1 | 87 |
| Job Announcments - SU | CBL Course | 11/6/1997 | 34 | 1 | 89 |
| KEYS TO SUPERVISION | PeopleSoft | 4/19/1993 | 0 | 1 | 99 |
| LEADERSHIP FOUNDATION | PeopleSoft | 9/7/1993 | 0 | 1 | 95 |
| LOSS PREVENTION TEST 7 | CBL Course | 9/9/1997 | 4 | 1 | 100 |
| Labor Relations | CBL Course | 2/14/2001 | 6 | 1 | 100 |
| Labor Relations Training | PeopleSoft | 10/8/2003 | 0 | 1 | 100 |
| Leadership Broadcast - February | CBL Course | 2/22/2005 | 0 | 1 | 100 |
| Leadership Broadcast - July | CBL Course | 7/22/2004 | 1 | 1 | 100 |
| Leadership Broadcast - June | CBL Course | 6/25/2004 | 1 | 1 | 100 |
| Leadership Broadcast - June | CBL Course | 7/12/2005 | 0 | 1 | 100 |
| Leadership Broadcast - March | CBL Course | 3/22/2005 | 0 | 1 | 100 |
| Leadership Broadcast - May | CBL Course | 5/18/2004 | 0 | 1 | 100 |
| Leadership Broadcast - May | CBL Course | 5/17/2005 | 2 | 1 | 100 |
| Leadership Broadcast - October | CBL Course | 10/22/2004 | 0 | 1 | 100 |
| Leadership Broadcast - September | CBL Course | 9/21/2004 | 0 | 1 | 100 |
| Leadership Video Series - Mentoring | CBL Course | 2/25/2004 | 1 | 1 | 100 |
| Leadership Video Series - Risk | CBL Course | 1/7/2004 | 1 | 1 | 100 |
| Leadership series - Grass Roots | CBL Course | 3/18/2004 | 7 | 1 | 80 |
| Leadership video, Good Neighbor | CBL Course | 4/20/2004 | 3 | 1 | 100 |
| Learning Curve | CBL Course | 4/3/2000 | 2 | 1 | 100 |
| Learning Curve | CBL Course | 4/27/2000 | 5 | 1 | 100 |
| Learning Curve | CBL Course | 5/25/2000 | 13 | 1 | 100 |
| Learning Curve 10-26 | CBL Course | 11/4/2000 | 1 | 1 | 100 |
| Learning Curve 9-28 | CBL Course | 10/6/2000 | 7 | 1 | 43 |
| Liquid Waste | CBL Course | 10/27/2004 | 30 | 1 | 86 |
| Live Plants | CBL Course | 10/30/1994 | 20 | 1 | 87 |
| Local POs | CBL Course | 8/15/2009 | 3 | 1 | 100 |
| Loss Prevention | CBL Course | 9/26/1994 | 23 | 1 | 93 |
| MDS 96 P&L and Journal / Math | PeopleSoft | 3/25/1997 | 0 | 1 | 100 |
| MDS PI Training | PeopleSoft | 6/26/1997 | 0 | 1 | 92 |
| MGMT DEV PROG MERCHANDISE | PeopleSoft | 4/19/1993 | 0 | 1 | 96 |
| MGMT DEV PROG OPERATIONS | PeopleSoft | 4/19/1993 | 0 | 1 | 99 |
| MGMT DEV PROGRAM PEOPLE | PeopleSoft | 1/28/1994 | 0 | 1 | 100 |
| MGMT DEVEL SEMINAR 1 | PeopleSoft | 5/2/1994 | 0 | 1 | 99 |
| MGMT DEVEL SEMINAR 2 | PeopleSoft | 7/18/1994 | 0 | 1 | 100 |
| MGMT TRAINEE PROGRAM | PeopleSoft | 4/19/1993 | 0 | 1 | 100 |
| MODULARS/ FIXTURES | CBL Course | 10/8/1994 | 33 | 1 | 95 |
| MP3 Knowledge Guide | CBL Course | 10/22/2004 | 8 | 1 | 100 |
| MP3 Recommend Scenario | CBL Course | 10/22/2004 | 3 | 1 | 100 |
| MP3 Selling Scenario | CBL Course | 10/22/2004 | 6 | 1 | 100 |
| MTP Phase 2 Introduction | CBL Course | 10/8/2003 | 17 | 1 | 81 |
| Making an Apprehension | CBL Course | 8/17/2002 | 65 | 1 | 100 |
| Management Risk Control | CBL Course | 10/5/1994 | 35 | 1 | 100 |
| Managing Hazardous Materials Program - Mgmt | DOCUMENT | 8/21/2006 | 1 | 1 | 100 |
| McLane | CBL Course | 2/28/1996 | 12 | 1 | 80 |
| Money Center Recordkeeping | CBL Course | 6/24/2009 | 19 | 1 | 95 |
| Orientation Post Test | CBL Course | 7/22/1999 | 0 | 1 | 83 |
| Other Replen. Methods | CBL Course | 2/4/1995 | 22 | 1 | 100 |
| PDQ | CBL Course | 10/25/2000 | 6 | 1 | 100 |
| PEOPLE DEVELOPMENT TEST 1 | CBL Course | 8/21/1996 | 13 | 1 | 92 |
| PEOPLE DEVELOPMENT TEST 2 | CBL Course | 10/1/1996 | 12 | 1 | 98 |
| PEOPLE DEVELOPMENT TEST 3 | CBL Course | 1/30/1997 | 9 | 1 | 98 |
| PHARMACY CUSTOMER SERV. | CBL Course | 2/5/1995 | 15 | 1 | 80 |
| PI Overview | CBL Course | 11/29/1995 | 12 | 1 | 85 |
| POS OVERVIEW | CBL Course | 10/19/1994 | 33 | 1 | 83 |
| POS Register Reports | CBL Course | 2/3/1995 | 39 | 1 | 100 |
| PROFIT | CBL Course | 3/24/1995 | 7 | 1 | 90 |
| Paint and Stain | CBL Course | 4/2/2003 | 25 | 1 | 85 |
| Payroll Check Fraud | CBL Course | 6/24/2009 | 14 | 2 | 90 |

Confidential    Case 4:11-cv-00094-BO    Document 96-12    Filed 08/28/13    Page 4 of 6    WMT 00310

# COMPLETED TRAINING REPORT FOR Max Dutton
: 09/22/2011

| Course(s) | Type | Date Completed | Time in Course | Times Taken | Score |
|---|---|---|---|---|---|
| People Greeter | CBL Course | 10/5/1994 | 22 | 1 | 100 |
| Performance Reviews | CBL Course | 10/4/1994 | 33 | 1 | 100 |
| Personal Hygiene | CBL Course | 7/24/1997 | 0 | 1 | 90 |
| Personal Information Verification (PIV) | DOCUMENT | 7/14/2006 | 1 | 1 | 100 |
| Personal Information Verification (PIV) | DOCUMENT | 2/9/2007 | 1 | 1 | 100 |
| Personal Protect Equip. | CBL Course | 2/19/1996 | 8 | 1 | 88 |
| Pest Control | CBL Course | 9/9/1997 | 25 | 1 | 100 |
| Pesticides Awareness | CBL Course | 3/9/2004 | 0 | 1 | 100 |
| Power Lifting Equipment | CBL Course | 7/3/2009 | 23 | 2 | 100 |
| Price Change Overview | CBL Course | 10/27/1994 | 45 | 1 | 90 |
| Pricing Equipment | CBL Course | 10/8/1994 | 38 | 1 | 85 |
| Privacy | CBL Course | 6/27/2009 | 8 | 2 | 80 |
| Prohibited Claims Returns | DOCUMENT | 9/26/2008 | 1 | 1 | 100 |
| RFL for Management | CBL Course | 8/21/1996 | 29 | 1 | 83 |
| RISK CONTROL 2002 | CBL Course | 10/19/2003 | 1 | 2 | 100 |
| Record Retention Training Acknowledgement | DOCUMENT | 12/3/2009 | 1 | 1 | 100 |
| Recordkeeping Firearms 1 | CBL Course | 8/19/1998 | 9 | 1 | 95 |
| Recordkeeping Firearms 2 | CBL Course | 8/19/1998 | 0 | 1 | 100 |
| Recruit the Best | CBL Course | 2/27/1996 | 34 | 1 | 93 |
| Resources for Living | CBL Course | 2/27/1996 | 7 | 1 | 80 |
| Riser/Highwall Mainten | CBL Course | 10/19/1994 | 20 | 1 | 100 |
| Risk Control | CBL Course | 8/15/2009 | 18 | 6 | 100 |
| SCANNING | CBL Course | 1/14/1995 | 67 | 1 | 100 |
| SCANNING CREDIBILITY | CBL Course | 2/27/1996 | 36 | 1 | 84 |
| SCANNING EXCEPTIONS | CBL Course | 2/28/1996 | 55 | 1 | 88 |
| SENDING AN MTR | CBL Course | 3/24/1995 | 9 | 1 | 87 |
| SERVSAFE 1 - Updated Version | CBL Course | 10/19/2004 | 0 | 1 | 100 |
| SERVSAFE 1 - replaced Oct 2004 | CBL Course | 1/1/2003 | 1 | 1 | 100 |
| SERVSAFE 10 - Updated Version | CBL Course | 10/19/2004 | 0 | 1 | 100 |
| SERVSAFE 10 - replaced Oct 2004 | CBL Course | 1/1/2003 | 1 | 1 | 100 |
| SERVSAFE 11 - Updated Version | CBL Course | 10/19/2004 | 0 | 1 | 100 |
| SERVSAFE 11 - replaced Oct 2004 | CBL Course | 1/1/2003 | 1 | 1 | 100 |
| SERVSAFE 12 - Updated Version | CBL Course | 10/19/2004 | 0 | 1 | 100 |
| SERVSAFE 12 - replaced Oct 2004 | CBL Course | 1/1/2003 | 1 | 1 | 100 |
| SERVSAFE 13 - replaced Oct 2004 | CBL Course | 1/1/2003 | 1 | 1 | 100 |
| SERVSAFE 14 - replaced Oct 2004 | CBL Course | 1/1/2003 | 1 | 1 | 100 |
| SERVSAFE 2 - Updated Version | CBL Course | 10/19/2004 | 0 | 1 | 100 |
| SERVSAFE 2 - replaced Oct 2004 | CBL Course | 1/1/2003 | 1 | 1 | 100 |
| SERVSAFE 3 - Updated Version | CBL Course | 10/19/2004 | 0 | 1 | 100 |
| SERVSAFE 3 - replaced Oct 2004 | CBL Course | 1/1/2003 | 1 | 1 | 100 |
| SERVSAFE 4 - Updated Version | CBL Course | 10/19/2004 | 0 | 1 | 100 |
| SERVSAFE 4 - replaced Oct 2004 | CBL Course | 1/1/2003 | 1 | 1 | 100 |
| SERVSAFE 5 - Updated Version | CBL Course | 10/19/2004 | 0 | 1 | 100 |
| SERVSAFE 5 - replaced Oct 2004 | CBL Course | 1/1/2003 | 1 | 1 | 100 |
| SERVSAFE 6 - Updated Version | CBL Course | 10/19/2004 | 0 | 1 | 100 |
| SERVSAFE 6 - replaced Oct 2004 | CBL Course | 1/1/2003 | 1 | 1 | 100 |
| SERVSAFE 7 - Updated Version | CBL Course | 10/19/2004 | 0 | 1 | 100 |
| SERVSAFE 7 - replaced Oct 2004 | CBL Course | 1/1/2003 | 1 | 1 | 100 |
| SERVSAFE 8 - Updated Version | CBL Course | 10/19/2004 | 0 | 1 | 100 |
| SERVSAFE 8 - replaced Oct 2004 | CBL Course | 1/1/2003 | 1 | 1 | 100 |
| SERVSAFE 9 - Updated Version | CBL Course | 10/19/2004 | 0 | 1 | 100 |
| SERVSAFE 9 - replaced Oct 2004 | CBL Course | 1/1/2003 | 1 | 1 | 100 |
| SERVSAFE Assessment - Updated Version | CBL Course | 10/19/2004 | 0 | 1 | 100 |
| SMART System Overview | CBL Course | 1/13/1995 | 74 | 1 | 100 |
| SPECIAL SERVICE AREAS I | CBL Course | 2/28/1996 | 17 | 1 | 92 |
| SPECIAL SERVICES OVERVIEW | CBL Course | 2/28/1996 | 29 | 1 | 96 |
| STOCKING GENERAL | CBL Course | 10/14/1994 | 32 | 1 | 100 |
| STOCKROOM MAINTENANCE | CBL Course | 10/14/1994 | 33 | 1 | 100 |
| Safe Electrical Practices | CBL Course | 2/27/1996 | 31 | 1 | 97 |
| Sanitation Program | CBL Course | 4/14/2001 | 24 | 1 | 83 |
| Sexual Harassment Mgmt | CBL Course | 11/24/2001 | 24 | 1 | 84 |
| Shoe Overview | CBL Course | 3/24/1995 | 7 | 1 | 100 |
| Shoe Zone Defense | CBL Course | 2/5/1995 | 37 | 1 | 87 |
| Signing Overview | CBL Course | 10/18/1994 | 27 | 1 | 87 |
| Solid Waste | CBL Course | 10/27/2004 | 76 | 1 | 93 |
| Stormwater Awareness | CBL Course | 7/10/2003 | 26 | 1 | 100 |

# COMPLETED TRAINING REPORT FOR Max Dutton

: 09/22/2011

| Course(s) | Type | Date Completed | Time in Course | Times Taken | Score |
|---|---|---|---|---|---|
| Stormwater Awareness - Updated 2008 | CBL Course | 3/31/2009 | 17 | 2 | 90 |
| Super Safe Mark 01 Overview | CBL Course | 9/19/2007 | 38 | 1 | 100 |
| Super Safe Mark 02 Lesson 01 | CBL Course | 9/19/2007 | 215 | 1 | 100 |
| Super Safe Mark 03 Lesson 02 Part 1 | CBL Course | 9/19/2007 | 19 | 2 | 100 |
| Super Safe Mark 04 Lesson 02 Part 2 | CBL Course | 9/19/2007 | 6 | 1 | 100 |
| Super Safe Mark 05 Lesson 02 Part 3 | CBL Course | 9/19/2007 | 20 | 1 | 100 |
| Super Safe Mark 06 Lesson 03 Part 1 | CBL Course | 9/19/2007 | 15 | 1 | 100 |
| Super Safe Mark 07 Lesson 03 Part 2 | CBL Course | 9/20/2007 | 18 | 1 | 100 |
| Super Safe Mark 08 Lesson 03 Part 3 | CBL Course | 9/20/2007 | 25 | 1 | 100 |
| Super Safe Mark 09 Lesson 04 Part 1 | CBL Course | 9/19/2007 | 11 | 1 | 100 |
| Super Safe Mark 10 Lesson 04 Part 2 | CBL Course | 9/19/2007 | 16 | 1 | 100 |
| Super Safe Mark 11 Lesson 04 Part 3 | CBL Course | 9/19/2007 | 12 | 1 | 100 |
| Super Safe Mark 12 Lesson 04 Part 4 | CBL Course | 9/19/2007 | 11 | 1 | 100 |
| Super Safe Mark 13 Lesson 05 Part 1 | CBL Course | 9/20/2007 | 57 | 1 | 100 |
| Super Safe Mark 14 Lesson 05 Part 2 | CBL Course | 9/19/2007 | 89 | 1 | 100 |
| Super Safe Mark 15 Lesson 05 Part 3 | CBL Course | 9/19/2007 | 14 | 1 | 100 |
| Super Safe Mark 16 Lesson 06 Part 1 | CBL Course | 9/20/2007 | 20 | 1 | 100 |
| Super Safe Mark 17 Lesson 06 Part 2 | CBL Course | 9/20/2007 | 31 | 1 | 100 |
| Super Safe Mark 18 Lesson 06 Part 3 | CBL Course | 9/20/2007 | 9 | 1 | 100 |
| Super Safe Mark 19 Lesson 07 Part 1 | CBL Course | 9/20/2007 | 12 | 1 | 100 |
| Super Safe Mark 20 Lesson 07 Part 2 | CBL Course | 9/20/2007 | 10 | 1 | 100 |
| Super Safe Mark 21 Lesson 08 Part 1 | CBL Course | 9/20/2007 | 10 | 1 | 100 |
| Super Safe Mark 22 Lesson 08 Part 2 | CBL Course | 9/20/2007 | 24 | 1 | 100 |
| Super Safe Mark 23 Lesson 09 | CBL Course | 9/20/2007 | 20 | 1 | 100 |
| Super Safe Mark 24 Lesson 10 Part 1 | CBL Course | 9/20/2007 | 19 | 1 | 100 |
| Super Safe Mark 25 Lesson 10 Part 2 | CBL Course | 9/20/2007 | 26 | 1 | 100 |
| Super Safe Mark 26 Lesson 11 Part 1 | CBL Course | 9/20/2007 | 7 | 1 | 100 |
| Super Safe Mark 27 Lesson 11 Part 2 | CBL Course | 9/20/2007 | 20 | 1 | 100 |
| Super Safe Mark 28 Assessment | CBL Course | 9/20/2007 | 68 | 1 | 100 |
| Suspicious Behavior | CBL Course | 8/20/2008 | 22 | 2 | 100 |
| Sxl Harass tkn bfr 11/12 | CBL Course | 11/2/1995 | 47 | 1 | 97 |
| TENDERING | CBL Course | 1/16/1995 | 100 | 1 | 100 |
| TICKETING | CBL Course | 10/13/1994 | 35 | 1 | 87 |
| TLE Tire | CBL Course | 4/17/2004 | 3 | 3 | 100 |
| Team Building | CBL Course | 8/21/1996 | 26 | 1 | 100 |
| Three Basic Beliefs | CBL Course | 1/10/1995 | 22 | 1 | 100 |
| Tobacco Compliance | CBL Course | 1/12/2010 | 41 | 7 | 100 |
| Types of Signing | CBL Course | 2/4/1995 | 28 | 1 | 80 |
| WAL-MART.COM | CBL Course | 10/17/2002 | 14 | 1 | 90 |
| WALTON INSTITUTE 2 | PeopleSoft | 9/27/1997 | 0 | 1 | 100 |
| WIC | CBL Course | 6/11/2009 | 12 | 1 | 100 |
| WORKING PRICE CHANGES | CBL Course | 10/27/1994 | 72 | 1 | 100 |
| Wal-Mart.com | CBL Course | 10/25/2000 | 10 | 1 | 100 |
| Walker Stacker Test | CBL Course | 2/28/2003 | 7 | 2 | 93 |
| Walton Food Institute | PeopleSoft | 9/12/2000 | 0 | 1 | 96 |
| Where do I go From Here? | CBL Course | 9/28/1994 | 28 | 1 | 100 |
| Workplace Violence Prevention--Management | CBL Course | 8/26/2004 | 43 | 2 | 95 |
| YOU'VE EARNED IT - MGT | CBL Course | 2/22/2003 | 12 | 1 | 100 |
| Year End Meeting | PeopleSoft | 2/17/1998 | 0 | 1 | 100 |
| You've Earned It -Management | CBL Course | 2/25/2004 | 23 | 1 | 100 |

**Wal-Mart Confidential**