IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:11-CV-00094-BO

| | |
|---|---|
| BRUCE BANNISTER; MAX DUTTON; and MARION TOWLES;<br><br>Towles,<br><br>vs.<br><br>WAL-MART STORES EAST, L.P.,<br><br>Defendant. | **APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING MAX DUTTON'S CLAIMS** |

**A-11**

**Max Dutton Deposition Transcript Exhibit 21**
Wal-Mart's Open Door Communications Policy (PD-27) (2/1/2008)

# Open Door Communications Policy (PD-27) - National

Updated: February 1, 2008

This policy applies to all associates who work for Walmart Stores, Inc., or one of its subsidiary companies, in the United States ("Walmart")

**Policy**

Walmart encourages and expects all associates to actively participate in making the company a better place to work and shop. The Open Door Process, which is an integral part of the Walmart culture, reflects a tradition of open access to management. Walmart welcomes early identification of opportunities and challenges, and mutual resolution of complaints. The Open Door Process offers each associate an opportunity to bring suggestions, observations, problems, or concerns regarding yourself or the company to the attention of any Supervisor or Manager without fear of retaliation.

While the Door is open to anyone who chooses to write, e-mail, telephone, or meet face-to-face with any Supervisor or Manager in the company, at any level, who will treat your communication with dignity and respect, we encourage associates to speak with their immediate supervisor to assist in resolving their concerns. Walmart encourages and expects every associate to have open discussions on all matters related to the company through the Open Door Process.

Walmart strongly encourages you to use the Open Door during your normal work hours. While the company cannot promise that your views or opinions will always prevail, the Open Door Process ensures that you will always be heard. Walmart will consider your views and opinions along with the views and opinions of other associates in making decisions that will improve the workplace and the company.

**Open Door Communications**

Anything related to Walmart is a fair subject to raise in an Open Door communication. The Open Door is available for you to communicate your ideas and suggestions, as well as your concerns. Walmart encourages you to discuss ways to improve customer service and accomplish other operating efficiencies.

**Initiating an Open Door Communication**

You may obtain the quickest resolution of an issue or concern if you first initiate an Open Door communication with your immediate Supervisor. Thus, Walmart encourages you to do so.

However, if your concern is about your Supervisor or if you believe your Supervisor has not satisfactorily resolved a concern you raised during an Open Door communication, you may proceed as follows:

- Contact any other Supervisor or Manager, including Senior Management. There is no formal "chain of command" that you must follow.



- Contact your Market Human Resources Manager/Regional Human Resources Manager, People Manager/Director, or any other Manager that you believe can address your issue.
- If you have a concern or problem related to the Statement of Ethics, you can also call the Ethics Helpline at 1-800-WMETHIC (1-800-963-8442) or e-mail Ethics@Walmart.com or Compliance@Walmart.com.

**Pay for Open Door Activities**

Walmart strongly encourages you to exercise the Open Door during your normal work hours. As long as you are a current associate, you will receive compensation for any time you spend on Open Door activities that occur during your work shift.

You will not be compensated for Open Door activities conducted outside of your working hours, such as participating in face to face communication, telephone calls, writing letters or e-mails, preparing other written documents, or traveling regarding an Open Door, unless your Supervisor, Manager or Member of Management expressly directs or authorizes you to do so.

If you want to have an Open Door discussion with a Supervisor or Manager from another work location (for example, the Market Office, Regional Office, or Home Office), Walmart encourages you to use the telephone or send an e-mail. Although you will be paid for any time spent traveling for Open Door activities during your work shift, you must obtain permission from a Salaried Member of Management before traveling to another work location during your work hours for Open Door activities.

**Investigation and Appropriate Action**

Walmart takes all Open Door communications seriously. A Manager will investigate any complaints or concerns you raise in an Open Door communication promptly and thoroughly, and will follow up with you upon completion of the investigation to discuss resolution of your concern. The Manager may also need to interview other associates during the course of an investigation relating to an Open Door.

Retaliation for initiating an Open Door or cooperating in an investigation relating to any Open Door is strictly prohibited. Any associate who retaliates against another associate for cooperating in an investigation will be subject to discipline, up to and including termination.

**Confidentiality**

Concerns, comments, complaints, etc., raised through the Open Door will be treated with confidentiality and respect. Managers or supervisors involved in investigating the matter **may not** disclose any specific information to anyone not directly involved in resolving the issue. Managers or supervisors will make aware or consult only with those who have a need to know about the situation, including Associate-witnesses who may have knowledge of the circumstances surrounding the complaint and who may be interviewed as a part of the investigation. Managers and supervisors should not disclose any specific information to anyone not directly involved in resolving the Open Door.

**Contacts**

| Facility | Contact Person |
|---|---|
| Walmart Stores: | Store Manager<br>Market Manager<br>Market Human Resources Manager<br>Regional Human Resources Director<br>Ethics Office: 1-800-WMETHIC or<br>Ethics@Walmart.com |
| Sam's Clubs: | Club Manager<br>Market Manager<br>Market Human Resources Manager<br>Regional Human Resources Director<br>Ethics Office: 1-800-WMETHIC or<br>Ethics@Walmart.com |
| Field Logistics: | Human Resources Manager<br>Regional Human Resources Manager<br>Ethics Office: 1-800-WMETHIC or<br>Ethics@Walmart.com |
| Home Office: | People Manager<br>People Director<br>Ethics Office: 1-800-WMETHIC or<br>Ethics@Walmart.com |

This policy does not create an express or implied contract of employment or any other contractual commitment. Walmart may modify this policy at its sole discretion without notice, at any time, consistent with applicable law. Employment with Walmart is on an at-will basis, which means that either Walmart or the associate is free to terminate the employment relationship at any time for any or no reason, consistent with applicable law.

Last Updated: August 27, 2009

All Material Walmart Stores Inc. Confidential. ©.