IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:11-CV-00094-BO

| | |
|---|---|
| BRUCE BANNISTER; MAX DUTTON; and MARION TOWLES;<br><br>Towles,<br><br>vs.<br><br>WAL-MART STORES EAST, L.P.,<br><br>Defendant. | **APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING MAX DUTTON'S CLAIMS** |

**D-7**

**Declaration of Eric Litchfield Exhibit 7**
Email to M. Hunter from E. Litchfield (1/18/2010)

| Message | |
|---|---|
| From: | Eric Litchfield [/O=WAL-MART/OU=REMOTE OFFICES/CN=RECIPIENTS/CN=ELLITCH] |
| Sent: | 1/18/2010 9:57:31 PM |
| To: | Marlene Hunter [marlene.hunter@wal-mart.com] |
| Subject: | RE: Max Dutton - supporting documents needed |
| Attachments: | Untitled Attachment; MM Out Report DC updates.xls; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Untitled Attachment; Weekly Score Card Tracker -- USE THIS ONE.xls |

Marlene,
Store 2000 has trended above market average in Out Of Stocks during entire time period of follow-up. 500 outs is goal for a Div 1 store. 1000 is goal for SC. 1950 my only other Div 1 store has been around 1000 outs.

| | wk 35 | wk 36 | wk 37 | wk 38 | WK 39 | WK 40 | WK 41 | WK 42 | WK 43 | WK 44 | WK 45 | WK 46 | WK 47 | WK 48 | WK 49 | WK 50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Store 2000 | 1302 | 1608 | 2005 | 2149 | 2362 | 2320 | 1718 | 1650 | 1530 | 2101 | 1751 | 1805 | 1688 | 2407 | 2051 | 1504 |
| Market Average | 1213 | 1268 | 1265 | 1328 | 1290 | 1329 | 1235 | 1145 | 1156 | 1214 | 1191 | 1148 | 1234 | 1556 | 1540 | 1286 |




MM Out Report DC updates.xls   This is the MM report from FY-10.

Front end: 93 is above company goal.

Front End Score Card

| Store | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1197 | 93.3 | 94.2 | 96.4 | 95.9 | 96.5 | 77.7 | 93.9 | 94.2 | 88 | 82.6 | 91.3 | 92.3 | 95.4 |
| 1300 | 94.8 | 92.8 | 96.4 | 94 | 93 | 79.9 | 90.3 | 88.6 | 83.1 | 82.6 | 91.4 | 92.5 | 94.7 |
| 1354 | 94.2 | 96 | 96.4 | 94.7 | 94.9 | 81.5 | 90.9 | 96.6 | 86.2 | 81.4 | 93.5 | 93.7 | 95.6 |
| 1379 | 94.7 | 94.6 | 96.4 | 95.2 | 91.9 | 90.8 | 95.7 | 91.7 | 89.9 | 81.2 | 94.6 | 94.2 | 92.8 |
| 1502 | 89.9 | 93.6 | 96.4 | 96.1 | 96.6 | 90.5 | 95.4 | 89.5 | 91.4 | 93.2 | 96.4 | 95.1 | 93.4 |
| 1527 | 94.4 | 92.8 | 96.4 | 90.1 | 85 | 81.9 | 93.4 | 88.3 | 84.1 | 80.2 | 85.1 | 89.9 | 88.6 |
| 1641 | 97.1 | 94.5 | 96.4 | 96.5 | 96.3 | 91 | 95.2 | 95.5 | 96.9 | 95.1 | 96.2 | 96.1 | 97.2 |
| 1661 | 93 | 96.5 | 96.4 | 95.4 | 93.6 | 81.5 | 94.5 | 88.4 | 79.1 | 84.2 | 95.6 | 96.2 | 95.6 |
| 1950 | 95.9 | 91.8 | 96.4 | 91.5 | 90.9 | 91.2 | 95.8 | 96.9 | 91.4 | 90.4 | 96 | 94.3 | 90.3 |
| 2000 | 78.2 | 79.7 | 96.4 | 88.5 | 90.8 | 76.6 | 88.4 | 92.5 | 92.3 | 90.4 | 89.8 | 89.9 | 88.7 |
| 2730 | 89.9 | 88 | 88.5 | 93.4 | 90 | 76.1 | 85 | 83.9 | 76.6 | 77.4 | 85.7 | 86.5 | 90 |
| 4459 | 92.8 | 93.8 | 95.3 | 92.4 | 92.6 | 83 | 93.6 | 88.6 | 84.7 | 91.4 | 92.7 | 92.8 | 96.1 |
| Mkt | 92.3 | 92.4 | 94.6 | 93.6 | 92.6 | 83.6 | 92.8 | 91.2 | 86.9 | 85.3 | 92.4 | 92.5 | 93.2 |

Apparel: 90 is company goal. Hit and miss on this card.

Confidential                                                                                                          WMT 08213

| Apparel | Mkt Avg | 1197 | 1300 | 1354 | 1379 | 1502 | 1527 | 1641 | 1661 | 1950 | 2000 | 2730 | 4459 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 |  | 69% | 56% | 64% | 74% | 74% | 71% | 73% | 88% | 81% | 25% | 56% | 47% |
| 39 |  | 63% | 49% | 55% | 73% | 73% | 68% | 52% | 91% | 81% | 30% | 57% | 39% |
| 40 |  | 90% | 67% | 93% | 89% | 90% | 84% | 92% | 97% | 93% | 54% | 88% | 73% |
| 41 | 81 | 91% | 90% | 93% | 94% | 81% | 77% | 77% | 95% | 76% | 79% | 51% | 70% |
| 42 | 87 | 92% | 78% | 92% | 91% | 94% | 90% | 94% | 93% | 96% | 67% | 72% | 79% |
| 43 | 79 | 89% | 88% | 69% | 91% | 63% | 84% | 73% | 97% | 94% | 64% | 64% | 74% |
| 44 | 86 | 90% | 77% | 91% | 88% | 87% | 93% | 85% | 97% | 95% | 85% | 76% | 72% |
| 45 | 85 | 92% | 95% | 96% | 93% | 77% | 87% | 75% | 97% | 70% | 84% | 90% | 60% |
| 46 | 86 | 90% | 91% | 91% | 92% | 86% | 88% | 87% | 96% | 96% | 87% | 69% | 57% |
| 47 | 84 | 81% | 92% | 90% | 92% | 79% | 83% | 89% | 87% | 92% | 86% | 78% | 59% |
| 48 | 80 | 93% | 78% | 94% | 94% | 52% | 78% | 72% | 94% | 99% | 73% | 76% | 61% |
| 49 | 78 | 77% | 68% | 93% | 82% | 60% | 73% | 47% | 96% | 98% | 95% | 78% | 70% |
| 50 | 78 | 94% | 75% | 74% | 91% | 78% | 74% | 59% | 80% | 99% | 56% | 75% | 75% |

Electronics: 90 is goal. Exceeded market average and company goal once.

| Electronics | Mkt Avg | 1197 | 1300 | 1354 | 1379 | 1502 | 1527 | 1641 | 1661 | 1950 | 2000 | 2730 | 4459 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 |  | 61% | 88% | 90% | 84% | 72% | 44% | 0% | 97% | 92% | 73% | 73% | 12% |
| 41 | 86 | 85% | 84% | 90% | 93% | 95% | 90% | 76% | 98% | 96% | 77% | 74% | 69% |
| 42 | 86 | 92% | 80% | 93% | 83% | 95% | 91% | 89% | 98% | 95% | 80% | 73% | 67% |
| 43 | 86 | 66% | 74% | 66% | 76% | 80% | 79% | 61% | 94% | 70% | 57% | 43% | 42% |
| 44 | 86 | 78% | 77% | 82% | 92% | 90% | 94% | 95% | 98% | 94% | 75% | 61% | 56% |
| 45 | 81 | 73% | 65% | 91% | 90% | 93% | 92% | 90% | 98% | 94% | 58% | 76% | 51% |
| 46 | 76 | 67% | 78% | 72% | 94% | 84% | 93% | 80% | 99% | 75% | 61% | 61% | 52% |
| 47 | 73 | 65% | 76% | 76% | 91% | 80% | 92% | 73% | 90% | 73% | 57% | 47% | 51% |
| 48 | 86 | 95% | 91% | 86% | 91% | 93% | 92% | 82% | 97% | 91% | 76% | 67% | 74% |
| 49 | 80 | 96% | 94% | 91% | 93% | 28% | 85% | 92% | 96% | 95% | 90% | 57% | 43% |
| 50 | 85 | 94% | 93% | 92% | 95% | 92% | 91% | 79% | 98% | 91% | 70% | 62% | 59% |
| 51 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 52 |  |  |  |  |  |  |  |  |  |  |  |  |  |

IMS Supervisor: Goal is 90.

| IMS Sup | Mkt Avg | 1197 | 1300 | 1354 | 1379 | 1502 | 1527 | 1641 | 1661 | 1950 | 2000 | 2730 | 4459 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | 88 | 99% | 50% | 93% | 99% | 66% | 95% | 97% | 99% | 99% | 50% | 86% | 97% |
| 45 | 82 | 59% | 40% | 99% | 90% | 68% | 100% | 88% | 83% | 98% | 69% | 88% | 99% |
| 46 | 78 | 50% | 46% | 100% | 99% | 48% | 76% | 97% | 99% | 100% | 50% | 69% | 98% |
| 47 | 90 | 62% | 85% | 95% | 90% | 61% | 76% | 83% | 89% | 98% | 50% | 89% | 78% |
| 48 | 76 | 50% | 94% | 95% | 97% | 36% | 82% | 94% | 81% | 94% | 0% | 53% | 99% |
| 49 | 86 | 97% | 86% | 98% | 69% | 49% | 70% | 97% | 88% | 99% | 36% | 93% | 88% |
| 50 | 82 | 50% | 100% | 88% | 98% | 48% | 84% | 92% | 97% | 90% | 60% | 47% | 98% |
| 51 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 52 |  |  |  |  |  |  |  |  |  |  |  |  |  |

IMS Associate: Goal is 90

| IMS Asso | Mkt Avg | 1197 | 1300 | 1354 | 1379 | 1502 | 1527 | 1641 | 1661 | 1950 | 2000 | 2730 | 4459 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | 91 | 89% | 80% | 82% | 97% | 86% | 89% | 80% | 88% | 46% | 85% | 85% | 59% |
| 45 | 90 | 98% | 86% | 95% | 97% | 75% | 72% | 80% | 97% | 86% | 80% | 61% | 46% |
| 46 | 91 | 86% | 93% | 86% | 96% | 94% | 93% | 96% | 94% | 82% | 79% | 75% | 55% |
| 47 | 97 | 100% | 81% | 95% | 59% | 86% | 94% | 94% | 97% | 99% | 76% | 84% | 67% |
| 48 | 88 | 90% | 95% | 79% | 94% | 96% | 93% | 93% | 68% | 86% | 82% | 79% | 41% |
| 49 | 91 | 88% | 93% | 81% | 98% | 95% | 83% | 99% | 90% | 94% | 93% | 91% | 48% |
| 50 | 93 | 95% | 96% | 94% | 98% | 97% | 95% | 98% | 86% | 63% | 94% | 73% | 43% |
| 51 |  |  |  |  |  |  |  |  |  |  |  |  |  |

Day picks: goal is 100%

| Day Pick | Mkt Avg | 1197 | 1300 | 1354 | 1379 | 1502 | 1527 | 1641 | 1661 | 1950 | 2000 | 2730 | 4459 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | 97 | 100% | 93% | 83% | 94% | 100% | 100% | 100% | 99% | 100% | 97% | 96% | 92% |
| 45 | 98 | 98% | 97% | 87% | 96% | 100% | 100% | 100% | 100% | 100% | 93% | 97% | 93% |
| 46 | 97 | 99% | 98% | 94% | 88% | 99% | 100% | 100% | 100% | 100% | 94% | 88% | 90% |
| 47 | 88 | 95% | 95% | 74% | 83% | 95% | 96% | 74% | 88% | 97% | 74% | 72% | 80% |
| 48 | 95 | 100% | 99% | 95% | 90% | 100% | 100% | 100% | 100% | 99% | 66% | 82% | 87% |
| 49 | 97 | 100% | 100% | 95% | 92% | 99% | 100% | 100% | 100% | 100% | 87% | 84% | 90% |
| 50 | 98 | 100% | 100% | 96% | 97% | 99% | 100% | 100% | 100% | 99% | 86% | 97% | 97% |

Night picks: goal is 100%

Confidential

WMT 08214

| Nigh Pick | Mkt Avg | 1197 | 1300 | 1354 | 1379 | 1502 | 1527 | 1641 | 1661 | 1950 | 2000 | 2730 | 4459 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | 90 | 100% | 42% | 100% | 96% | 100% | 100% | 98% | 100% | 99% | 98% | 81% | 100% |
| 45 | 88 | 97% | 36% | 97% | 98% | 100% | 100% | 98% | 100% | 100% | 92% | 74% | 100% |
| 46 | 87 | 84% | 52% | 100% | 98% | 100% | 100% | 100% | 100% | 99% | 79% | 100% | 52% |
| 47 | 69 | 73% | 55% | 72% | 71% | 73% | 74% | 70% | 84% | 85% | 50% | 72% | 64% |
| 48 | 88 | 97% | 98% | 100% | 88% | 98% | 98% | 100% | 100% | 100% | 43% | 83% | 100% |
| 49 | 97 | 100% | 99% | 100% | 100% | 100% | 99% | 100% | 100% | 100% | 70% | 100% | 100% |
| 50 | 98 | 98% | 97% | 100% | 97% | 100% | 100% | 99% | 95% | 100% | 100% | 100% | 88% |

Exceptions worked goal 100%

| Except | Mkt Avg | 1197 | 1300 | 1354 | 1379 | 1502 | 1527 | 1641 | 1661 | 1950 | 2000 | 2730 | 4459 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | 95 | 97% | 96% | 85% | 93% | 93% | 100% | 96% | 100% | 99% | 91% | 97% | 91% |
| 45 | 95 | 90% | 98% | 89% | 91% | 98% | 100% | 94% | 100% | 99% | 94% | 95% | 93% |
| 46 | 96 | 97% | 99% | 97% | 87% | 100% | 100% | 98% | 99% | 95% | 97% | 97% | 90% |
| 47 | 91 | 97% | 96% | 96% | 77% | 100% | 100% | 87% | 95% | 99% | 80% | 92% | 82% |
| 48 | 94 | 98% | 100% | 89% | 80% | 99% | 100% | 97% | 100% | 94% | 78% | 93% | 88% |
| 49 | 97 | 99% | 100% | 93% | 85% | 100% | 99% | 98% | 100% | 100% | 94% | 97% | 97% |
| 50 | 97 | 99% | 100% | 95% | 96% | 99% | 100% | 97% | 100% | 97% | 91% | 94% | 97% |

Dry Grocery/GM stocker goal is 90%.

Dry Food/GM stocker

|  | Mkt Avg | 1197 | 1300 | 1354 | 1379 | 1502 | 1527 | 1641 | 1661 | 1950 | 2000 | 2730 | 4459 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 |  | 59% | 72% | 52% | 71% | 70% | 57% | 82% | 70% | 85% | 65% | 88% | 25% |
| 39 |  | 69% | 62% | 66% | 84% | 75% | 74% | 92% | 86% | 86% | 77% | 64% | 29% |
| 40 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 41 | 65 | 64% | 66% | 80% | 80% | 76% | 80% | 59% | 92% | 67% | 66% | 49% | 0% |
| 42 | 68 | 77% | 71% | 85% | 88% | 89% | 92% | 62% | 90% | 63% | 49% | 52% | 0% |
| 43 | 70 | 47% | 74% | 92% | 73% | 76% | 82% | 50% | 93% | 71% | 63% | 53% | ※ |
| 44 | 77 | 77% | 81% | 89% | 91% | 81% | 87% | 70% | 87% | 73% | 65% | 51% | ※ |
| 45 | 82 | 95% | 77% | 84% | 87% | 87% | 90% | 91% | 85% | 66% | 79% | 59% | ※ |
| 46 | 81 | 88% | 75% | 85% | 82% | 84% | 89% | 94% | 85% | 61% | 80% | 63% | ※ |
| 47 | 48 | 65% | 51% | 58% | 53% | 46% | 63% | 49% | 53% | 31% | 62% | 45% | 0% |
| 48 | 81 | 81% | 74% | 88% | 84% | 82% | 90% | 87% | 87% | 62% | 77% | 77% | 86% |
| 49 | 84 | 91% | 79% | 91% | 86% | 87% | 92% | 96% | 79% | 86% | 72% | 66% | ※ |
| 50 | 82 | 91% | 78% | 90% | 87% | 85% | 89% | 94% | 83% | 78% | 70% | 54% | ※ |

Goal is 90%. 2000 does not

Frozen/Dairy Stocker

|  | Mkt Avg | 1197 | 1300 | 1354 | 1379 | 1502 | 1527 | 1641 | 1661 | 1950 | 2000 | 2730 | 4459 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 |  | 42% | 66% | 72% | 52% | 67% | 56% | 25% | 42% | ※ | 0% | 27% | 25% |
| 39 |  | 62% | 66% | 69% | 63% | 78% | 76% | 38% | 49% | ※ | 0% | 40% | 49% |
| 40 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 41 | 52 | 61% | 60% | 72% | 69% | 75% | 69% | 37% | 75% | 0% | ※ | 19% | 32% |
| 42 | 65 | 60% | 61% | 61% | 61% | 74% | 83% | 64% | 78% | ※ | ※ | 39% | 67% |
| 43 | 64 | 72% | 62% | 59% | 48% | 86% | 69% | 99% | 88% | 0% | ※ | 33% | 84% |
| 44 | 55 | 56% | 63% | 75% | 82% | 84% | 65% | 57% | 78% | 0% | 0% | 40% | 59% |
| 45 | 63 | 51% | 66% | 85% | 82% | 89% | 66% | 100% | 82% | 0% | 17% | 43% | 70% |
| 46 | 69 | 71% | 69% | 74% | 76% | 80% | 82% | 99% | 85% | ※ | 0% | 38% | 87% |
| 47 | 46 | 47% | 37% | 36% | 59% | 66% | 42% | 99% | 57% | ※ | 0% | 41% | 23% |
| 48 | 71 | 72% | 67% | 74% | 91% | 80% | 77% | 100% | 83% | ※ | 0% | 41% | 99% |
| 49 | 68 | 76% | 66% | 79% | 82% | 82% | 96% | 99% | 67% | ※ | 0% | 32% | 70% |
| 50 | 62 | 76% | 56% | 69% | 92% | 88% | 82% | 90% | 48% | ※ | 0% | 32% | 50% |

Here is the market tracking report. 

Weekly Score Card Tracker -- ...

**Eric Litchfield | MM 486**
**Northeastern NC**
843.743.1462
Eric.Litchfield@Wal-Mart.com
Walmart Stores, Inc. Market 486
210 Greenville Blvd.

Confidential
WMT 08215

| | |
|---|---|
| **From:** | Marlene Hunter |
| **Sent:** | Monday, January 18, 2010 4:17 PM |
| **To:** | Eric Litchfield |
| **Subject:** | Max Dutton - supporting documents needed |

Please give me the scorecard actual vs. plan that Max is not meeting.
Specific information on out of stocks mentioned on Pip follow up I need the weekly number broken out for this time period
Mr. Dutton disagrees that he is below expectations on the 1st PIP follow up, I need any supporting document you have that shows Mr. Dutton was below expectations as noted on the PIP follow up dated 1/6/09

Marlene Hunter PHR, **Regional Human Resources Director**
Phone 770-975-5629, Fax 479-273-8139
marlene.hunter@wal-mart.com

Walmart Stores, Inc. - Region 15
3415 Old Highway 41, Suite 790
Kennesaw, GA 30144
Saving people money so they can live better.

This e-mail is intended for the sole use of the individual(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, duplication or distribution of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this e-mail is in error, please notify me immediately by calling (770) 975-5629, or by replying to this e-mail.