IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:11-CV-00094-BO

| | |
|---|---|
| BRUCE BANNISTER; MAX DUTTON; and MARION TOWLES;<br><br>Towles,<br><br>vs.<br><br>WAL-MART STORES EAST, L.P.,<br><br>Defendant. | **APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING MAX DUTTON'S CLAIMS** |

**E-1**

**Declaration of Jeffrey McIver Exhibit 1**
M. Dutton's Written Statement (10/14/2009

10/14/2009

To Whom It May Concern:

After the interview and digesting the allegations, I would like to clarify the following:

1. Teresa Stanfelter is an outstanding associate for Wal-Mart along with several other associates. When I have been short handed or the only manager in the building. I have used my resources to run an excellent store.
She has on occasion had my sign on to inform me of conference calls or my collectables only. I would request a consistency search on managers at all levels utilizing their resources for our Company's success. I am sorry and would like to move on never letting this happen again. I was backed in a corner being by myself and utilized my resources. I was grossly under staffed with management per the structure and sales volume.

2. Art Glidden has raised money as a volunteer on and off for (16) sixteen years prior to me being Store Manager for (CHKD.) Childrens hospital of the Kings Daughter. He has always been a volunteer and has received many awards such as: The Governors Gold Leaf Award for Volunteering. He has never been given money for his work of Voluntary his time for CHKD. I am sorry for his actions, and Volunteering in our store will not happen again.

Case 4:11-cv-00094-BO   Document 97-2   Filed 08/28/13   Page 2 of 4

Confidential                                             WMT 03526

3.) Tonja Moore while with us as an assistant was progressing, I am responsible for getting her promoted. But I think she ran into a "unfit boyfriend" and everything changed. She started not eating right, she was sick alot, and both her mother, myself, and other associates tried to get her on a healthy diet because we all knew she was not, we were being concerned about her wellbeing. At anytime this was about nothing other than taking care of an associate like we always have done.
Tonja was very determined to move to Florida with her boyfriend and the company no longer payed relocation and she got very upset, also she had interviews and was not chosen. One day after this she came in put down her keys and exited the building. I attempted to reach her by phone but was not successful after several trys, several days.

4.) We had a donation drawing at the front of the store by Art Glidden, the community volunteer. It did not take place as usual on the final day. Assistant Manager Sammy Marriner was in charge of it. Instead of Sammy being called to the front of the store, Art brought him the winning ticket. This was not the normal protocol. I feel the drawing as it is pointed out, was not correct but I can not prove that. This type of drawing will never happen again.

Confidential                                                                                                                                       WMT 03527

5. One of our Vendors Charlie Lipsey of George Marshall and Associates put money in our incubator at the front of the store. He then told associates about his infant son had brain cancer and what CHKD did for him, he said, he felt compelled to do more is what my associates told me. He then sent a check into the store, our accounting office for CHKD we "did not" ask him to do this or any other vendor. We have never done this and will never do this we know our company does not do this in any way.

6. I was elected to the Dare County Board of Commissioners after being advised by Wal-Mart Legal, Regional, Market Manager to do so. My number one focus and obligation is to Wal-Mart Store #2000 at all times. At no time did any associate assist with or be involved with me as a Commissioner in any way, at any time.

Respectfully Yours,
May R. Sutton
Wal-Mart Store #2000
Kitty Hawk, N.C. 27954
1-252-216-6686 CELL

Confidential        WMT 03528