# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

Civil Action No. 4:11-CV-00094-BO

| | |
|---|---|
| BRUCE BANNISTER; MAX DUTTON; and MARION TOWLES; | |
| Towles, | **APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING MAX DUTTON'S CLAIMS** |
| vs. | |
| WAL-MART STORES EAST, L.P., | |
| Defendant. | |

**E-2**

**Declaration of Jeffrey McIver Exhibit 2**
J. McIver's Field Investigation Summary (10/14/2009)

**Witnessing Manager Notes**

**Reporting Associate's Last Name:**

Interview ✓

Follow-Up Interview

## PART 1. BACKGROUND INFORMATION

| Witnessing Manager Name | Position | Facility/Department Number |
|---|---|---|
| Teresa Tingler | MHRM | Market 210 |
| Name of Associate Being Interviewed | Position | Facility/Department Number |
| Max Dutton | SM | 2000 |
| Investigating Manager Name | Position | Facility/Department Number |
| Jeffrey McIver | RHRD | Home Office |
| Names of Other Persons Present (Write "None," if applicable) | | |
| None | | |

| Location of Interview | Date of Interview | Start Time of Interview |
|---|---|---|
| Cody Bistro Hotel | 10/14/09 | 10:12 Am |

## PART 2. INTERVIEW NOTES

**Instructions**: Document the discussion. Record your notes in a form convenient for you, but you should try to capture both the questions asked and the responses given. One way is to write the initials of the person who is speaking, followed by a colon, and then to record that person's words, in first person, exactly as said. Example: *"JT: Where did that happen? CS: I was in the break room."* Do not scribble on this form or write anything down other than information representing the words of the speakers. If the witness leaves suddenly or engages in any type of unexpected physical conduct, such as kicking a table, make note of that as well. If you are unable to write fast enough, ask the witness to repeat any statement you may have missed or slow down so that you can catch up.

*Began notes on next page ①*

Case 4:11-cv-00094-BO   Document 97-3   Filed 08/28/13   Page 2 of 39

Confidential

WMT 03493

Investigation - if you do anything to hamper
or interfere with the process it would be
accountability up to + including termination
10:12 AM - If you have concerns - read up not down live
be comfortable with us asking questions.

J You have confirmed Teresa had your password
M Yes - I was at member # most in the store
J Did Teresa send emails for you email act
as if she was you - Yes but if it was a single
act - to answer something yes and anything else
I handled.
J Did Teresa ever use your email acct when
you were not in the store  M = No
J Did Teresa have keys to the store
M She did til June 12th - Yes
J Did she have full right keys - M - No
J What keys did she have
M fixture room to back door she was over
our chiefs people - I would have to visit
keys - which that would help fixture room
+ back door
J You said she was over Duets - M - Yes
J Do you report to her - M Yes -
J Do you think she is their supervisor - No
they work closely together she has helped
train chiefs associates.
J Is it true Teresa has keyed ASM evaluations
M I had to do 3 times this year + I want to say
she typed the 3rd time. Adjustments had

**Witnessing Manager's Notes**
*Workplace Incident Interview*

J to be made. Had to get back in

J Is it true you offer to go to lunch with Teresa

M No - She went thru a bad time - Sammie + myself went to Subway + we talked with her. Only as someone that needed to be talked to.

J Does your store follow key controls - M yes

J So they have to return the key to the office on hand

M Yes they have to sign in + out - lockbox only and that doesn't have to turn in is ASM's.

J So did Teresa sign out keys everyday -

M Prior to the 12th - No she did not. Now she does not have keys.

J You stated all prep signed out + # why was Teresa exception. M I think with prior 2 reps she had keys so I did not break that. John Birch + Ann Coleman - I think in need. She assisted the as she assisted so very knowledgeable we used without assoc. Is it a true statement that Teresa was used as an asst mgr in your store? Her primary job is invoicing - she never did anything on the floor. So this is not a true statement - No I know she had taken a mgmt call. So is it a fair statement to say she was used as an asst mgr - I don't look at it that way - My other mgmtees will take a mgmt call if I am by myself.

Confidential

J Does your store have any support regs -

M No

J Who participates in Market Calls (before)

M My mentees who wanted to go into the Mgmt Training program - M Yes Teresa has been on the call - I was asked how I was mentoring my mentees at the Home Office when interviewed for MM position (Didn't know if that's where I got that idea)

J Is it true when Eric would ask for everyone to leave the room - on confidence call - M No not true if he asked for everyone to leave there been there would be no one left in the room -

The first time I had as ASM on call - they asked me if I allowed to do this + I told them yes you are going to have to do this too.

I don't break rules if no one was supposed to be in there no one there -

J Is it true that Teresa signs your name on Evaluations + other work documents?

M No - I hope no one signs my name.

J Am I correct to say you are a County Commissioner M Yes sit on the Board of County Commissioner.

J Have you ever asked any associate to do county work while at work (WM not)

M No

4

J Have you ever asked Teresa to do work for your County Commission work while at work (walmart) M No -

Did you ever give any ideas of your nutrition plan. Tanya Moore worked with her Mother — We were concerned with her health. She must eat healthy.

J Did you give Tanya a diet plan?
M If I had a health book I may have. I did not tell her to be on a diet. I talked about healthy eating. If it was a healthy diet plan I may have.

J Asked question again — Did you ever give her Outer Banks Weight Loss diet plan — M Yes If I may say it was originated by another associate

J Is this your handwriting (on the diet plan)?
M Yes it is

J Do you recall ever giving Tanya a picture with writing on it. M Yes
M Her whole picture — we were trying to shock her into eating ~~right~~. You need to eat healthy. The reason some of these things changed she admitted she wasn't eating properly.

J Are you a dietician? M No
J Is it true that ~~Teresa~~ received a lot of questions. M Yes There were several that did. We had a volunteer list. On a volunteer basis

Confidential

M — shifts that were unfilled - Our lack of staffing
been like that for 1½ yrs

J Where did her OT come from —

M If there were cashier shifts she would
fill in - She never filled in as ASM
mostly as cashier

J What would you say number of OT hrs
those received in your stores

M Not sure Teresa Chappell in garden ctr
would help on weekends It wasn't
just here - anyone could sign up for those
hours.

J Art Glidden - why did he have a Wal-mart
name badge — M He two mgrs before me
gave him one — The assocs loved the
guy so much I did not break that
Maybe I should have

So you never asked him for the badge back
No it was already in place - no one
had a problem with it. He was a great
volunteer for Children's Hosp That was the
way it was when I took the store.
All the MM's knew Art & was good with
what he did as a lead volunteer for the
state of NC

J We have been advised you talked to Art about
his dress. "I never had a conversation
with him - "My associates came to me
about him he looked gross

not shaved, too. Told the to tell him politely he needed to look better.

J You had the assocs address his not you — M No - The associates talked to him a lot. The committee talked about it.

J Did Art ever dress in WAl-malt attire blue + khaki — M Not that I'm aware of most of the time he wore an Hawallian Shirt.

J So if we have been advised you had a conversation with Art that he needed to come looking professional that would not be true — M No - not true. I didn't see in the past fundraiser

J Was Art ever paid for working at the store. M No he was a volunteer

J Did the company or the store benefit for what Art did. M No Children's Hospital Only

J How many hrs did Art work on the volunteer basis - a day - M 8 or 9 in morning til early afternoon 12 - 1 maybe close to 2 12 to 1 time frame - we would take table to back

J Did you ever tell Art he would have one half of the proceeds of what he collected M No sir J Did anyone in the store tell him he could take one half M No sir - we were doing it for one reason

*Witnessing Manager's Notes*
*Workplace Incident Interview*

J: Is it with certanty that ~~you can confir~~ all monies were accounted for - M Yes Sir

J: Does store have raffles?

M: Donation raffles - Since it came out the last one we were directed to do

J: So your store has raffles

M: I ~~don't~~ doubt anymore after this

J: How does that get to work. M Someone brings in. I recall Sammie Marnier ASM would pick him up - Over the years I picked him up the time. If anyone else picked him up I'm not aware. He could drive up until about a year ago.

J: So - It's your statement you have not asked an hourly associate to take him home.

M: I have not - He would get rides in several different ways - Have I've never directed anyone to pick him up we were not the Fare Taxi

J: So the hourly assoc or ASM picked Curt up for work were they reimbursed for their mileage. M No Sammie did not - probably out of the goodness of his heart.

J: Did Curt have access to the store? Back rm lounge. M The only time in back was when table was not at the front

J: For another reason M No -

J: Did he ever go to the lounge -

Confidential

WMT 03500

M Not that I'm aware of

J You have been in the Store 16 yrs

M Yes

J And you have never seen he in the lounge

M No! Up front. Never seen him in the Lounge stayed up front

J Did you get money from Vendors for CMN

M No - we got Money but his of own accord Charlie Lipsok - he sent money for Childrens Hosp CHKD - He wanted it in Incubator

J Was it a personal check or business chäik

M I do not know. Marie in accounting would have that information. She did not feel safe putting check in incubator

J Wal-mart stance you never questioned the check

M When she told me I was shocked + No I did not

J Who signs these paperwork

M A lot of this ~~this~~ this time ~~shall~~ My ~~este~~ assistants

J Who was the check made payable to CHKD - She told me (Marie)

J So you are saying we cashed check made out to Children Hosp - We deposited the check? M Yes. J you did not ask about that process - M She told me about it

J Was the check deposited into 165 to your knowledge

M To my knowledge

Confidential

J How did Matt's (Charlie) org. receive credit for
donation to Children's Hosp

M I don't know.

M I think you mean Charlie L. get credit

J Correct - "good question, I do not know

J How did vendors know we were raising money
for Children's Hosp

M Me & my assoc asked what if we asked
the other vendors - poor on my part - wrong
on my part - I did not say yes or no to
sign up & back door - I was surprised
when Art showed me the sign

J During your tour you did not see the sign

M No - stare or no - Don't know how
long sign was up.

J Did anyone from the Market Team or higher
advise you to ignore company policy
or guidelines to raise money

M On conf call - Do what ever it takes -
I thought does this mean Jean Day
June 12 $5 could wear your black outfit

J Repeated Question M No sir just do whatever
it takes

J Did you ask for clarity - M No sir
After the call Calvin M - I asked
Jean day, black day - sounds like it
you need to raise $7,500 - we raised $2,200
Calvin was at the store & took call with me

J · You needed clarity but you never asked
Regional or Market
M "Not Regional"

J You never asked for clarity
M "No. Not after it was done twice on conf
call

J Who won $500 gift card in your store
M a lady - my asset prot contacted her - it
ended up being someone who worked previously
for Art Glodda. Normally myself, Sammie
+ a customer would do drawing. It was
not done that day - Art brought winner to
Sam - someone who used to work at a
restaurant for Art

J Could it be Tammy Nicols
M Don't know could be - rings a bell man

J So Tammy Nicols was winner
M Not sure

J You saw the ticket M Yes
J So sent a letter M Yes
M Kim Gradwras taking care of it for me/you
J you said no set date + time of drawing
M Yes there was - Sammie was involved with
something else
J Everyone knew when drawing was taking place
M Yes
J Who drew name
M As far as we know - Art drew name

Confidential

J Once brought to your attention Tammy had
relationship with Art did you do anything — M Haven't
seen anyone the
J So you didn't request a new drawing
M No sir

I Ingle
10/14/03

Associate/Customer Investigation
Wal-Mart Stores, Inc. Confidential
PL Pub 10/16/04

Confidential                                                                    WMT 03504

*Witnessing Manager's Notes*
*Workplace Incident Interview*

**PART 3. WITNESSING MANAGER'S CERTIFICATION**

The handwriting that appears above is my own.  My notes of the interview that has occurred are accurate to the best of my knowledge and ability.  My responses to the questions presented are true and correct.

| Witnessing Manager Name (print) | Witnessing Manager's Signature | Date |
|---|---|---|
| Teresa Tingler | Teresa Ingl | 10/14/09 |

Associate/Customer Investigation
Wal-Mart Stores, Inc. Confidential
PL Pub 10/16/04

4

Confidential

WMT 03505

# Max Interview

- Teresa has Max's passcode - Does she send emails
- Teresa has key to the store
- Teresa get a lot of OT
- Is it true that Teresa keyed in Asm's evals or has she ever
- Do you often go to lunch w/ Teresa
- Key controls - Is your store following guidelines
- Who ~~partic~~ participate in Market conference calls
- When Eric ask all pert SM to leave the is it true that Teresa stay behind
- Is it true that Teresa sits in on mgrs evals or on coaching
- Is it true that Teresa signs your name on evals and other work documents

- You are County Commissioner
- Have you ever asked any to assist you in doing county commission work
- Has Teresa ever performed task or duties for you as the county commissioner

- Did you give an Asm a diet plan
- Why

- Art Glidden
- Why did he have a Walmart badge
- Why was he following or why was he advised to wear the dress code
- Why did he ever paid for working at your store

- How was he paid — how many hours did he work
- Did you ever tell Art that he could have 1/2 of what he collected as a payment
- How does Art get to work — Are the associates Don't Did Art act or was he lead to believe he had associate access

## Verdors

~~where you aware that you had sign~~
- Did you get $ from vendor for CMN
- How did ~~you~~ the vendor know we were raising $
- How did we give the money to CMN
- How did the vendor get credit for their donation
- How long have been a SM
- Did Eric Advise you or any to ignore policy
- Who authorized the donation communication the vendors signed.

## Drawing

- Who won the $ 500 gift card
- Tammy Nicols - do you know her
- What is Tammy's relationship w/ art
- Who drew the names
- Did everyone know of the date & time of drawing

Confidential

**Witnessing Manager's Notes**
*Workplace Incident Interview*

Max Dutton - Open Door - Prior to Investigation Questions
Store 2000 16½ yrs successful store - Never been coached
June 12th - walked in store Fund Raiser - MM + MHRM + AC
at store - come to Subway - Performing Investigation - You
are okay with Eric - Tracey doing Investigation
Eric + Max drove around all day returned to store
Associates came to me + wanted to know
Why was I being interrogated today - told the
everything fine.
I was called to the back. Tracey said so you're
"a perfectionist - She said something about Type A
personality. Why do you use Teresa like you do.
Shorthanded. Or Girls Or asked to meet with Eric
he went to lunch met briefly, going into summer
I asked Tracey - I'm asking you - he said
Tracey owes me a plan of action to get staffed.
Never got anything
Dawayna + Tracey came back + talked to more
associates. I asked could I help said No.
During back to school came back Tracey +
are we here to put closure or prevail items.
We were doing Back to school Went to check
they were gone did not say goodbye...
July 24st sent email to Eric to find
out what was going on so we could put
closure to situation.
Aug 18 or 17th - call from Eric - said Max
Tracey + Dawayna botched the investigation.
I did not know what the investigation was about

Case 4:11-cv-00094-BO   Document 97-3   Filed 08/28/13   Page 17 of 39
Confidential                                                    WMT 03508

Several assoc came to my house - told them nothing wrong - Aug 18th (? date) Marie from Myrtle Beach would be coming to do a investigation. Marie + another nice lady came + said they were there to do a Red Store visit. Could not understand why good store. Marie said I know this is hard but can you remove yourself - do a project. How about new communication board - we also did breakroom makeover. The next day she told me to keep myself removed. They were at a hotel met with dept mgrs. Then met with myself + asst mgrs. Plan of action - 82 engagement score - same plan we already have. Said they liked it. Headed back to Myrtle Beach that day. I asked off the record what is going on. - She said I think you have an asst mgr that may have felt threatened. Transferred an Asst Mgr to me with D-day she did not want to do things the Wal-Mart way - I worked with her - She decided things were not going her way so she resigned another asst mgr Tanya Moore - got her promoted - she was doing well then AWL. She was working 3rd shift - She called - I thought threw my phone I'm not coming to work I said excuse me + she said I threw my phone I'm not coming in. I stayed + worked -

Associate/Customer Investigation
Wal-Mart Stores, Inc. Confidential
PL Pub 10/16/04

2

Confidential

WMT 03509

I coached her. Time went on. Her health not good told her she needed to get a checkup. Her mother told me thank you She had diet of fritos, mt dew - We talked to her about her diet. I tried several times to get her a sub at subway she said no. There was no day care in store looked good. I think she had a bad boyfriend - I don't get involved in peoples personal lives. I thk he was an alchoholic + did drugs. Her + her boyfriend were trying to get to Florida. - Came out no relocation funds for transfer. She was distraught. She left store - left keys. I asked associate to go by + she answered the door. Her boyfriend passed out on floor. I tried to call her several times + she would not answer back.

Off the record with Marie - Can I give you some advise. You have a beautiful store if I had a store I would take you. I recommend you move to another store. I think there are some Market team members that are jealous of you. Art Binder - Regional Asset Protector - He showed up at store. I was helping a front end - he said he needed to check store [4] days out.

I told him - he knew I had Teresa
very competent to let me know if Conf Call
or Collectibles needed to get in. - Not
anymore since June 12th I ever took her
off my mentee list. Didn't want to. She
could be a CM or SM now. We were
short handed. At that time everyone must
meet goal $7,500 - Regional director - my
store very active in that. Told to do
whatever

Art Glinden helped - golden leaf Governor's
award - travels + helps children. I don't
know who turned it in he was not on
the payroll. He was used by 2 store mgrs
before me. When the $7,500 came up
someone said we needed to call Art.
A lot of that up front I don't like because
of customer space hours. A district associate saw
I would like to put up a sign to ask
the truck drivers to donate. I did not
say yes or no. Someone made a sign +
put it up when Art showed me the sign
I was surprised.
Charlie Lipsky - he put money in the incubator
talking to assoc his son had brain cancer
told them how

He felt compelled to do more - He set a
check to the store for $500 for CMN. He
My lady had already put it in the account

Associate Customer Investigation
Wal-Mart Stores, Inc. Confidential
PL Pub 10/16/04

Confidential

felt not smart to put check in incubator so put directly in acct. If wrong I'm sorry should have

Sept 8 & 9 SDTC mtg in New Bern - I was totally distraught - felt had not done anything wrong Chris

Sept 18th - On 1st day Noah + Cut were there 2nd day - Noah said would like to meet with you at hotel. We were in lobby - went outside Noah mentioned had been in the SDTC mtg - thought a lot of me - We have done three that have been returned into the Ethics Office - he was distraught when there is to the ethics committee Made statement - The writing is on the wall Cut's head is down - You're near my job is on the line - he said it doesn't look good - What doesn't look good - The tissue told you sign on - Yes - I was backed into a wall to do that Jul 6 I was pushed into a corner to do that - I should have to see a consistant search - I know what SM's go thru - Jul 6 called Vicky Kaar could not get back to work asked Vicky said OK - She is as house + she said I can't do it - let me sign On as MM - Maybe is Tracie's sign on - Where is the consistency.

Noah back peddled - I said Noah said
that is an entirely different circumstance.
I really like Noah + Art - Sunitha is on
The wall? We turned around walked
down sidewalk - MM came out - turned
his back on me + 3 of the went to lunch
dinner.
Yesterday my first day back to work
Sept 3, 5 or 6 - I felt bad at store - went up to
Pharmacy need to take my blood pressure
179/106 - pharmacist said need to call 911
I said no - took again - it was high
Went to hospital - (Not relevant to Open Door)
Sept 8-9 air "swoll" up. - Trying to explain not at
work.

You not call from MM - Greg May
Chris Evans - SM

5 Vicky having access to Erics info.
There is a difference - primary do the
job as an asst. They go thru diff training
They are trained for the role - They do have
access to process there role salary.
Job scope + Job responsibilities different for As.
5 Do associates normally come to your house -
→ No - did not talk to anyone concerning
Anything since June 12. Probably 7 associates
wanted to know what was going on - Everything is
wonderful. Did not go inside the
house.

Associate/Customer Investigation
Wal-Mart Stores, Inc. Confidential
PL Pub 10/16/04

I Ingle

**Witnessing Manager's Notes**
Workplace Incident Interview

After Investigation Questions Completed.

M Art renting a place for Tanya
M Asset prot was been drinking buddies with Art
  Blew my mind in firstly this Art
M Marie's investigation - investigation papers left out
  at CBL's - M I have the - one was
  Diane Plano
  M She is trying to make upset with me
J You knew it was an investigation about yourself
  & you need it M I called Marie & she
  had us fax it to her & dispose of
J And you kept a copy M Yes - J Mail to Regional Office
M To read it - you knew if you read something
  about yourself

M Someone else sent a copy to my home
M Sent something to Eric - written letter
J Anything you have you don't feel you
  should have you need to mail to
  you Regional Office.

10/14/08  Teresa Ingle

**Interview Checklist**

## PART 1. PREPARE FOR THE INTERVIEW and DOCUMENT THE SETTING

| Initials | |
|---|---|
| *[signature]* | ❑ Complete Steps 1 – 3 of the Investigation Report and Guide. |
| | ❑ Review documentation from interviews of other Associates. |
| | ❑ Review relevant documents. |
| | ❑ Choose a private location for the interview. |
| | ❑ Have a note pad available or use the Notes pages attached. Document which "Part" of the checklist you are referencing. |
| | ❑ Provide Witnessing Manager with blank Witnessing Manager Notes. |

**Instructions:** Fill in the information requested below, just before the interview.

| Investigating Manager Name | Position | Facility/Department Number |
|---|---|---|
| Mc=Iver | RHRD | Home Office |
| Name of Associate Being Interviewed | Position | Facility/Department Number |
| Max Dutton | SM | 2000 |
| Witnessing Manager Name | Position | Facility/Department Number |
| Teresa Tingler | MHRM | 210 - market |

Names of Other Persons Present (Write "None," if applicable)

| Location of Interview | Date of Interview | Start Time of Interview |
|---|---|---|
| City Bistro hotel | 10/14/09 | ~~10:00 am~~ 10:12 pm |

## PART 2. MAKE INTRODUCTORY COMMENTS

| Initials | |
|---|---|
| *[signature]* | ❑ Introduce all persons in the room to the Associate. Explain witnessing manager will be taking notes. |
| | ❑ Appreciate Associate for meeting with you. |
| | ❑ Verify the Associate is on the clock. |
| | ❑ Tell the Associate you are here to learn what the Associate might know regarding certain matters that have come to your attention. |
| | ❑ Explain that this meeting counts as an Open Door, and that the Associate is protected from retaliation from any person for sharing information with you today. |
| | ❑ Explain that the meeting is confidential, and that any information the Associate provides will be shared only with those who have a need to know or to further the investigation. |
| | ❑ Finally, tell the Associate that to be consistent you will be using a checklist and taking notes as you go through the interview. Explain that periods of silence will be normal while you look at your notes. |

| Initials | |
|---|---|
| *[signature]* | Ask whether the Associate is comfortable meeting with you and the others manager(s) present. If uncomfortable, offer the Associate an opportunity to discuss their discomfort without the particular manager present. Replace manager if a conflict exists or if otherwise appropriate. Document any concerns the Associate raises. |

Associate/Customer Investigation
Wal-Mart Stores, Inc. Confidential
PL Pub 10/16/04

Confidential

WMT 03515

## PART 3. START WITH A GENERAL QUESTION ABOUT WHAT HAPPENED

| Initials | |
|---|---|
|  | During this part:<br>ξ Do not interrupt the Associate.<br>ξ Do not ask any questions, until Part 4, unless needed to start the Associate off.<br>ξ Do not share information on the investigation or allegations brought.<br>ξ <u>Do</u> take notes. Write down exactly what the person says, such as, "*I was in the break room.*"<br>ξ <u>Do</u> document unexpected acts, such as if the witness leaves or kicks the table.<br>ξ <u>Do</u> take your time and ask the witness to slow down or repeat statements, if necessary. |
| Initials | Open the interview with a general comment such as, "*We are here to speak with you today about (the incident you reported) or (an incident that may have occurred in the workplace) involving certain associates. Can you tell me what happened?*" |

## PART 4. ASK DETAILED QUESTIONS

| Initials | |
|---|---|
|  | **Create a timeline of separate incidents.** If the Associate has told you about several different incidents separated by time or place, clearly determine when and in what order they occurred. Without getting into the details, for each incident ask:<br><br>❑ What date it occurred?<br>❑ What time of day it occurred?<br>❑ Where did it occur?<br>❑ Who was present? |
| Initials  | **Ask the Associate to mentally reenact each incident, beginning to end.** Most people have a mental recording of an event they witnessed. Help the witness to "play back" that mental recording by dividing the incident into short periods of time. For additional guidance, refer to Investigations Supplements on "Reenactment Questioning." Ask exactly what physical movements the participants engaged in and what words they spoke during the short time segment you are talking about, even if they prove unimportant to your investigation. |
| Initials  | **Verify no incidents have been left out.** Ask as many times as necessary: "Did anything similar in nature happen between the *(description of incident)* incident on *(date)* and *(description of incident)* incident on *(date)?*" |
| Initials  | **Refer to Investigation Supplements if applicable.** |
| Initials | **Inappropriate Comments.** Make sure you have recorded exactly each offensive comment made. |
| Initials  | **Inappropriate Touchings.** Make sure you know exactly how each inappropriate touching occurred and what body parts made contact. |

Associate/Customer Investigation
Wal-Mart Stores, Inc. Confidential
PL Pub 10/16/04

2

Confidential
WMT 03516

| Initials | **Associate/Customer Reactions.** Make sure you know how each person reacted to each act, physical contact or inappropriate comment. |
|---|---|
| Initials | **Motivation for Inappropriate Comments or Touchings.** Make sure you know you have asked the witness why each person made inappropriate comments or touched another person inappropriately. |
| Initials | **Relationship Questions:** The Associate may have additional knowledge that explains an act or comment. Ask: Do you know anything about the relationship between _____ and _____ that might explain why *(state act or comment)* occurred? |
| Initials | **Confront Responding Associates with each allegation made,** unless good reason exists not to. Go through the particulars, even if Responding Associate denies any inappropriate conduct at all. |
| Initials | **Challenge Associate with contradictions or conflicting information from other sources.** Do not disclose the source, unless necessary to further the investigation. Consider stepping out of the room briefly with Witnessing Manager to compare notes, and discuss items that are unclear. |
| Initials | **Ask about other sources of information:**<br>☑ Are there other persons who may have knowledge of the events you have described?<br>☑ Are there any documents that might confirm or explain what happened? Examples; *notes, letters, pictures, calendars, diaries, e-mails, written statements, tape recordings, videotapes, or any other items that would help demonstrate what happened.*<br>☑ *"Other than what you have told me, is there any other way we can confirm what happened?"* |

## PART 5. ASK ABOUT PRIOR REPORTS TO MANAGEMENT

| Yes | No | Ask: *"Have you reported or discussed any of the events we have discussed so far with any other managers or hourly supervisors before this interview?"* If yes, take notes and get details: who the manager or hourly supervisor was; when and where the report was made; what was reported; and what action the manager or hourly supervisor took. |
|---|---|---|

Associate/Customer Investigation
Wal-Mart Stores, Inc. Confidential
PL Pub 10/16/04

Case 4:11-cv-00094-BO    Document 97-3    Filed 08/28/13    Page 26 of 39
Confidential                                                                    WMT 03517

## PART 6. REACH AGREEMENT WITH ASSOCIATE ON KEY FACTS DISCLOSED

**Summary of Key Facts Disclosed**
**List Each Act or Comment Separately**

| Initials | Tell Associate you want to make sure you fully understand what Associate has told you. Review what you understand to have been the key acts or comments the Associate related to you, beginning with the first and ending with the last. Separately list and briefly describe each act or comment below. Be sure to indicate who committed the conduct and who was subjected to the conduct. Example: Susan asked Jim, *"Why do you people dress like that?"* |
|---|---|
| **No.** | **Act or Comment** |
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

| Initials | Ask Associate whether any other inappropriate or offensive acts or comments were made other than those just summarized. |
|---|---|

| Initials | Ask whether Associate is aware of any similar acts or comments by others at any other time. Get details of each act or comment mentioned. |
|---|---|

Confidential                                                                 WMT 03518

## PART 7. ENFORCE NON-RETALIATION POLICY

| Initials | If this Associate has been accused of misconduct, remind Associate that retaliation is prohibited and may result in disciplinary action up to and including termination. If appropriate, reassign, suspend (see PD-57 Investigation/Suspension Policy) or take other measures to prevent retaliation or repetition of misconduct, while investigation completed. |
|---|---|
| Initials | If this Associate claims to have been subjected to inappropriate conduct, remind Associate that retaliation is prohibited. Ask Associate to immediately report any further problems to you. If appropriate, consider granting requests for temporary accommodations in the form of time-off, temporary reassignment, shift changes, etc. Do not take any action that <u>involuntarily</u> affects this Associate's schedule or work location. |

## PART 8. REQUEST A WRITTEN STATEMENT

| Agreed | Refused | Ask the Associate to complete an Associate Statement form. The form must be completed on the clock. Tell the Associate to be sure to include each of the key acts or comments you reviewed together. If "AGREED," Thank the Associate, conclude the interview and complete the rest of this form. |
|---|---|---|
| Initials | | If the Associate REFUSES to provide a written statement try to persuade the Associate to write a statement using the "Obtaining an Associate Statement" tips provided in the Investigation Supplements. |
| Initials | | If the Associate still refuses to write a statement, document the reasons. |

| Initials | Thank the Associate, conclude the interview and complete the rest of this form. |
|---|---|

## PART 9. COMPLETE THE CHECKLIST

| Initials | ☐ Verify that all prior sections of this form have been completed<br>☐ Update List of Witnesses in the Investigation Report and Guide<br>☐ Update List of Documents in the Investigation Report and Guide<br>☐ Attach Witnessing Manager's Notes<br>☐ Attach Associate Statement<br>☐ Place Documents in THE RED BOOK |
|---|---|

The handwriting that appears above is my own. My notes of the interview that has taken place are accurate to the best of my knowledge and ability. My responses to the questions presented are true and correct.

| Investigating Manager Name (print) | Investigating Manager's Signature |
|---|---|
| | |

Confidential

Case 4:11-cv-00094-BO    Document 97-3    Filed 08/28/13    Page 28 of 39

WMT 03519

158 6

① Stated that Teresa did have your store mg password
② Mng stated he did direct Teresa to use his email account to respond
③ Did Teresa ever use his email account while he was not in the store & he said no.
Teresa did have key to the store - yes until June 12, 200
What key did she have - fitting room & Back door Because she was over the Direct associates-
④ Teresa works closely with the Direct associates b/c she is in invoicing.
⑤ Teresa did type the ASM's evals into the system for him.
⑥ Mng said that one time Teresa went through a tough time and he and Sammy would eat w/ her at subway to talk to her.
⑦ Does your store follow key controls - yes All associates sign out key daily with the exception of ASM
⑧ Did Teresa sign her keys out as well - prior to the 12th no but now she does not have key
⑨ For the last two mns she has had the key & he saw the benefits and he means say a reason to take the key.

Associate/Customer Investigation
Wal-Mart Stores, Inc. Confidential
PL Pub 10/16/04

**Notes Pages**

Associate Last Name: _____

Investigating Mgr Name: __McIver__

(10) Is it a Fair Frans statement to say that Teresa is used as an ASM? May said a he does not look at it this way and his other mentees also crutch mgmt calls if he is by himself in the store.

(11) Store does not have any support Mr.

(12) On the MM conference calls Teresa and his ASM (as well as mentees) were a part of the MM calls. so got idea from MM interview at home office to promote

(13) May stated that if Eric ow for all to leave the room all would leave w/ exceptions of Teresa. even Teresa no one stayed.

(14) May states that Teresa does not sign him names on evals on other work documents

(15) Mar is elect on Board of Commissions

(16) Said he has never asked any associate to do any of his county work

(17) Teresa has never assisted him in the county commission

(18) May stated Tonya. mom and her mother were concerned about her health - stated to may have

(19) May - stated that he did give Tonya a Diet Plan after asking the question mutiple Plans

(20) May admitted to giving Tonya the diet plan which lead Tonya get on the program for your health"

---

Associate/Customer Investigation
Wal-Mart Stores, Inc. Confidential
PL Pub 10/16/04

Confidential
WMT 03521

Notes Pages

Associate Last Name:

Investigating Mgr Name: _McIver_

(21) May said he did to give Tonya a picture and
the picture said you need to get healthy to not
get sick written on the picture.

(22) Are you are dietician? - May stated he was not a
dietician.

(23) Teresa did work overtime - had a volunteer list
and if there were available hours

(24) on Saturday Teresa would serve as a cashier
to fill in a shift.

(25) How many hours of OT/ would Teresa receive -
he could not answer that question but stated
there would be several that would help him
on the weekend - so anyone could sign up for the
hours

(26) May stated Art was given a name badge
before he got there so since the associates loved him
no mour asked for the badge

(27) So he never asked for the badge back - No

(28) May stated he never had any conversation with Art
regarding his dress - May said at time Associates would

(29) say that he looked awful

(30) He said he deferred the Dress code issue to with
Art to the committee (volunteers) to address

(31) Did Art ever dress in Blue in Kada - no the May
was aware most of the time he wore an Hawaiian shirt

Associate/Customer Investigation
Wal-Mart Stores, Inc. Confidential
PL Pub 10/16/04

Confidential
WMT 03522

Notes Pages

Associate Last Name: _____

Investigating Mgr Name: McEiuer

(31) Max stated that he never had any conversation w/ Art regarding how he should dress and look Professional - he never addressed this with Art

(32) Art was never paid for working at the store

(33) The company never benefited for Art's work - no in open Children's hospital

(34) Art worked from 5 to 9 in the morning until late PM.

(35) Max stated that he was never told he could have 1/2 of the proceeds or that he collected form Customer

(36) Max states that all he collected for the childrens network are accounted for

(37) Does your store have Raffels - Max said yes donation or raffles

(37) Art got to work and we sent out Mgr to pick him up. (ASR Sammy) - Max stated he has picked him up 1 time - usually someone would drop him off or pick him up. Max stated Art could have hourly associates to pick him up but he was not aware because Art had friends in the store.

(38) In the event that Hourly & Mgr associate transported Art - were they paid or reimbursed mileage. - No

Associate/Customer Investigation
Wal-Mart Stores, Inc. Confidential
PL Pub 10/16/04

Confidential                                                                                    WMT 03523



Notes Pages

Associate Last Name: _____

Investigating Mgr Name: McElvea

(39) Art did go to back room looking for table
Max stated he ~~Art~~ is not aware

(40) Max has been sm 16yn and Art volunteered for
15 and he never seen him in the lounge.

- Did you get $ from vendor for CMN - No then he
said that Charlie Beach Vendor sent check to the store.
for Children's hospital.
- Was it a personal check a Business Check - ~~Max~~
Max stated he never saw the check so he does not
know.
- Max stated he never looked at the check.
- who signs Cash office paper work - his Assistan
- who was the ~~Check~~ made payable too - Childrens Hosp
- We deposited the check that was made out to the
Children Hospital - Asked did he question accounting
he stated no.
- Check was deposited to account 165 - Max does no,
know charlie's company get credit for donation
since we deposited check - Max does not know.
- Vendors know that the store was raising $ because
associates posted signs in the stores.
- Max stated as he toured the back room he never
saw the sign - (Max said shame on him)
- Did any one from ~~Charlie~~ Market Team or higher

Confidential
WMT 03524

**Notes Pages**

Associate Last Name: _____

Investigating Mgr Name: __McTee__

asked him to ignore policy or guidelines to raise $ - NO
never advised him to break any problems or
guidelines - Max stated he never asked for clarification
b/c he asked Kelvin if he was talking about gran day
etc once

- Max never ask for clarity -

- Who won the $500 gift card - lady he could not
tell me her name but it looks like a lady who
worked for Art Slidden.
The drawing was not done correctly and Art gave
them the name.
- Was Tammy Nicols the winner - yes to the best of
his ability, but since he was running the store by
himself he gets cloudy in memory.
- Everyone knew of the drawing and due to
schedules Art did the drawing in the store
- Once it was brought to your attention that the
winner knew Art did you request a new drawing
NO - He did not.

- Did Terps ever sit in on ASM Coaching - He stated NO
he would get another CMP or SM from another store

Confidential

10/14/2009

To Whom It May Concern:

After the interview and digesting the allegations, I would like to clarify the following:

1. Teresa Glassfelter is an outstanding associate for WalMart along with several other associates. When I have been short handed or the only manager in the building I have used my resources to run an excellent store.
She has on occassion had my sign on to inform me of conference calls or my collectables only. I would Request a consistency search on managers at all levels utilizing their resources for our Company success. I am sorry and I would like to move on never letting this happen again. I was backed in a corner being by myself and utilized my resources. I was grossly Under staffed with management per the Structure and Sales Volume.

2. Art Glidden has raised money as a volunteer on and off for (16) sixteen years prior to me being store Manager for (CHKD.) Childrens hospital of the Kings Daughter. He has always been a Volunteer and has received many awards such as: The Governors Gold Leaf Award for Volunteering. He has never been given money for his work of Volunteering his time for CHKD. I am sorry for his actions, and Volunteering in our store will not happen again

Confidential
WMT 03526

3. Tonja Moore while with us as an assistant was progressing, I am responsible for getting her promoted. But I think she ran into a "unfit boyfriend" and everything changed. She started not eating right, she was sick alot, and both her mother, myself, and other associates tried to get her on a healthy diet because we all knew she was not, we were being concerned about her well being. At anytime this was about nothing other than taking care of an associate like we always have done.
Tonja was very determined to move to Florida with her boyfriend and the company no longer payed relocation and she got very upset, also she had interviews and was not chosen. One day after this she came in put down her keys and exited the building. I attempted to reach her by phone but was not successful after several trips, several days.

4. We had a donation drawing at the front of the store by Art Glidden, the community volunteer. It did not take place as usual on the final day. Assistant Manager Sammy Warriner was in charge of it. Instead of Sammy being called to the front of the store, Art brought him the winning ticket? This was not the normal protocal. I feel the drawing as it is pointed out, was not correct but I can not prove that. This type of drawing will never happen again.

Confidential

WMT 03527

5. On of our Vendors Charlie Lipsey of George Marshall and Associates put money in an incubator at the front of the store. He then told associates about his infant son had brain cancer and what CHKD did for him, he said, he felt compelled to do more is what my associates told me. He then sent a check into the store, our accounting office for CHKD we "did not" ask him to do this. or any other vendor. We have never done this and will not do this we know our company does not do this in any way.

6. I was elected to the Dare County Board of Commissioners after being advised by Wal Mart Legal, Regional, Market Manager to do so. My number one focus and obligation is to Wal Mart Store #2000 at all times. At no time did any associate assist with or be involved with me as a Commissioner in any way at any time.

Respectfully Yours,

Mary P Dutton
Wal Mart Store #2000
Kitty Hawk, N.C. 27954
1-252-216-6686 CELL

Confidential

WMT 03528

# Max Interview

1. Teresa has Max's passcode - Does she send emails
2. Teresa has key to the store
(1) Teresa get a lot of OT
- Is it true that Teresa keyd in Asm's evals on has she ever
- Do you often go to lunch w/ Teresa
- Key controls- Is your store following guidelines
- Who ~~participa~~ participate in Market conference calls
- When Eric ask all pect Sm to leave the is it true that Teresa stay behind
- Is it true that Teresa sits in on mrgs evals or on coaching
- Is it true that Teresa signs your name on evals and other work documents
- ~~Do~~ You earlier stated she was a mentee - is she on your mentee list
- You are County Commissioner
- Have you ever asked any to assist you in doing county commission work.
- Has Teresa ever performed task or duties for you as the county commissioner

- Did you give an Asm a diet plan
  why

- Art Glidden
  - why did he have a walmart badge
  - why was he following on why was he advised to wear the dress code
  - was Art ever paid for working at your store

Confidential
WMT 03529

- How was he paid - How many hours does he work
- Did you ever tell Art that he could have 1/2 of
  what he collected as a payment
- How does Art get to work - Are the associates paid
- Did Art act or was he lead to believe he had associate access

Vendors

- ~~where you aware that you had sign~~
- Did you get $ from vendor for CMN - Personal n check from
  Business       chou
→ How did ~~you~~ the vendor Know ~~what~~ we were raising $
- How did we give the money to CMN
- How did the vendors get credit for their donation
- How long have been a SM
- Did Eric Advise you or any to ignore policy
- Who authorized the donation communication
  the vendors signed.

Drawing

- Who won the $500 gift card
- Tammy Nichols - do you Know her
- What is Tammy's relationship w/ Art
- Who drew the names
- Did every one Know of the date & time of
  drawing

Confidential
WMT 03530