# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

Civil Action No. 4:11-CV-00094-BO

BRUCE BANNISTER; MAX DUTTON;
and MARION TOWLES;

                Towles,

      vs.

WAL-MART STORES EAST, L.P.,

                Defendant.

**APPENDIX TO DEFENDANT'S
MOTION FOR SUMMARY
JUDGMENT REGARDING MAX
DUTTON'S CLAIMS**

**F-1**

**Declaration of Tracey Battle Exhibit 1**
T. Moore Email to T. Battle (4/2/2009)

| | |
|---|---|
| **From:** | Vtbattle@aol.com [Vtbattle@aol.com] |
| **Sent:** | 9/11/2009 12:27:34 AM |
| **To:** | Tracey Battle [t2battl@wal-mart.com] |
| **Subject:** | Fwd: MAX STORE 2000 |

---

From: tonjaobx2000@yahoo.com
To: VTBATTLE@AOL.COM
Sent: 4/2/2009 2:07:23 P.M. Eastern Daylight Time
Subj: Re: MAX STORE 2000

--- On **Tue, 3/31/09, tonjaobx2000@yahoo.com *<tonjaobx2000@yahoo.com>*** wrote:

From: tonjaobx2000@yahoo.com <tonjaobx2000@yahoo.com>
Subject: MAX STORE 2000
To: T2BATTL@WALMART.COM
Date: Tuesday, March 31, 2009, 12:39 PM
TONJA MOORE--EX ASSISTANT MANAGER  (STORE 2000)  ABOUT  MAX DUTTON---STORE MANAGER

JOB RELATED

1.  LOOK AT TERESA SCH. (UPC ASSOCIATE---HOURLY)
    LOOK AT OVERTIME HOURS.  MAX ALLOWS HER TO WORK ALL THE
    OVERTIME SHE WANTS DUE TO HER DOING ALL HIS WORK.  TERESA HAS TO
    STAY OVER AND WORK WEEKENDS TO TRY TO KEEP UP HER WORK IN HER
    OFFICE.  TERESA USUALLY WORKS TIL 6 OR 7PM EVERY DAY AND ALSO
    EVERY SATURDAY.  MAX REPORTS TO THE MARKET TEAM THAT SHE IS
    WORKING AS A CSM OR ON REGISTER OR DSD.  SHE NEVER WORKS AS CSM
    AND AS FAR AS DSD MARK SAW. OR SHIRLEY CRA. WORKS DSD ON
    SATURDAY.  TERESA USUALLY CLEARS ON HER CHECK $1,700.00 .
    ALL OVERTIME!!!!!!!!!!

2.  THE MARKET TEAM NEEDS TO CHECK ALL THE ASSISTANTS SHRINK MATRIX.
    IT'S NOT THIER FAULT IT IS NOT DONE AND WAY BEHIND.  ALSO THE TOUR
    BOOKS ARE NOT COMPLETE.  THE ASSISTANTS HAVE ALWAYS DONE EVERY-
    THING THAT GOES ON PAPER BUT MAX WILL NOT LET THE ASSISTANTS
    SIT DOWN TO DO ANY PAPER WORK.  IF YOU DID AND HE SAW YOU MAX
    WOULD MAKE IT A BIG DEAL AND CALL THE ASSISTANT AN OFFICE MONGRUIL.

3.  WHEN AN ASSISTANT WOULD GET A SCHEDULED DAY OFF HE WOULD
    ALWAYS MAKE COMMINTS ( HOW WAS YOUR VACATION OR YOU HAD
    ANOTHER DAY OFF )  HE WOULD SAY THIS IN FRONT OF ASSOCIATES.

Confidential

HE MADE YOU FEEL GUILTY IF YOU HAD A SCHEDULED DAY OFF.

4.  MAX GOES TO LUNCH WITH TERESA SCH. (UPC ASSOCIATE) DAILY.

5.  MAX ALWAYS LETS TERESA SCH. SET IN ON ALL CONFERECE CALLS (EVEN
    WHEN THE ASSISTANTS WERE NOT ALLOWED)  THE LAST ONE WAS ON
    2-19-2009 OR 2-20-2009.  TONY, SAMMY AND TONJA WERE ALL THERE THAT
    DAY AND MAX SAID WE COULD NOT BE IN ON IT.  IT WAS MAX AND TERESA.

6.  WHEN MAX WOULD TALK TO ANY ASSISTANT  HE WOULD ALWAYS HAVE
    TERESA SCH. IN THERE ALSO.

7.  MAX HAS ACTUALLY TOLD ME ON TWO DIFFRENT OCCASIONS THAT HE LOVES
    TO PUSH (JAQUELINE A.  AND TERESA CHA.) TO WERE THEY ALMOST CRY.
    WHILE MAX WAS SAYING THIS BOTH TIMES HE WOULD RUB HIS HANDS
    TOGETHER.

8.  IN FRONT OF ALL THE OTHER ASSISTANTS AND ASSOCIATES HE WOULD PUT
    THE ASSISTANT THAT WAS NOT THERE,  DOWN.  IF MAX FEELS CERTIN WAYS
    ABOUT ANY ASSISTANT HE NEEDS TO KEEP IT TO HIMSELF OR WITH THAT
    ASSISTANT,  NOT THE ENTIRE STORE.

9.  ALL ASSOCIATES IN THE ENTIRE STORE, BE IT AN HOURLY OR  MANAGEMENT
    ARE AFRAID TO SAY ANYTHING.  THEY ARE AFRAID MAX WOULD BE HARDER
    ON THEM OR EVEN A FEW OF THEM ARE AFRAID THEY WILL LOOSE THIER
    JOB.

10. TERESA SCH.  TYPED ALL THE ASSISTANTS EVALS. AND EMAILED THEM
    TO THE MARKET.  THERE AGAIN SHE IS AN HOURLY ASSOCIATE.  AS
    ASSISTANTS WE DID NOT EVEN KNOW WHAT OUR EVALS. WERE.
    TERESA WAS ALSO IN MAX'S OFFICE WITH THE DOOR SHUT AND SOME-
    TIMES LOCKED WHILE SHE WAS DOING THIS.

11. MAX FOR THE MOST PART WOULD ALWAYS SAY,  HE RUNS THAT STORE NOT
    THE MARKET.  MAX WOULD ALWAYS SAY IF HE WOULD GO DOWN THEN WE
    ALL WOULD GO DOWN TOGETHER AND WE JUST OPEN OUR OWN STORE.

12. AS ASSISTANTS OR ANY ASSOCIATE HOW DARE WE CALL ANY OTHER
    STORE TO ASK A QUESTION.  MAX WOULD ALWAYS SAY WE HAVE ALL
    THE ANSWERS HERE AT KITTY HAWK.  MAX THOUGHT IT MADE HIM LOOK
    BAD IF WE ASKED A QUESTION TO A SISTER STORE.

13. IF YOU WERE THE OPENING ASSISTANT YOU WERE EXPECTED TO STAY
    UNTIL MAX LEFT.  IF MAX WAS THERE UNTIL 6 OR 7PM YOU WERE THERE
    UNTIL THEN.  IT WAS SAID IT WAS A FORM OF RESPECT.

Confidential

WMT 05566

14. MAX ALSO HAS WENT BEYOND AND ABOVE FOR ONE ASSOCIATE.
    JONATHAN BRY.  AS MANAGEMENT WE WOULD TRY TO HELP HIM.
    JONATHAN HAS SOME LEARNING DISABILITIES AND MENTAL ISSUES.
    MAX GOT HIM IN SCHOOL AND HAS BEEN HELPING HIM, BUT IT WAS GETTING
    OUT OF CONTROL.  MAX HAS A FILE IN MAX'S FILEING CABINET THAT IS
    JONANTHANS.  IN THIS FILE IS MONEY IN AN ENVELOPE (THAT WAS BEING
    USED AS A SAVEINGS ACCOUNT) ALSO HIS CAR INSURANCE RECIEPTS,
    CAR PAYMENT RECIEPTS, ECT.......ALSO DOC. APPOINTMENTS .  WHEN
    MANAGEMENT WOULD GIVE HIM MONEY OUT OF THE ENEVELOPE WE
    WOULD SIGN OUR ANITIALS AND DATE IT.

PERSONAL RELATED TO TONJA MOORE---EX ASSISTANT MANAGER STORE 2000
                KITTY HAWK.  MAX DUTTON STORE MANAGER STORE
                2000 KITTY HAWK..

1. WHEN I TONJA MOORE WAS A SUPPORT MANAGER ON 3RD SHIFT. EVERY
   MORNING WHEN MAX AND MYSELF WOULD HAVE OUR MEETING HE WOULD
   ALWAYS TELL ME EVERYTHING I DID WRONG AND NEVER ANYTHING I
   DID RIGHT.  MAX WOULD ON A NUMBER OF OCCASIONS WOULD TAKE HIS
   FINGER AND POKE ME IN THE ARM OVER AND OVER UNTIL HE WOULD
   PUSH ME TO CRY AND THEN HE WOULD ALWAYS LOOK AT ME AND SAY
   I AM JUST TRYING TO GET YOU TO GROW THICK SKIN.  MAX DID THIS FOR
   2 YEARS.

2. MAX WAS ALWAYS TRYING TO CORRECT THE WAY I TALK.  I WAS NEVER
   DISRESPECTFUL.  I AM FROM W.VA. AND WE SAY SOME WORDS DIFFRENT
   THAN HERE IN NORTH CAROLINA.  HE STARTED DOING THIS OVER THE
   WALKIES TO WERE EVERYONE COULD HEAR HIM.  SOME OF THE WORDS
   WERE BUGGIES OR POP ECT....SO THE ASSOCIATES THAT WOULD HEAR THIS
   WOULD ALSO COME UP TO ME AND MAKE FUN OF ME.

3. MAX ALL DAY LONG EVERY DAY MADE FUN OF ME BECAUSE I DO NOT EAT
   MEAT.  HE WOULD ALWAYS SAY I COULDN'T BE HEALTHY BECAUSE I DON'T
   EAT MEAT.  TERESA IS THE MANAGER OF SUBWAY IN OUR WALMART,
   WHILE I WOULD ORDER HE WOULD ALWAYS TELL HER TO DOUBLE THE
   ROAST BEEF OR THE MEAT, EVERY SINGLE TIME I WOULD TRY TO EAT AND
   WHILE I WAS EATING I HAD TO LISTEN TO HIM MAKE FUN OF ME.

4. ONE DAY MAX CAME IN THE OFFICE AND HE CALLED ME IN THERE AND
   HE PULLED OUT A 8 BY 10 PICTURE THAT WAS MY ASSISTANT MANAGER
   PICTURE FROM OUTSIDE MAX'S OFFICE THAT HE HAD BLOWN UP AND HAD
   A STATEMENT ADDED TO THE BOTTOM OF THE PICTURE THAT STATED-------
   I NEED PROTIN. I LIKE BEING SICK. HE HAD SHOWN THES PICTURES TO A
   ASSOCIATES,  I THINK ANN, TERESA SCH., TERESA CHA,  ALL THE
   ASSISTANTS AND OF COURSE WHYNN D IN PHOTO.  I THINK HE WAS THE ONE
   WHO ADDED THE WORDS TO THE BOTTOM OF THE PICTURE--NOT SURE.  I

Confidential

WMT 05567

CAN NOT REMEMBER EVERYONE HE SHOWED.  HE WOULD CARRY THESE
PICTURES AROUND WITH HIM IN HIS BLACK BREIF CASE FOR A FEW WEEKS.

5.  ONE DAY SOON AFTER MAX CALLED ME TO THE OFFICE AND HAD A DOC.
    DIET PLAN AND EXERCISE PLAN.  THE PLAN IS ABOUT 15 TO 20 PAGES LONG.
    MAX TOLD ME HE WANTED ME TO FOLLOW IT BECAUSE THERE WAS NO
    WAY I COULD BE HEALTHY.  HE TOLD ME TO SUBSITUTE THE MEAT POR-
    TION OF THE PLAN WITH MY SOY PRODUCTS BUT I NEEDED TO EAT MORE
    FRUITS AND VEGITABLES.  THAT DAY HE ALSO HANDED ME A COPY OF
    THE PICTURE AND LAUGHED AND SAID YOU THINK THATS THE ONLY COPY
    I HAVE PLENTY MORE AND THATS WHEN HE SHOWED ME HE HAD 10 OR
    MORE COPIES IN HIS BLACK BAG.

6.  MAX HAS ALWAYS BEEN HARDER ON WEMON THAN ON MEN.  HE WAS
    ALAWAYS HARDER ON ME THAN THE OTHER ASSISTANTS.

7.  IF YOU ASK ANY OTHER ASSISTANT NO MATTER WHAT SHIFT THEY ARE
    ON THEY WILL TELL YOU HE TREATED ME DIFFRENT PUSHING ME MAKEING
    FUN OF ME ECT.......ALL THE OTHER ASSISTANTS HATED WORKING WITH
    ME BECAUSE THEY SAID MAX WAS ALWAYS WORSE,  WITH HIS ATTITUDE
    ECT....

8.  I HAD MENTIONED TO MAX THAT I WAS WANTING TO GO TO FLORIDA AND HE
    TOLD ME NEVER TO LET THE MARKET KNOW BECUSE YOU ALL WOULD
    LOOK BAD AT ME BECAUSE I WAS WANTING TO LEAVE THE MARKET.  ALSO
    AS SOON AS I MENTIONED IT I HAD TO HEAR IT EVERY DAY, THAT I DON'T
    CARE ABOUT THIS STORE ANY MORE AND I AM ALREADY DOWN THERE.
    THE ASSOCIATES AREN'T WORKING FOR YOU ANYMORE THEY HAVE GAVE
    UP BECAUSE YOU ARE LEAVING THEM ECT....AND NONE OF THAT WAS TRUE
    ALL THE MARKET TEAM HAS TO DO IS ASK ANY OF THE ASSOCIATES THEY
    WILL TELL YOU THE TRUTH.  ALSO THIS REALLY MADE ME MAD.................
    MAX LISTENED IN ON MY VERY FIRST INTERVIEW WITH A STORE IN FLORIDA.
    WHEN I GOT OFF THE PHONE HE CAME DOWN THERE AND MADE A COMMINT
    ABOUT SOMTHING I SAID DURING MY INTERVIEW.  THE ONLY WAY HE WOULD
    HAVE KNOWN ANY PART OF THAT HE HAD TO HAVE LISTENED.  DURING THE
    INTERVIEW I WAS ASKED A QUESTION ABOUT BALANCING DAILY TASK.  I
    ANSWERED IT'S LIKE BEING IN A DIVISION 1 STORE ALOT OF TIMES YOU RUN
    THE ENTIRE STORE.  IF YOU HAVE A GUN SALE YOU HAVE 3 ASSOCIATES
    WAITING ON YOU AND THEN YOU ALSO HAVE  A CALL AT THE SERVICE
    DESK.  SO I TOLD THEM IN PRIORITY WHAT YOU WOULD HAVE TO DO FIRST.
    THEN MAX WHEN HE CAME DOWN TO THE OFFICE WHEN I WAS DO WITH
    THE INTERVIEW HE WAS MAKING RUDE COMMINTS LIKE SINCE YOU RUN
    THE WHOLE STORE BY YOURSELF AND I AM NO BODY AND YOU
    RUN FROM THE GUN SALE TO THE SERVICE DESK AND HELPING ALL
    THE ASSOCIATES YOU DON'T NEED ME WHO AM I???????  HE WASN'T NICE
    ABOUT IT AT ALL.  SO I HEARD ABOUT THAT FOR A FEW DAYS.  HE INVADED

Confidential
WMT 05568

MY PRIVACEY.

9. MAX ALSO CUSES ALL THE ASISSTANTS.

10. RECENTLY MAX HAS PUT ME AND THE OTHER ASSITANTS DOWN IN FRONT
    OF ASSOCIATES. HE WILL NOT SHUT THE DOORS AND HE BEGINS TO YELL.
    CHERYL HER. SPORTINGGOODS DEPT. MANAGER HEARD HIM LAST TIME.
    THIS TIME WAS IN PERSONAL WHEN TERESA SCH. AND DEBBIE GIBBSON,
    AND CHERYL HER WAS OUTSIDE THE OFFICE AND HE DIDN'T SHUT THE DOOR.

11. THE WHOLE SITUATION WITH JONATHAN BRY. MAX WAS HELPING HIM BUT
    THEN MAX GOT TIRED OF HIM SO HE HAD ME DO ALL THIS. I WAS HELPING
    HIM WITH EVERYTHING. I WAS HIPPA APPROVED WITH HIS SHRINK AND
    I WENT WITH JONANTHAN TO THE DR WITH HIM ALSO HAD TO SHOW HIM
    2 DIFFRENT TIMES WHERE HIS TUTOR FOR SCHOOL WAS HE HAD TO FOLLOW
    ME TO HIS HOUSE. I HAVE ALSO HAD TO CALL RESOURSES FOR LIVING
    ONCE BECAUSE I TOLD MAX EVERY DAY OR EVERYOTHER DAY I WAS IN THE
    OFFICE WITH JONAHTAN BECAUSE HE WOULD BE SO UPSET CRYING AND
    TELLING ME OVER AND OVER AGAIN HE WAS GONNA KILL HIMSELF. I
    WOULD SPEND 2 HOURS OR SO EVERYTIME WITH HIM. MAX DIDN'T DO
    ANYTHING AT FIRST SO THATS WHY I CALLED R FOR L. I DIDN'T KNOW WHAT
    TO DO. FINALLY I HAD A BIG TALK WITH MAX SO THATS WHEN HE FINALLY
    TOOK ME SERIOUS. I WAS JUST PUT IN A SITUATION THAT WAS BEYOND OUR
    CONTROL. WE SHOULD HAVE LET SOMEONE OF HIGHER POWER DEAL WITH
    THIS.

12. IN A YEAR AND A HALF I CALLED OFF 2 TIMES AND THE SECOND TIME WAS
    WHEN I WAS WORKING ON THIRD SHIFT BECAUSE ANOTHER ASSISTANT
    WALKED OUT. RICHARD WAS ALSO WORKING THAT NIGHT SO I CALLED
    RICHARD AND TOLD HIM I HAD SOMETHING PERSONAL I HAD TO TAKE
    CARE OF IF THAT WAS ALRIGHT WITH HIM AND HE SAID SURE. I THEN
    CALLED MAX TO LET HIM KNOW AND HE WENT OFF ON ME TELLING ME
    I WILL GO TO WORK AND FOR ME TO HANG UP AND CALL HIM BACK AND
    LET HIM KNOW WHAT TIME I WILL BE GOING TO WORK. I TOLD HIM SIR THAT
    WILL NOT BE NESISSARY BECAUSE I AM TELLING NOW THAT I HAVE
    SOMETHING PERSONAL TO TAKE CARE OF AND I WILL NOT BE IN. WELL
    OF COURSE HE WAS STILL GOING OFF. THEN HE SAID OK. THEN I GET A
    PHONE CALL FROM SAMMY ASSISTANT MANAGER HE SAID LISTEN TONJA
    I AM ONLY DOING THIS BECAUSE MAX TOLD ME TO. I TOLD SAMMY I UNDER-
    STOOD, I KNOW HOW HE IS. SAMMY SAID MAX TOLD HIM TO GO OUTSIDE
    OUTBACK OUT THE EXIT DOORS AND CALL ME. HE TOLD ME MAX TOLD HIM
    TO TELL ME THAT IF I DIDN'T COME IN THAT IT WOULD NOT BE PLEASANT FOR
    ME THE NEXT FEW DAYS. I THEN TOLD SAMMY I FOR SURE AM NOT COMING
    NOW. AND I ALSO SAID WHO DOES MAX THINK HE IS TELLING ME THE
    SECOND TIME IN A YEAR AND A HALF THAT I CALLED OFF THAT I CAN'T. HE
    IS NEVER AT THE STORE . HE IS ALWAYS DOING COUNTY COMMIS WORK

Confidential
WMT 05569

OUR FAMILY THINGS ECT..HE IS ALWAYS GONE.  SO ANY WAYS I DIDN'T
GO IN AND OF COURSE I HAD TO HEAR ABOUT IT AS USUALL.
THE ONLY TIME YOU COULD CALL OFF IS IF YOU WERE IN THE HOSPITAL-------
THAT IS WHAT MAX HAD TOLD ALL THE ASSISTANTS OVER AND OVER AGAIN.


PLEASE PLEASE PLEASE PLEASE LOOK INTO PLEASE I JUST DON'T WANT
ANYONE ELSE GOING THROUGH THE SAME THING I DID FOR ALL THESE YEARS!

Confidential

WMT 05570