# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

Civil Action No. 4:11-CV-00094-BO

| | |
|---|---|
| BRUCE BANNISTER; MAX DUTTON; and MARION TOWLES; <br><br> Towles, <br><br> vs. <br><br> WAL-MART STORES EAST, L.P., <br><br> Defendant. | **APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING MAX DUTTON'S CLAIMS** |

**F-4**

**Declaration of Tracey Battle Exhibit 4**
Handwritten Witness Statements (6/12/2009)

June 12, 2009

To Whom It May Concern:

Today I was interviewed And asked several questions About some of the situations in Store #2000 Kitty Hawk, N.C. This is my statement UPC Clerk Teresa Sharpelter does sit in on Conference Calls, even When the question is asked: "Are only Salaried members of management in the office on this Call?" Teresa Sharpelter always looks at and answers Max Dutton's e-mail even When he is not in the Store. Teresa Sharpelter And Max do eat lunch together in the Subway at the front of the store. Teresa Sharpelter has left the store for lunch, right after Max has left the store. Assistant Manager Sammy left right after them And told me, "Max just Called me and wants me to meet them down the road for lunch." Approximately 1½ weeks ago Max Dutton, Teresa Sharpelter, Sammy Mariner, And Debbie Gibson has to all go to an Attorney's office for a deposition. Debbie Gibson was back in in the store about 30 minutes after

She left, and told me that the deposition had been Cancelled. 15 minutes later, Sammy Came back. 2½ later Teresa Sharpelter Came back. Teresa Said, Tracy, I need to Change my time, I need you to adjust my time. I was running errands with Max, I told her, "No, I Can't do that!" I then walked away, because Another Associate was needing my Assistance. Teresa's time did get adjusted, but I do not Know by whom. We Can have bare Overtime hours, but Max lets Teresa have 50 plus hrs. a Week. At the Dept. Manager meetings, it starts upbeat and in the middle of the meeting, Max brings the morale down. He makes Comments like: "If you want to Keep your jobs, you need to focus on your instock." Max has all the dept. Managers afraid of the entire Market Team, especially the Market Manager - Eric. Max makes Comments to the dept. Managers like: "I wouldn't want to be you if Eric Comes in here and sees that dented Shelf. It will be real ugly, I don't want to be here for that."

Max is a very powerful person in the Store and Community. A lot of associates fear him for this reason. Max likes to play the Assistants against each other. Telling myself & Sammy to leave notes for the 3rd shift Assistants. Debbie Beavers (3rd Shift Assistant) made the comment to me, "Max Said, I am to easy on you." I Said, "Excuse me?" Debbie said, "I let you leave 15 to 30 minutes after your Schedule." I replied, "Debbie, we are Short handed already, I get one day a week off. At the end of this week Friday June 12th, I will have 67 hrs. in." The 3rd shift Assistants have also been made to stay till 10:00 A.M. or 11:00 A.M. when their shift was over at 8:00 AM. Max does hold the female Assistants to a higher standard He is Constantly paging myself or Debbie for everything, when other Assistants are here. On June 11, 2009. Sammy had an eval due. Sammy was on Vacation, So I was going to Cover it with the Associate. I found out the Associate was off. I Called Sammy on his Cell phone, he Said, "Do the eval over the phone." I Said, "No, we Can't

do that." I hung up and had to step out to the restroom. I asked Debbie Gibson to let Max know about the eval. When I came back, Debbie said, "Max said, to go ahead and key it in the system and cover it tomorrow." I replied, "No, that is against the policy." I had Debbie call Sammy to call the associate to come in and be paid for 4 hrs. to cover his eval. Sammy came in to cover another eval, but I covered the one that was due that day when the associate came in. Art is a volunteer that sits up front and sells tickets for donations to CMN, that a Teresa go to pick him up and bring him to the store to do this. One day while sitting in Max's office with him, he said to me: "Tracy, I made the Pepsi vendor give me a $500.00 donation for CMN." I looked at him funny and he said, "Let me re-phrase that, they offered a $500.00 donation." There was also a paper in the receiving area asking for donations. I gave that to APC Kim Grant.

Asst. mgr.
Tracy Nelton

On Wednesday July 22, 2009 I spoke with Dwana Riddick
+ Tracey Bittle about the fund raising efforts here
at Store #2000. Tracey asked me in detail about
CMN donations + requests being made to Vendors.
I told her that a form was made up + that I
was only aware of one vendor who gave us a check
That was George Marshall who set a check for $500.00
He wanted to make a donation while here one day
+ did not have his checkbook. So he sent us
a check for $500.00 to honor his daughter who
spent a good deal of time in a children's hospital
due to a Brain tumor. This is the only check
I recall receiving. Tracey Then asked me about
Art Glidden extensively. I explained that Art is
a local gentleman who volunteers a great deal of his time
in the community. He does his work (The Jay Fund)
Through the Local fire department. He has
never been allowed to raise money for CMN
+ the directed that money to the Jay Fund. Any money
received through our Clark mart Foundation has been
given directly to the Fire Department who holds the
501(C)3. The Jay Fund provides Christmas for families
in need here in Dare County. She questioned me
about a child that died + we were raising money
for him + then getting a matching grant. I told
her I did not recall this situation at all.
When asked about the form I did type the form
as per directed by Max.                    Teresa Sharfetta

Tracy and Dawana called myself into the managers office. I was asked if I had gone to pick up Mr. Glidden. I answered yes, at Arts place. I picked Mr Glidden up two times. I was asked what he was doing in the store. I answered that he was doing a raffle. I was asked who had sent me. I answered once by Max and once by Teresa Shanfetter. I was asked how long of a distance and did I receive travel expense. The answer was about 1 to 1½ mile and no travel expense.

Rita Butler

7·22·09

- Meeting with Tracey & Dawann from Market Office
(July 7, 2009)    11:30 am

In this meeting I was asked a series of questions. These questions were mostly about Vendors, Art Glidden, Teresa Shaufelter and Max Dutton.

I stated that Art was a fixture in the community and has done several things in the past to raise money for the children. Not only in our store but other stores and businesses in our community. He has his own organization called the (Joy Fund) that he raises money at Christmas time for local children. He received the Governor's award for his charitable causes. He was always on a volunteer bases.

I was asked about who did the drawing for the $500.00 gift card and if I knew who won.

I was asked about Teresa Shaufelter going to lunch with management. I answered that she had in the past and also at Subway inside the store. I was asked about her job functions and has she sit in on any conference calls. My answers were, she pays the bills, very knowledgable associate, and she has sit in on conference calls but not since the last Market Visit.

I was asked about receiving any donations from Vendors and about a piece of paper with asking vendors for donations. My answers were, I'm not aware of any solicitation and I had never seen the solicitation form; I had only heard one

man commit about giving to CMN and that was Charlie Lisprey from (George Marshall Co) I don't know if he or anyone actually donated any money.

I was asked if Mot was as fair to the women as he was the men (in management or associates) My answer was that I think across the board he was the same to each.

I was asked if the associates felt intimidating or threatened in the morning meetings. My answer was I felt that maybe more intimidated because of the standard we hold them too.

I stated that its my desire to be as honest as I can and I wouldn't try to hide anything or lie about anything; I would be available if needed for anything.

Thank You,

Sammy Marrin
Assistant Manager
Store 2000, Kitty Hawk, N.C.

**Tracey Battle**

| | | | |
|---|---|---|---|
| **From:** | Redacted | **Sent:** | Thu 9/10/2009 20:27 |
| **To:** | Tracey Battle | | |
| **Cc:** | | | |
| **Subject:** | Fwd: MAX STORE 2000 | | |
| **Attachments:** | | | |

From: toniaobx2000@yahoo.com
To: Redacted
Sent: 4/2/2009 2:07:23 P.M. Eastern Daylight Time
Subj: Re: MAX STORE 2000

--- On Tue, 3/31/09, tonjaobx2000@yahoo.com <*tonjaobx2000@yahoo.com*>
wrote:

From: tonjaobx2000@yahoo.com <tonjaobx2000@yahoo.com>
Subject: MAX STORE 2000
To: Redacted
Date: Tuesday, March 31, 2009, 12:39 PM

TONJA MOORE--EX ASSISTANT MANAGER (STORE 2000) ABOUT MAX
DUTTON---STORE MANAGER

JOB RELATED

1. LOOK AT TERESA SCH. (UPC ASSOCIATE---HOURLY)
     LOOK AT OVERTIME HOURS. MAX ALLOWS HER TO WORK ALL
THE
     OVERTIME SHE WANTS DUE TO HER DOING ALL HIS WORK.
TERESA HAS TO
     STAY OVER AND WORK WEEKENDS TO TRY TO KEEP UP HER
WORK IN HER
     OFFICE. TERESA USUALLY WORKS TIL 6 OR 7PM EVERY DAY AND
ALSO
     EVERY SATURDAY. MAX REPORTS TO THE MARKET TEAM THAT
SHE IS
     WORKING AS A CSM OR ON REGISTER OR DSD. SHE NEVER
WORKS AS CSM
     AND AS FAR AS DSD MARK SAW. OR SHIRLEY CRA. WORKS DSD ON
SATURDAY. TERESA USUALLY CLEARS ON HER CHECK $1,700.00 .
ALL OVERTIME!!!!!!!!!!

2. THE MARKET TEAM NEEDS TO CHECK ALL THE ASSISTANTS
SHRINK MATRIX.

Confidential   Case 4:11-cv-00094-BO    Document 97-8    Filed 08/28/13    Page 10 of 68    WMT 05256

IT'S NOT THIER FAULT IT IS NOT DONE AND WAY BEHIND. ALSO THE TOUR
BOOKS ARE NOT COMPLETE. THE ASSISTANTS HAVE ALWAYS DONE EVERY-
THING THAT GOES ON PAPER BUT MAX WILL NOT LET THE ASSISTANTS
SIT DOWN TO DO ANY PAPER WORK. IF YOU DID AND HE SAW YOU MAX
WOULD MAKE IT A BIG DEAL AND CALL THE ASSISTANT AN OFFICE MONGRUIL.

3. WHEN AN ASSISTANT WOULD GET A SCHEDULED DAY OFF HE WOULD
ALWAYS MAKE COMMINTS ( HOW WAS YOUR VACATION OR YOU HAD
ANOTHER DAY OFF ) HE WOULD SAY THIS IN FRONT OF ASSOCIATES.
HE MADE YOU FEEL GUILTY IF YOU HAD A SCHEDULED DAY OFF.

4. MAX GOES TO LUNCH WITH TERESA SCH. (UPC ASSOCIATE) DAILY.

5. MAX ALWAYS LETS TERESA SCH. SET IN ON ALL CONFERECE CALLS (EVEN
WHEN THE ASSISTANTS WERE NOT ALLOWED) THE LAST ONE WAS ON
2-19-2009 OR 2-20-2009. TONY, SAMMY AND TONJA WERE ALL THERE THAT
DAY AND MAX SAID WE COULD NOT BE IN ON IT. IT WAS MAX AND TERESA.

6. WHEN MAX WOULD TALK TO ANY ASSISTANT HE WOULD ALWAYS HAVE
TERESA SCH. IN THERE ALSO.

7. MAX HAS ACTUALLY TOLD ME ON TWO DIFFRENT OCCASIONS THAT HE LOVES
TO PUSH (JAQUELINE A. AND TERESA CHA.) TO WERE THEY ALMOST CRY.
WHILE MAX WAS SAYING THIS BOTH TIMES HE WOULD RUB HIS HANDS
TOGETHER.

8. IN FRONT OF ALL THE OTHER ASSISTANTS AND ASSOCIATES HE WOULD PUT
THE ASSISTANT THAT WAS NOT THERE, DOWN. IF MAX FEELS CERTIN WAYS
ABOUT ANY ASSISTANT HE NEEDS TO KEEP IT TO HIMSELF OR WITH THAT
ASSISTANT, NOT THE ENTIRE STORE.

9. ALL ASSOCIATES IN THE ENTIRE STORE, BE IT AN HOURLY OR MANAGEMENT
ARE AFRAID TO SAY ANYTHING. THEY ARE AFRAID MAX WOULD BE HARDER
ON THEM OR EVEN A FEW OF THEM ARE AFRAID THEY WILL LOOSE THIER
JOB.

10. TERESA SCH. TYPED ALL THE ASSISTANTS EVALS. AND EMAILED THEM
TO THE MARKET. THERE AGAIN SHE IS AN HOURLY ASSOCIATE. AS
ASSISTANTS WE DID NOT EVEN KNOW WHAT OUR EVALS. WERE. TERESA WAS ALSO IN MAX'S OFFICE WITH THE DOOR SHUT AND SOME-
TIMES LOCKED WHILE SHE WAS DOING THIS.

11. MAX FOR THE MOST PART WOULD ALWAYS SAY, HE RUNS THAT STORE NOT
THE MARKET. MAX WOULD ALWAYS SAY IF HE WOULD GO DOWN THEN WE
ALL WOULD GO DOWN TOGETHER AND WE JUST OPEN OUR OWN STORE.

12. AS ASSISTANTS OR ANY ASSOCIATE HOW DARE WE CALL ANY OTHER
STORE TO ASK A QUESTION. MAX WOULD ALWAYS SAY WE HAVE ALL
THE ANSWERS HERE AT KITTY HAWK. MAX THOUGHT IT MADE HIM LOOK
BAD IF WE ASKED A QUESTION TO A SISTER STORE.

13. IF YOU WERE THE OPENING ASSISTANT YOU WERE EXPECTED TO STAY
UNTIL MAX LEFT. IF MAX WAS THERE UNTIL 6 OR 7PM YOU WERE THERE
UNTIL THEN. IT WAS SAID IT WAS A FORM OF RESPECT.

14. MAX ALSO HAS WENT BEYOND AND ABOVE FOR ONE ASSOCIATE. JONATHAN BRY. AS MANAGEMENT WE WOULD TRY TO HELP HIM. JONATHAN HAS SOME LEARNING DISABILITIES AND MENTAL ISSUES.
MAX GOT HIM IN SCHOOL AND HAS BEEN HELPING HIM, BUT IT WAS GETTING
OUT OF CONTROL. MAX HAS A FILE IN MAX'S FILEING CABINET THAT IS
JONANTHANS. IN THIS FILE IS MONEY IN AN ENVELOPE (THAT WAS BEING

Confidential   Case 4:11-cv-00094-BO   Document 97-8   Filed 08/28/13   Page 12 of 68   WMT 05258

USED AS A SAVEINGS ACCOUNT) ALSO HIS CAR INSURANCE RECIEPTS,
CAR PAYMENT RECIEPTS, ECT.......ALSO DOC. APPOINTMENTS . WHEN
MANAGEMENT WOULD GIVE HIM MONEY OUT OF THE ENEVELOPE WE
WOULD SIGN OUR ANITIALS AND DATE IT.

PERSONAL RELATED TO TONJA MOORE---EX ASSISTANT MANAGER STORE 2000
KITTY HAWK. MAX DUTTON STORE MANAGER STORE
2000 KITTY HAWK..

1. WHEN I TONJA MOORE WAS A SUPPORT MANAGER ON 3RD SHIFT. EVERY
MORNING WHEN MAX AND MYSELF WOULD HAVE OUR MEETING HE WOULD
ALWAYS TELL ME EVERYTHING I DID WRONG AND NEVER ANYTHING I
DID RIGHT. MAX WOULD ON A NUMBER OF OCCASIONS WOULD TAKE HIS
FINGER AND POKE ME IN THE ARM OVER AND OVER UNTIL HE WOULD
PUSH ME TO CRY AND THEN HE WOULD ALWAYS LOOK AT ME AND SAY
I AM JUST TRYING TO GET YOU TO GROW THICK SKIN. MAX DID THIS FOR
2 YEARS.

2. MAX WAS ALWAYS TRYING TO CORRECT THE WAY I TALK. I WAS NEVER
DISRESPECTFUL. I AM FROM W.VA. AND WE SAY SOME WORDS DIFFRENT
THAN HERE IN NORTH CAROLINA. HE STARTED DOING THIS OVER THE
WALKIES TO WERE EVERYONE COULD HEAR HIM. SOME OF THE WORDS
WERE BUGGIES OR POP ECT....SO THE ASSOCIATES THAT WOULD HEAR THIS
WOULD ALSO COME UP TO ME AND MAKE FUN OF ME.

3. MAX ALL DAY LONG EVERY DAY MADE FUN OF ME BECAUSE I DO NOT EAT
MEAT. HE WOULD ALWAYS SAY I COULDN'T BE HEALTHY BECAUSE I DON'T
EAT MEAT. TERESA IS THE MANAGER OF SUBWAY IN OUR WALMART,
WHILE I WOULD ORDER HE WOULD ALWAYS TELL HER TO DOUBLE

Confidential    Case 4:11-cv-00094-BO    Document 97-8    Filed 08/28/13    Page 13 of 68    WMT 05259

THE
ROAST BEEF OR THE MEAT, EVERY SINGLE TIME I WOULD TRY TO EAT AND
WHILE I WAS EATING I HAD TO LISTEN TO HIM MAKE FUN OF ME.

4. ONE DAY MAX CAME IN THE OFFICE AND HE CALLED ME IN THERE AND
HE PULLED OUT A 8 BY 10 PICTURE THAT WAS MY ASSISTANT MANAGER
PICTURE FROM OUTSIDE MAX'S OFFICE THAT HE HAD BLOWN UP AND HAD
A STATEMENT ADDED TO THE BOTTOM OF THE PICTURE THAT STATED------
I NEED PROTIN. I LIKE BEING SICK. HE HAD SHOWN THES PICTURES TO A
ASSOCIATES, I THINK ANN, TERESA SCH., TERESA CHA, ALL THE
ASSISTANTS AND OF COURSE WHYNN D IN PHOTO. I THINK HE WAS THE ONE
WHO ADDED THE WORDS TO THE BOTTOM OF THE PICTURE--NOT SURE. I
CAN NOT REMEMBER EVERYONE HE SHOWED. HE WOULD CARRY THESE
PICTURES AROUND WITH HIM IN HIS BLACK BREIF CASE FOR A FEW WEEKS.

5. ONE DAY SOON AFTER MAX CALLED ME TO THE OFFICE AND HAD A DOC.
DIET PLAN AND EXERCISE PLAN. THE PLAN IS ABOUT 15 TO 20 PAGES LONG.
MAX TOLD ME HE WANTED ME TO FOLLOW IT BECAUSE THERE WAS NO
WAY I COULD BE HEALTHY. HE TOLD ME TO SUBSITUTE THE MEAT POR-
TION OF THE PLAN WITH MY SOY PRODUCTS BUT I NEEDED TO EAT MORE
FRUITS AND VEGITABLES. THAT DAY HE ALSO HANDED ME A COPY OF
THE PICTURE AND LAUGHED AND SAID YOU THINK THATS THE ONLY COPY
I HAVE PLENTY MORE AND THATS WHEN HE SHOWED ME HE HAD 10 OR
MORE COPIES IN HIS BLACK BAG.

6. MAX HAS ALWAYS BEEN HARDER ON WEMON THAN ON MEN. HE WAS
ALAWAYS HARDER ON ME THAN THE OTHER ASSISTANTS.

7. IF YOU ASK ANY OTHER ASSISTANT NO MATTER WHAT SHIFT THEY ARE

Confidential

ON THEY WILL TELL YOU HE TREATED ME DIFFRENT PUSHING ME MAKEING
FUN OF ME ECT.......ALL THE OTHER ASSISTANTS HATED WORKING WITH
ME BECAUSE THEY SAID MAX WAS ALWAYS WORSE,  WITH HIS ATTITUDE
ECT....

8. I HAD MENTIONED TO MAX THAT I WAS WANTING TO GO TO FLORIDA AND HE
TOLD ME NEVER TO LET THE MARKET KNOW BECUSE YOU ALL WOULD
LOOK BAD AT ME BECAUSE I WAS WANTING TO LEAVE THE MARKET. ALSO
AS SOON AS I MENTIONED IT I HAD TO HEAR IT EVERY DAY, THAT I DON'T
CARE ABOUT THIS STORE ANY MORE AND I AM ALREADY DOWN THERE.
THE ASSOCIATES AREN'T WORKING FOR YOU ANYMORE THEY HAVE GAVE
UP BECAUSE YOU ARE LEAVING THEM ECT....AND NONE OF THAT WAS TRUE
ALL THE MARKET TEAM HAS TO DO IS ASK ANY OF THE ASSOCIATES THEY
WILL TELL YOU THE TRUTH.  ALSO THIS REALLY MADE ME MAD................
MAX LISTENED IN ON MY VERY FIRST INTERVIEW WITH A STORE IN FLORIDA.
WHEN I GOT OFF THE PHONE HE CAME DOWN THERE AND MADE A COMMINT
ABOUT SOMTHING I SAID DURING MY INTERVIEW.  THE ONLY WAY HE WOULD
HAVE KNOWN ANY PART OF THAT HE HAD TO HAVE LISTENED. DURING THE
INTERVIEW I WAS ASKED A QUESTION ABOUT BALANCING DAILY TASK. I
ANSWERED IT'S LIKE BEING IN A DIVISION 1 STORE ALOT OF TIMES YOU RUN
THE ENTIRE STORE.  IF YOU HAVE A GUN SALE YOU HAVE 3 ASSOCIATES
WAITING ON YOU AND THEN YOU ALSO HAVE  A CALL AT THE SERVICE
DESK.  SO I TOLD THEM IN PRIORITY WHAT YOU WOULD HAVE TO DO FIRST.
THEN MAX WHEN HE CAME DOWN TO THE OFFICE WHEN I WAS DO WITH
THE INTERVIEW HE WAS MAKING RUDE COMMINTS LIKE SINCE YOU RUN
THE WHOLE STORE BY YOURSELF AND I AM NO BODY AND YOU

Confidential    Case 4:11-cv-00094-BO    Document 97-8    Filed 08/28/13    Page 15 of 68    WMT 05261

RUN FROM THE GUN SALE TO THE SERVICE DESK AND HELPING ALL
THE ASSOCIATES YOU DON'T NEED ME WHO AM I??????? HE WASN'T NICE
ABOUT IT AT ALL. SO I HEARD ABOUT THAT FOR A FEW DAYS. HE INVADED
MY PRIVACEY.

9. MAX ALSO CUSES ALL THE ASISSTANTS.

10. RECENTLY MAX HAS PUT ME AND THE OTHER ASSITANTS DOWN IN FRONT
OF ASSOCIATES. HE WILL NOT SHUT THE DOORS AND HE BEGINS TO YELL.
CHERYL HER. SPORTINGGOODS DEPT. MANAGER HEARD HIM LAST TIME.
THIS TIME WAS IN PERSONAL WHEN TERESA SCH. AND DEBBIE GIBBSON,
AND CHERYL HER WAS OUTSIDE THE OFFICE AND HE DIDN'T SHUT THE DOOR.

11. THE WHOLE SITUATION WITH JONATHAN BRY. MAX WAS HELPING HIM BUT
THEN MAX GOT TIRED OF HIM SO HE HAD ME DO ALL THIS. I WAS HELPING
HIM WITH EVERYTHING. I WAS HIPPA APPROVED WITH HIS SHRINK AND
I WENT WITH JONANTHAN TO THE DR WITH HIM ALSO HAD TO SHOW HIM
2 DIFFRENT TIMES WHERE HIS TUTOR FOR SCHOOL WAS HE HAD TO FOLLOW
ME TO HIS HOUSE. I HAVE ALSO HAD TO CALL RESOURSES FOR LIVING
ONCE BECAUSE I TOLD MAX EVERY DAY OR EVERYOTHER DAY I WAS IN THE
OFFICE WITH JONAHTAN BECAUSE HE WOULD BE SO UPSET CRYING AND
TELLING ME OVER AND OVER AGAIN HE WAS GONNA KILL HIMSELF. I
WOULD SPEND 2 HOURS OR SO EVERYTIME WITH HIM. MAX DIDN'T DO
ANYTHING AT FIRST SO THATS WHY I CALLED R FOR L. I DIDN'T KNOW WHAT
TO DO. FINALLY I HAD A BIG TALK WITH MAX SO THATS WHEN HE FINALLY
TOOK ME SERIOUS. I WAS JUST PUT IN A SITUATION THAT WAS BEYOND OUR
CONTROL. WE SHOULD HAVE LET SOMEONE OF HIGHER POWER DEAL WITH

Confidential    Case 4:11-cv-00094-BO    Document 97-8    Filed 08/28/13    Page 16 of 68    WMT 05262

THIS.

12. IN A YEAR AND A HALF I CALLED OFF 2 TIMES AND THE SECOND TIME WAS
WHEN I WAS WORKING ON THIRD SHIFT BECAUSE ANOTHER ASSISTANT
WALKED OUT. RICHARD WAS ALSO WORKING THAT NIGHT SO I CALLED
RICHARD AND TOLD HIM I HAD SOMETHING PERSONAL I HAD TO TAKE
CARE OF IF THAT WAS ALRIGHT WITH HIM AND HE SAID SURE. I THEN
CALLED MAX TO LET HIM KNOW AND HE WENT OFF ON ME TELLING ME
I WILL GO TO WORK AND FOR ME TO HANG UP AND CALL HIM BACK AND
LET HIM KNOW WHAT TIME I WILL BE GOING TO WORK. I TOLD HIM SIR THAT
WILL NOT BE NESISSARY BECAUSE I AM TELLING NOW THAT I HAVE
SOMETHING PERSONAL TO TAKE CARE OF AND I WILL NOT BE IN. WELL
OF COURSE HE WAS STILL GOING OFF. THEN HE SAID OK. THEN I GET A
PHONE CALL FROM SAMMY ASSISTANT MANAGER HE SAID LISTEN TONJA
I AM ONLY DOING THIS BECAUSE MAX TOLD ME TO. I TOLD SAMMY I UNDER-
STOOD, I KNOW HOW HE IS. SAMMY SAID MAX TOLD HIM TO GO OUTSIDE
OUTBACK OUT THE EXIT DOORS AND CALL ME. HE TOLD ME MAX TOLD HIM
TO TELL ME THAT IF I DIDN'T COME IN THAT IT WOULD NOT BE PLEASANT FOR
ME THE NEXT FEW DAYS. I THEN TOLD SAMMY I FOR SURE AM NOT COMING
NOW. AND I ALSO SAID WHO DOES MAX THINK HE IS TELLING ME THE
SECOND TIME IN A YEAR AND A HALF THAT I CALLED OFF THAT I CAN'T. HE
IS NEVER AT THE STORE . HE IS ALWAYS DOING COUNTY COMMIS WORK
OUR FAMILY THINGS ECT..HE IS ALWAYS GONE. SO ANY WAYS I DIDN'T
GO IN AND OF COURSE I HAD TO HEAR ABOUT IT AS USUALL.
THE ONLY TIME YOU COULD CALL OFF IS IF YOU WERE IN THE HOSPITAL------
THAT IS WHAT MAX HAD TOLD ALL THE ASSISTANTS OVER AND OVER AGAIN.

Confidential Case 4:11-cv-00094-BO Document 97-8 Filed 08/28/13 Page 17 of 68 WMT 05263

PLEASE PLEASE PLEASE PLEASE LOOK INTO PLEASE I JUST DON'T WANT
ANYONE ELSE GOING THROUGH THE SAME THING I DID FOR ALL
THESE YEARS!

Confidential Case 4:11-cv-00094-BO Document 97-8 Filed 08/28/13 Page 18 of 68 WMT 05264

Every day at our morning meeting Max threatens us with our job[...] can't do our job he will find someone who can.

We were expecting a visit from David Carmen, for two weeks[...] one hour to one and a half hour meetings telling us how Davi[...] stores and fired several Dept. Managers right on the spot for [...] perfect.

He has the same length meetings daily telling Dept. Managers Eric will visit us and inspect our Depts. with a white glove. That Eric has also fired Dept. Managers right then if their depts. are not perfect. He has told us that Eric is a career military man and will expect us to be "his platoon" He will expect everything to be ship shape... I have even seen Max go around the store joking about Eric and the military, Max would salute one of his assistants and have that assistant salute back. He would joke about our store being ready for inspection like a barracks.

I have heard Max on the walkie talkies berating the assistants or dept managers for not having something done to his standards. He belittles us in front of others. He has told me "I guess I don't have any managers in this store. I just need to get some new blood in here."

I have seen him ride his assistant managers to the point of tears, then not let them go home until he says they can leave.

When he brought Winona to days to work, it was common knowledge that he intended To make her life so miserable she would have to quit.

When he found out Tonja wanted to leave, he did the same thing to her. Nothing she did made him happy. He was like someone possessed!! He would not stop until he pushed her out of the door.

Max treats Teresa Shanfelter like his personal assistant. He meets with him and the assistant managers every morning, she sits in on all conference calls, makes all the decisions about who receives donations from our store. Community leaders in our areas all know to call Teresa if they want something. They call her Max's assistant. Teresa has her own set of keys to the store and carries them everyday.

I and other employees have seen Max and Teresa eating lunch together in numerous local Restaurants as well as in Subway at the front of the store.

Teresa refers to herself as a member of management. Max has her sit next to him during meetings. Teresa has her own office assistant (Shirley Crank). Shirley works in Teresa's office daily.

Teresa uses Max computer sign on and password all the time. She also signs his name to letters and other papers.

Max lies to us all the time. He tells us he can't hire any help because there are not any applicants who could pass a drug test.

Recently, he told us and quoted to the local paper that "he would hire local applicants because of the local economy being so bad and that he would not hire foreign students".

Now he tells us that none of the local applicants could pass the test on the application.

Max has his favorite people. These few work all of the overtime they want. Teresa Shanfelter is scheduled six days and never has to work a register or be ten feet away from Max.

CSM Terry Collins works when she wants. Talks ugly to other associates. Talks ugly to Customers and Max defends everything she does. He told Maxine that he didn't have time to referee any high school fights and that Terry would not be the one leaving.

Ask you to work overtime, then make you take it off.

No IMS Team. Dept. Mang. have to do both jobs.

No second shift employees.

No one to zone
No one to cover fitting room

Meeting with Tracy & Dawana —

We discussed Morning Meeting and what the meetings were about. Did I ever feel intimidated or threatened after the meetings. Are there any favorites in Max's eyes. (people that get more favors than others) Had I met Eric ( market manager) and what did I know about him and his expectations. What were Max's expectations and standards. Did Max treat female management different than male management. Was he harder on females than males.? Max has great expectations & standards & and wants everyone to grow & succeed.

Ann McPherson

At approximately 1630 on 12 June 2009, I was interviewed by Market Human Resources Manager Tracey Battle, Market Asset Protection Manager Dawana Riddick, and (near the end of the session) Market Manager Eric Litchfield. The topics covered included, but were not necessarily limited to, my opinion of Store Manager Max Dutton, the nature of department-manager meetings, the state of morale in the store, whether I work overtime, and whether I was — or knew who was — involved in producing an uncomplimentary photo caption pertaining to former Assistant Manager Tonja Moore.

Wynne Dough    12 June 09

Jacqueline
dept. manager 1415
Store 2000

We are usually in a morning meeting over an hour and 1/2
we're told things like

"Shame on you..." if you don't fill outs etc.

"Maybe you shouldn't be a dept. manager."

"This is a warning..." re: pallets in Rec A.

And everything is always followed by

"... but that's not a negative."

"... dont take that as a negative."

Regarding my summer set I was informed that
"your job is on the line" if it wasn't set by 4pm
that afternoon.

Several years ago after being phoned at home (after
my night receiving shift) and having my job
threatened by an assistant manager, Max asked
"what do you think I should do about it?"

The condesending remarks he's made over the walkie
tallies is unbelievable. He wont use names but he
makes the receiver of the remarks feel so small
especially knowing other people can hear what he's
saying.

I've seen and heard the way he speaks to women assistant managers, And it's in a different way in which he speaks to the men. It's almost like the women have to prove themselves and toughen-up while the men can make sexist remarks, tell "blonde jokes", and be skirt-chasers and that's all alright, and like I said earlier, they can threaten your job while your off the clock at home.

He allows Teresa S. to also threaten us about overtime, outs, payroll. Time and again she also has given us warnings about the above. Yet she seems to be the one with all the OT.

Several times I've been told "Maybe you should go to the Beach." or "It's a nice day outside, why not go to the beach?" If she thinks we're slacking he'll tell us this. If he believes we're frustrated he'll tell us this. I've been told this twice on my own and once collectively at a morning meeting.

"If you don't come thru that front door with a smile then maybe you shouldn't be here." another quote.

There is no open door policy. Dept. Managers know they can talk with other dept. managers and that's all.

...find what we've been told about Eric:

He's walked into other stores and fired other department managers for "not being on the receiving program."

He walks around with a white glove checking shelves for dust.

He threw a fit because a shelf had a dent and should have been changed out.

June 12, 2009

My name is Jean Davidson. I am the department manager of Home Entertainment. I've been with Wal-Mart for 12½ years. The stress placed upon me during the past few months has been unbearable. I have been expected to be the stocker, sales associate, cashier and department manager. I have failed miserably at trying to be all. Many times there is only one person to cover the whole center core; electronics, photo lab, and connection center.

We are constantly threatened with the insinuation of possible job loss if we cannot do our jobs as a department manager. My sales associates are constantly moved elsewhere, leaving myself, and at times nobody to cover the department. Thus, resulting in lost sales and angry customers.

I love my job and department, hate the threats.

Thank you,

Jean Davidson

June 12, 09

I Erika Armstrong discussed a few things with Diwana & Tracy today. We talked about the morale of the employees around here. Which I said it was down because the Dept. Mgrs. feel like what they do is not enough. I told them I don't really have a situation personally with Max but listening to other Dept. Mgrs. alot of them feel like their jobs may be in jeopardy every day.

On Friday, June 12, 2009 I was questioned by MHRM Tracey Battle and MAPM Dawana Riddick pertaining to different situations in the store. I was asked a variety of questions from past and current situations that occurred in the store. I answered all of their questions to the best of my ability and knowledge. The entire investigative questioning took about 55 minutes. I was told not to discuss any of the conversation with anyone and I understand this direction and will follow it as directed.

Teresa Shanefelter

I feel that Max uses the district managers to intimidate associates. He uses examples and makes statements regarding the district manager as being strict and ready to terminate anyone who is not fulfilling their department manager duties 100%.

I think these threats promote poor morale among associates as well as unnecessary stress. Personally, the morning meetings make me feel reluctant to go back to work with a smile and a positive attitude thus resulting in poor customer service.

I also feel Max has too many responsibilites outside of Walmart. I shouldn't make assumptions but I've heard him on his cell phone numerous times talking about things that didn't seem Walmart related. I've also never seen him walking the store any other time than in the morning before 8am about once a week. Everytime ~~I see~~ I see him he is in his office in his chair talking on the phone. I can tell when he's talking in the morning meetings about the store, that he hasn't actually walked the store in a while. I would just like to see more concern for the store and its associates from the store manager.

Eric Appleton

Berry R. Mallory

I'm writing this Statement
explaining my feelings + views on
what is happening in our Store +
the treatment of associates by
our store mngr. Max Dutton.
He's never been mean to me face
to face but in Department mngr.
meetings we are really beat down
It seems that nothing we do is
ever good enough + our jobs are
always on the line. Then he uses
quotes like but this is not a negative,
well yes it is. How can we give our
greatest customer service after sitting
through an hour of negativity. I like
my job + don't want to see anyone
get in trouble but these things
should be stopped before the morale
in the store is at 0. Thank you

The morning meetings are negative most of the time. We feel we are not worthy of all the hard work we do at times And if we are not capable maybe we do not need to be working here. That Eric is nice all in all but feels nine dept mgrs do not need to be in their positions I feel we have some of the best there is and we all (dept mgrs) look after each other cause we are some of the best. We are all in the same boat trying to pull alot of the weight because we are so short handed. Some people get more hours than others which is ok as long as others hours are not being cut it! ok. Women are at a different level in this store. And some dept mgrs take it hard and everytime I let them know its ok and you can not loose your job because you are working and doing your job the best you can with what we have here. Also that Eric could walk in here and fire us if he wants to for 1 missing strip or one flag missing

6/12/09

My feelings about max are over whelming but in a good way. I'm tyred of being threated, called losers so meny word's, that nothing thats do is good cuz off when there is only one person in the area. it's like if it's not done in the second then your Job is on the line. after your told that day in a day out you don't feel like doing your work. I use to love comming to work. We were all happy & have fun doing our work and Everything always's get done (when your in a good mood). But when your put down all the time. You don't want to do any thing. Its like what ever Happen's in the store 1st 2nd 3rd shirt/and Weekend's when Dept mng are not here. Its our fault no matter what. Sales, Empty holes (outs) District A person can only do so much w/what we have. I have to promus my kids everyday that mommy will keep there Job. Some day's its really hard not to walk out. She wants us to be afraid of Erick. She's all way's saying that if this is not done by such a such day then our Job's are on the line. Negative after Negative. I'm Just Tired of not being able to do my Job right. its always's the same thing that I have to get done now. I love to be bizzy bizzy. but not when I'm put down all the time. it dosn't work well. then no body's happy. not your Dept mng. on down. then it goes to your Customer. etc. not Good. Thank you for listening [signature] Dept 25

The meeting was about the moral in the store.
If Teresa S. Sit in on Conference Calls,
was I allowed O.T. Attending Morning Meetings
~~This was~~ feel Max was Powerful.

Sharon Flowers

We talk about some CSM having
set days off,
Also about certain people have all 7-4 shifts and
no weekends.
talk about store morale being low, I think
that's because of the shortage of assoc. in store
and yet we are expected to make sure the
work is done.
being told, because the front end score card is
low that our jobs are on the line — when
the problem is we have no help.

Bev T

6-12-07

Confidential    Case 4:11-cv-00094-BO    Document 97-8    Filed 08/28/13    Page 34 of 68    WMT 05280

In the interview on June. 12, 2009 I was
asked ~~about~~ questions about our manager
Max Dutton. I was asked about threats during
morning meeting, I told them that ~~a~~ I
do on some days feel threated. I was also
asked about morale in the store. I told
them that I felt store moral was down and
no one wanted to interact in store meetings.
~~me~~ ~~me~~ ~~me~~ ~~me me~~ I feel that what we
do in this store well never be good enough!
After talking to other associates over the
past couple months I am not the only one
who feels this ~~aw~~ way. Outside of the store
Max is a good person but when 7am Monday
morning comes he is a different person completly.
Thank you, and this investigation was well deserved.

JAMES SAUNDERS                    6-12-09

My conversation about "Mak" He
is a motervater He need to show
is suport to his Team and Not
let them down And don't lie to
them.

June 12/09

Tracy and I talk About my Job, And what was going on at Store 2000, and how I felt about it. I told Tracy that every thing that happen at the Store is our fult. he talk down to woman and if you Ask him Anything he dose not. Answer or he will change the ~~subject~~ subject when I came to work hear, he was not like that, he has Changeand is not the Same man. But As a person I like him. He is not fear as a Manger, Some time he ask if he don't Care and we can't get any help.

Susie A Muller

June 12, 2009, I was interviewed by Tracy Battle and Dawana about my store manager Max Dutton. She had questions about if I felt intimidated by Max, she wanted my opinion of Maxx. She asked how long I had been at Wal-Mart. She wanted to know if I felt threatened. She asked about morning meetings and what we talked about. We talked about my personal plans for the future. She asked if I took the associate survey. She thanked me for my time.

Thanks

Gayle Henns

On 6-12-09 Tracy & Dawana
called me in the managers
office for a discussion
about the following subjects:
Max Dutton
Art (Raffle
Vendor donations to CMN
Morale

Marie Fagundes

I have spoken to Tracey & Dawane,
about the conditions in the store
morale & help. Repurcation
of things that happen in here
& if you are concerned about

Your Job. Pat Wiley

When I First came Here Max would make comment about the way the store looked. It or the Back Room. If there was any Freight on the Floor He would comment on that.

Debbie Beavers Max, Myself had a meeting about what we needed to do to get the back room on the program She got upset and started crying. I don't Feel Max did any thing wrong Then.

There was a man sitting at a Table up Front Raising money For cmn.

Clayton P Sain

(1)

Thursday, June 11, 2009, 5:15 PM - 7:15 PM
Ramada Plaza Hotel
Kill Devil Hills, NC    Room 216

Tracy Battle, Dawana Riddick
Eric        Debbie Gibson, Kim
Brant,

I met with the people above to
tell them about the working conditions
at Wal Mart #2000 and to tell them
about my concerns about the ethical
conduct of Store Manager Max Dutton
and Invoice Clerk Teresa Sharpfilter

1. Max threatens Assistant Managers
with their jobs, saying "he needs
new blood in this store". He has
them work from 8 PM until 9 or 10 AM
the next morning, telling them they
can not leave until he says so.
He belittles them in front of other
associates and on the walkie
Talkies. Everyone hears him.

2. May threatens Dept. Managers daily, in our morning meetings. He tells us "If you can't do your job, I will find someone who will," or "If you don't want to do your job, you can step down and I will find some one who wants to work." He tells you "if you need help to ask" and then he berates you for asking.

3. May gives Teresa Sharpfeltin the authority of a co-manager. She has keys to everything in the store — She attends all management meetings, and conducts some morning meetings. She is at his right hand constantly (literally).

4. I have seen them having lunch together at Quizno's or Henrys more than a few times.

5. People in the community, think of Teresa as May's Assist. When they can not speak to him, they ask for her.

6. She controlls all of the donations and gets Wal-Mart grants for a lot of Outer

Banks civic organizations.
7. Teresa answers all of Max's phone calls.
8. She has his computer sign-on and answers all of his mail. She finalizes all of the store counts and prints all of the store reports.,
9. Teresa signs Max's signature on store documents and correspondence
10. Teresa works from 7AM until 7PM six days a week.
11 Shirley Crank works in Teresa's office doing Teresa's work so Teresa can be with Max.
12. Max will not hire the help we need in our store. He has people working out of their area's to cover necessary places.
13 Dept. Managers have to work cash registers, do IMS work, work freight, zone their depts, keep up their bins, do price changes, work modulars, cover the fitting room and other service areas.

14. Over the years Max has had Art Glidden represent our store and sit at a table in front of Ladieswear asking for money (selling raffle tickets) for CMN. Art wears the Wal-Mart Cloths (navy & Kakie) he has his own name badge.

15. During a fund raiser for the family of a deceased child, Art was working the Bake Sale Table with me. We had raised about $1,000 that day. Art ask me how much money had been raised, then told me Max had promised him half of the money! The next morning Max and Assistant Manager Sammy called me to the Manager Office and began to tell me how wonderful Art was and how much money he had helped our store raise on behalf of CMC. Max told me he had checked with Wal-Mart Legal Dept. and that he could disperse the funds any way he wanted. Tulsa Shanifelter had also aquire matching funds

from Wal Mart. I think the family received $1,000 and Art received $1,000.

16. On June 9th, 2009, May and Teresa Stangfelter call me to the Managers office and wanted suggestions for raising money for CMN. May told me we had until June 14th to raise $7,500. May said the only way he could raise that money, that fast was to call the Wal Mart Vendors and ask for money. He ask for phone numbers and Teresa called asking for donations. May said he had talked to one vendor who agreed to send money, but wanted more merchandising space in the store. The next morning Art Glidden was back in the store with his table infront of Ladieswear selling raffle tickets for a $500 Wal-Mart shopping card. Art told me he would be there thru the 14th.

17. May has his favorite people in our store. These people are allowed to work all the overtime they want. They get any schedule they want and they are allowed to treat other associates

like dirt. These associates are
Teresa Shanfeltes - Invoice Clerk
Shirley Crank - Receiving Clerk.
Terri Collins  Head CSM
Ann McPherson - Toy Dept Manager
Jennifer Beaman - Overnight Receiving
Miles Riddick - 4th 1oo un leader

18. Recently one of our Cashiers (Maxine)
came to me very upset about the way
Terri Collins was treating her. She
had taken the problem to May on two
seperate occasions. The second time
he told Maxine "if she brought Terri
back to the office again, it would not
be Terri to get fired it would be Maxine."

19. May has been very disrisptful to Eric
Litchfield. May has made fun of Eric's
military service. He tells ~~top~~ Dept
Managers that we are now part of a
Platoon and that Eric would come to
our store for an inspection. That Eric
would wear a white glove and fire any
Dept. Manger who did not have their
Dypts. spic and span.

20. Max told the Dept. Managers that Eric was going to send in the "Tiger Team" to show us how to take care of our Depts, to show us how to fill all of our outs. Max and Sammy go around the store saluting each other. Max said "You don't want the "Tiger Team" to go through your Department. You might not have a job after that."

21. Max lies to the associates, to our customers and to the general public. He was quoted in the Coastland Times Newspaper recently saying "At Wal-Mart we hire only local people and do not hire foreign students until the local applicants have been hired."

In closing I will say that Max has made being at Wal-Mart a chore. The moral in our store is so bad. We can not keep assistant Managers because he treats them so bad. We have lost good employees because of the way he treats people and not having any help.

Everyone has been reluctant to bring this Situation to the attentions of the Market Team, because we have been afraid of getting fired. With May it is his way or the highway. If you cross him he will make your life a living hell. He will have a way of getting rid of you. I have seen him do that to a number of assistant managers. When we have visits from the Market Team or Regional Visits. May and Teresa Stanefelter tell how to act and what to say. He keeps our visitors busy so they do not have time to mingle with Dept. Managers. May is predudice against women, Blacks, Hispanics, Over weight people and a number of others. I have seen him talk down to these people and to make fun of them. He has told Dept Managers that members of the Market team are stupid and do not know what they are doing. He says he will run our store the way he wants,

and that every time we change Market Managers it takes him a little while to teach them about how to run our store. Just last week, he told Dept. Managers he was training Eric and that he was ask by Eric to visit other stores in the market and teach them about their P+L report. He told us that our store would be okay, because he had just about trained the new Market team how Kitty Hawk operates.

Diane Harris
Dept. 34·36 Manger
Kitty Hawk, NC
Store 2000

Call Art Glidden- 6.08 at 3:06pm.

I have done it so many times.
you will need to check with Max about how many times
I have my own fund raiser call ▬▬▬▬ Christmas Joy fund    but I don't collect money
in the store. We do the fund raisers outside away from the door.

I Normaly do about 8 hours a day. Every day if they want me to
I do the weekend also

The last one I did it was for 14 days

Dawane Riddick

7-14-09    4:45PM       Tracey & Dawang

Called  Art Glidden

who did the drawing. — a kid that was in the store
Don't remember who he gave the ticket to after it was ~~pulled~~
Did drawing right in front of the table.

Every time we have ever done the drawing we use a child that
is in the store.

Drawing was done at 4:00 PM

7-7-09

I was asked about $500.00 Donation for CMN. The check was given to me buy Teresa Stanfeter. She told me to put in CMN Donation account. I keyed it in under CFT 110035, and put check in cash drawer. I have seen other $500.00 check for CMN Donation. I don't remember name on check I think it was John but not sure.

Art, only know him from doing fund rasiers up front.

Anita Elmer
7-7-09

Confidential   Case 4:11-cv-00094-BO   Document 97-8   Filed 08/28/13   Page 53 of 68   WMT 05299

Melissa Hutchins -
   + Coppertone Rep*
- Max says we can't take that check -
  so take it out of the store -
- ~~repeated~~ Melissa - u picked it up
- Did u mail / or bring the check
- who did you ask?
  * Max told her to take the check back
  * Check came to store
  * Melissa took check out of store -
  * Mailed it back to company
  * In Memo - Mailed to the store & so things
  *

Aprox: WK 17-18- 2009

The Coppertone Rep. for Store 2000,
Melissa, come to me and asked.
How much money do I need to ask for
from my Company, for a donation for CMN.

Max, asked me, to get a donation
from Coppertone for CMN, But, I don't
know much he wants me to ask for.
I advised her to talk with Max
because I don't know. I don't deal with that.
So she went to see Max.

Debbie Gibson
7/22/09

On Sat 6/13 May came into
the accounting office talking
very loud — saying "don't
tell me your afraid of them."
"Have they got you all scared."
It's just that Wynona
Kijana and
Tonja stirring up all kinds
of trouble, saying they were
mistreated.

He asked me if I thought they
were mistreated. I said "you
were pretty rough on them
at times." I said "you asked
me, I'm telling you the truth.
He said OK.

Then he asked me if Tracey &
Dawana asked me about the
$500.00 check that was put in
to CMN account 165. I said yes
but I was not here, I was
off that day. He said did they
ask Anita and I told him Anita
was not here, she was off
Friday. I said I don't even
know who the check was
from. He said it was from
Michael. I said was it a

vendor check and he said
yes he is a vendor.
He said it should have
been put in the incubator
as that's what it was —
a donation to C.M.N.

He then asked how it was
going in the accounting office,
if everything was balancing
and I told him yes and
he left.

Marie Fagundes

TRACEY BATTLE

I WAS ASKED ABOUT MAX AND I TOLD THEM I DIDN'T HAVE
ANY PROBLEMS WITH MAX.
THEN I TOLD THEM THAT THE ONLY PROBLEM I HAVE IS
WITH THE O.T. THAT ONLY CERTAIN ONES GET TO KEEP IT
AND THE OTHERS HAVE TO CUT IT. IF YOU ARE GOING TO
MAKE ONE CUT O.T. MAKE EVERYONE CUT IT. DON'T SHOW
FAVORITISM.
THE SHEET THAT WAS GOING AROUND TO VENDORS FOR CMN,
I DID NOT KNOW THAT IT WAS WRONG, BUT I DID GIVE
OUT 3 AND IT WAS TO RAISE MONEY FOR CMN.
WITH STANLEY WORKING NIGHTS I WORK IN DIRECTS/DSD
AT LEAST 3 TO 4 TIMES A WEEK AND I ENJOY IT BUT
WHEN THE POSITION WAS OPEN AND I WAS INTERVIEWED I
WAS TOLD THAT I HAD THE POSITION BUT MAX HAD OVER
HEARD THAT IF HE PUT SHIRLEY IN DIRECTS THAT
STANLEY WAS GOING TO CONTINUE TO WORK NIGHTS
WORKING ON CLEANING THE FLOORS BECAUSE HE REFUSE TO
WORK WITH SHIRLEY. SO MAX WANTED TO KEEP STANLEY ON
NIGHTS DOING THE FLOORS SO HE PUT SHIRLEY IN
DIRECTS AND I DID NOT GET THE POSITION AND WHICH I
DID NOT THINK WAS FAIR TO ME WHEN I WAS TOLD BY KIM
WHO SAID THAT SHE HEARD I HAD THE POSITION BUT
TERESA STOPPED IT. I FEEL ALSO THAT TERESA STOPPED
IT BECAUSE SHIRLEY HELPS IN THE OFFICE.WHEN SAMMY
INTERVIEWED ME HE TOLD ME THAT I WAS THE MOST
QUALIFIED AT THE TIME BUT IT GOES BACK TO MAX HAD
OVER HEARD THAT STANLEY WOULD NOT WORK WITH SHIRLEY
AND THAT HE WOULD GO OVERNIGHT. SO MAX LIKED THE
IDEA THAT STANLEY WOULD WORK OVERNIGHT TO CLEAN
FLOORS SO HE PUT SHIRLEY IN DIRECTS. AS IT IS
STANLEY WORKS NIGHT WHEN MAX WANTS THE FLOORS CLEAN
AND WHEN THIS HAPPENS I WORK IN DIRECTS AND OTHER
TIMES WHEN STANLEY IS NOT ON NIGHTS I WORK WHEREVER
THEY NEED ME.
AS OF RIGHT NOW STANLEY HAS BEEN ON NIGHTS FOR
ABOUT A MONTH OR MORE AND I HAVE BEEN WORKING IN
DIRECTS 3 TO 4 TIMES A WEEK. STANLEY HAS SAID THAT
HE DID NOT WANT TO GO OVERNIGHT PERMANTELY BECAUSE
HE WOULD LOSE PAY THAT IS THE REASON HE WORKS
DIRECTS SOME OF THE TIME.

Mark Sawyer
7-8-09

7-7-9

To Whom It May Concern

Max called recuring - asked me to help him out with raising money for CMN. I said sure and he said that he would have some flyers made up to hand out. I got a few of them and only gave out a couple of them to vendors - one to Frite Lay - Mr. Scott. he wrote on the sheet the amount and passed it back. I gave one other out. Not sure of which vendor. the rest of them I threw in the trash. I mostly just jokingly asked a few of the vendors if they would be willing to help raise money for CMN

Thank You
S Crank

Confidential

6-12-09

Today I talked to Tracy about things concerning the store. I told her that I think the Morale of the ~~Store~~ dept Mgrs. are down because we really do not feel appreciated enough. We do the work of 10 people but thats not enough. We do our best with what little help we have.

As for Max, he doesn't ~~~~ intimidate me but at times I feel like my job is on the line.

Thank you
Cheryl Mitchell

We talk about some CSM having
set days off.
Also about certain people have all 7-4 shifts and
no weekends.
talk about store morale being low, I think
that's because of the shortage of assoc in store
and yet we are expected to make sure the
work is done.
being told, because the front end score card is
low that our jobs are on the line — when
the problem is we have no help.

Ben T

**From:** Sharon Wade [Redacted]
**To:**
**Date:** Monday, August 10, 2009 10:01:34 AM
**Subject:**

MARKET MANAGER ERIC.

MY NAME IS SHARON WADE, I HAVE WORKED FOR WAL MART FOR A LITTLE OVER FIFTEEN YEARS. THE FIRST FOURTEEN AT STORE 2000 KITTY HAWK, N. C.

FIRST I WOULD LIKE TO SAY THAT THE ASSOCIATES IN THAT STORE ARE WHAT WAL MART STANDS FOR. THEY ARE THE BEST TEAM PLAYERS AND ARE THERE FOR EACH OTHER WHEN THINGS GET TOUGH. IT IS A SHAME THAT THEY STILL HAVE TO WORK UNDER THE TYRANNY OF MAX DUTTON. EVERY THING THAT YOU HAVE HEARD ABOUT WHAT GOES ON IN THAT STORE IS TRUE. HE HAS HAD TO MUCH POWER OVER THESE PEOPLE TO LONG. ONE REASON HE THINKS HE CAN DO WHAT HE DOES IS THAT WAL MART IS ONE OF THE ONLY FULL TIME EMPLOYERS IN THE AREA. THIS IS A SEASONAL AREA AND THEIR ARE NOT A WHOLE LOT OF FULL TIME EMPLOYERS.

WE HAD TO ENDURE DAILY HOUR MEETINGS OF THREATS AND INTIMIDATION FOR YEARS. HE WAS ABLE TO SAY THE SAME THINGS OVER AND OVER AGAIN TO GET HIS POINT ACROSS. HE ALSO HIRED MALE ASSOCIATES IN AT MORE MONEY THEN FEMALES DOING THE SAME JOB OR POSITIONS. HE TREATED THEM BETTER THEN THE WOMAN. HE WOULD RIDE US OR EXPECT MORE FROM US. HE HAD ME IN TEARS NUMEROUS TIMES OVER THE YEARS.

WHEN WE HAD THE FOREIGN KIDS WORKING IN OUR STORE THEY WERE TREATED LIKE THEY WERE THE BEST THING IN THE WORLD. THEY WERE ABLE TO GET AS MANY HOURS AS THEY WANTED. WE WERE NOT ALLOWED TO GET A CLICK OVER OUR TIME. IT WAS LIKE THEY COULD DO WHAT EVER THEY WANTED AND DID NOT HAVE TO FOLLOW WAL MART POLICY. MAX DUTTON POLICY.

WHEN MR. DUTTON STARTED WORKING FOR THE COUNTY YOU NEVER SEEN HIM IN THE STORE MANAGING IT. I HAVE ALWAYS WONDERED HOW HE JUSTIFIED HIS SALARY. IT WAS LIKE HE WAS STEALING FROM THE COMPANY AND GETS AWAY WITH. IT LIKE IF I CLOCKED IN AND LEFT THE STORE AND CAME BACK LATER TO CLOCK OUT.

WHEN I DECIDED TO LEAVE AND COME BACK HOME TO THE MID WEST , I WAS SO AFRAID THAT I WOULD DO SOMETHING THAT DID NOT PLEASE HIM  AND WOULD NOT BE ABLE TO COME BACK TO MY FAMILY. HE HAS HAD ASSOCIATES COACHED  FOR ROLLING THEIR EYES OR MAKING A BODY MOVEMENT THAT HE DID NOT LIKE OR SAYING SOMETHING THAT HE DID NOT AGREE WITH.

HE WOULD ALSO THREATEN US WITH OUR JOBS. THAT IF WE DID NOT LIKE SOMETHING THAT WE COULD LEAVE AND HE WOULD EVEN HELP US LOOK FOR ANOTHER JOB.

THE ASSOCIATES IN THAT STORE IS WHAT SAM WALTON STOOD FOR, TEAMWORK AND FAMILY. THAT STORE WOULD BE NOTHING WITHOUT THOSE PEOPLE. AS BUSY AS THAT STORE IS HE CONTINUES TO RUN IT WITH THE SAME NUMBER OF PEOPLE.

THANK-YOU
SHARON WADE
KENOSHA WISCONSIN
STORE 3891 WAUKEAKEN ILL.

*Sharon Wade*

Confidential

Case 4:11-cv-00094-BO    Document 97-8    Filed 08/28/13    Page 62 of 68    WMT 05308

Re: The $500.00 Shopping Spree raffle.

On 6/14 I took 500.00 from the raffle money and purchased the Shopping card.

When I left work that day I stopped by the table where Art was doing the raffle and told him I had the shopping card in the accounting office and when they got ready to do the drawing to let Sammy know and he would get it.
I said we only had $3.44 left and he said well look here and took out the money and counted it. I thought he counted $61.00 but when it was brought to the accounting Office and Anita counted it there was only $50.00.

Marie Jagundes

Confidential

WMT 05327

(June 23, 200_

To Whom It May Concern:

Today around 3:30 p.m. to 4:30 p.m. I saw Teresa Sharpfelter in the Managers Office on the Computer, looking at and answering e-mails for May Dutton. I found it odd that when I tried to enter the office, to get something out of my filing cabinet, the door was locked. I had to use my key to get into the office and that's when I saw Teresa on the Computer.

Later on at around 5:15 p.m. Assistant Manager Sammy came over the walkie and asked Teresa to Clear out the letter to the President for him. She said, yes sir.

Assistant Manager
Stacy D. Helton

Confidential

6/27/09

I will Try To Find out more about drawing
for CMN. I was here that Day & Never heard
over the intercom that they were drawing a
Ticket & Never Heard an announcement as to who
~~knew~~ the winner was. And usually it is very
publicized A Big deal is made.

The ticket is not here

The Customer who won is Tammy Nichols
who ● leases the building & runs Art's Place.
It is To my understanding that Art doesn't
having an interest in the business any more But
he does hang there & still acts like he runs the
place or at least can do what he wants while
there. I had Been Told that Tammy & the co-own
of Art's Place Take care of ArT. (not sure how)

Tonja would have more insight on that she use
To work there & [I think] She spent a lot of Time there
& Knows all of them very well.

Kevin

Message

| From: | Anthony Taylor - astaylo.s02393 [/O=WAL-MART/OU=STOREMSG/CN=US |
| | RECIPIENTS/CN=ASTAYLO.S02393633758170023644558] |
| Sent: | 6/12/2009 8:04:02 PM |
| To: | Tracey Battle [tracey battle] |
| Subject: | Statement |
| Attachments: | Tracey.doc |

Tracey,

Attached is a statement about the situation you requested. My cell number is listed below and feel free to call me. I'll be here at the store for another few hours if you want to reach me here.

Thank You,
Anthony S Taylor
Fresh Area Assistant Manager Store 2393
Store: (405) 794-2724
Cell: (405) 426-0852

Confidential

WMT 05532

Tracey,

My time at Kitty Hawk, NC Store 2000 was an interesting 14 months to say the least. At times, I really enjoyed myself, but just like any other store, it had its ups and downs. I'm not saying that store 2000 is like every other store, because it isn't.

Max Dutton is a very demanding individual. Max demands perfection and therefore he expects perfection. In order for him to get the results he is looking to achieve, he pushes management and the associates to the brink of frustration and very high stress levels. I remember a quote that he told me when I got there about "You have to carry out all the dirty work and be the bad guy because I have to be the one that they come to and complain and be the good guy."

Max expected his assistants who opened to have the tapes changed, gun logged signed off, and a tour of the salesfloor, backroom, and perimeter of the building with the night assistant before he got there at 7:00am Monday thru Saturday. That meant that you had to get there about 6:30am every morning even though you were scheduled at 7:00am. You were scheduled till 5:00pm if you were the opening assistant, but if you left before he did no matter how long he stayed, he made you feel guilty for leaving at your scheduled time. The closing assistant was expected to arrive 30 minutes earlier than what they were scheduled to set a good example for the associates. He does not include himself in the schedule, so when we were an assistant short, since we only had 2 on days and 2 on nights, in order to give the other assistant a day off, we were expected to work open to close.

The mornings were the most stressful point of the day. He would walk the store and yell out 12 different things that needed to be done and 2 minutes later come bsck over the walkie and ask different hourly associates if they could do it since his management team couldn't get anything done. I bet that there are about 30 associates who have a walkie and hear

the verbal abuse that is given by him day in and day out. He does not respect the "Management Routine" program that is expected of all the assistants. He asked about an umbrella that was hanging lower than the others and replied that I noticed it and that I put it on my notes. This was at about 7:05am one morning and he came back and YELLED at me over the walkie that I shouldn't have to write a note down that I should just fix it then! He was with Tonja at that time and she told me that after he said that, he walked up to a piece of trash and asked if he should put it on the notes to pick up that piece of trash.

I did see a difference about the way he treated females and male management. The males got a little more slack than the females. It got to a point where we kind of knew when he was going to be in a good mood or a bad one by who was going to be there in the mornings.

There was one individual that received favoritism on a regular basis. Teresa Shanefelter, the invoice associate, was pretty much regarded as our co-manager in a since. She read and sent all of his email, gave us direction from him, and sat in on all of the conference calls. She worked as many hours as we did and we worked anywhere from 60 to 75 hours a week. When he would go to lunch, most of the time she went with him.

The man has a wealth of knowledge about merchandising and is a wonder with words. He does care about his associates and tries to take care of them when they are in a time of need. I learned a lot from this man in many different aspects. However, there is many things that he did that I didn't necessarily agree with and wished that he would change.

Anthony Taylor