IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:11-CV-00094-BO

| | |
|---|---|
| BRUCE BANNISTER; MAX DUTTON; and MARION TOWLES;<br><br>Towles,<br><br>vs.<br><br>WAL-MART STORES EAST, L.P.,<br><br>Defendant. | **APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING MAX DUTTON'S CLAIMS** |

**F-6**

**Declaration of Tracey Battle Exhibit 6**
Copy of Children's Miracle Network Flyer asking for Donations (6/2009)

WALMART STORE #2000 NEEDS YOUR HELP!! WE ARE TRYING TO RAISE MONEY TO SUPPORT CHILDREN'S MIRACLE NETWORK. OUR SPONSOR HOSPITAL IS CHILDREN'S HOSPITAL OF THE KING'S DAUGHTERS IN NORFOLK, VA. WITH YOUR HELP WE WOULD LIKE TO RAISE $7,500 IN ONE WEEK. IF YOU COULD HELP US WITH ANY AMOUNT THIS WOULD BE GREATLY APPRECIATED. PLEASE MAKE CHECKS PAYABLE TO C.M.N./WALMART. WE NEED TO HAVE THIS CHALLENGE MONEY BY FRIDAY, JUNE 14, 2009. WE APPRECIATE YOUR DESIRE TO BRIGHTEN THE LIVES OF THESE PRECIOUS CHILDREN. THANK YOU.

AMOUNT DONATED _____

ALL DONATIONS MADE TO CMN OR CHKD ARE TAX DEDUCTIBLE UNDER THE LAW.