IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:11-CV-00094-BO

| | |
|---|---|
| BRUCE BANNISTER; MAX DUTTON; and MARION TOWLES;<br><br>Towles,<br><br>vs.<br><br>WAL-MART STORES EAST, L.P.,<br><br>Defendant. | **APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING MAX DUTTON'S CLAIMS** |

**F-8**

**Declaration of Tracey Battle Exhibit 8**
Donation Commitments from Coppertone and George Marshall (6/2009)

**Hutchins, Melissa**

| | |
|---|---|
| From: | Sonnentag, Debbie |
| Sent: | Thursday, June 11, 2009 10:10 AM |
| To: | Hancock, DA; Hutchins, Melissa |
| Subject: | RE: Missy |

This payment has been processed

**Debbie Sonnentag**
Walmart Team
T: +1 479-254-4374
F: +1 479-254-8333
C: +1 479-899-3826
debbie.sonnentag@spcorp.com

Schering-Plough CHC
5506 Walsh Lane
Suite 108
Rogers, AR 72758
www.schering-plough.com

| | |
|---|---|
| From: | Hancock, DA |
| Sent: | Tuesday, June 09, 2009 09:36 AM |
| To: | Sonnentag, Debbie |
| Subject: | Missy |

Hey Debbie,

Missy said you approved $1,000 towards CMN for store 2000.

She asked that the check be made out as:

CHKD/WM 2000  $1,000.00

TERESA / MARIE

ATTN: Max Dutton

Coppertone Donation
CHKD

Melissa Hutchins
Sales Rep.

1

Confidential

WMT 05328

Case 4:11-cv-00094-BO    Document 97-12    Filed 08/28/13    Page 2 of 3

Redacted



ATT: ~~Dawana~~
DAWANA
From: GEO Marshall

Redacted

Vendor George Marshall, Inc
https://iiprd.metavante.com/ii/PrintImage.jsp

7/7/2009