IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:11-CV-00094-BO

| | |
|---|---|
| BRUCE BANNISTER; MAX DUTTON; and MARION TOWLES;<br><br>Towles,<br><br>vs.<br><br>WAL-MART STORES EAST, L.P.,<br><br>Defendant. | **APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING MAX DUTTON'S CLAIMS** |

**G-1**

**Declaration of Adoncia Span Exhibit 1**
Email from M. DeBarros Summarizing Store 2000 Facility Assessment Review
(8/24/2009)

| | |
|---|---|
| Message | |
| From: | Marie Debarros [/O=WAL-MART/OU=HOMEOFFICE/CN=RECIPIENTS/CN=F9A0A1CD5AB011D5B13C002035673F01] |
| Sent: | 8/24/2009 9:51:47 PM |
| To: | Melody Fogarty [melody.fogarty@wal-mart.com]; Noah Johnson [noah.johnson@wal-mart.com] |
| CC: | Adoncia Spann [adoncia.spann@wal-mart.com]; Marie Debarros [alta.de_barros@wal-mart.com] |
| Subject: | Store 2000 Facility assessment review |

Hello,
Please find below the assessment topic and then findings. If you have questions please let me know.

**Schedules printed centralized and secure**
Pharmacy manager had a printed schedule in a locked drawer in the pharmacy.
**Top 3 grass roots issues resolved and communicated to associates**
Most knew and thought resolved but Max had mini meetings with the department managers as soon as he heard about the visit.
**Job posting utilized correctly for all areas of the store**
This process is not in place and could not find Panel interview evidence.
**All evaluations on time**
Management key evals before given so they wont go late. Some have not been given but have been keyed.
**Are Hourly Supervisors following company guidelines**
No
**Hourly Supervisors Labor Trained**
Yes
**Active Sponsor program**
Not fully functioning
**The video Wal-mart: A workplace that works shown by the store manager**
Don't even have to do.
**MY Share and open door posters**
Up to date
**The lounge /restrooms clean and in good repair**
In good repair just need sign off when cleaned
Lounge cleaned and painted by management on 8/20/2009
**The facility Manager involved in the dept.**
Comes by and says HI. Answers questions as needed.
**Management utilizing customer service scheduling Check FE scorecard**
Scheduling not done. Store operating in the summer on winter store hours. Never changed in the shift generation . Store not utilizing the schedule reports and store manager not signing off on schedule each week.
**The solicitation policy being followed consistently**
Hourly's resp. for calendar and concerns around fundraising for CMN. Signs were on the front door.
**Review application of associates with less than 90 days.**
There were associates traveling to the store from Elizabeth city over 1 and a half hours away to work 4 hours.
**Reference checks complete**
Yes
**Confidential documents secure**
Yes
**Store Meetings held on all shifts**
Only 1st shift and that is not regular.
**SM conducting the final approval on all potential job offers.**
No. Sammy does them.
**New hire on-boarding process in place**
Not consistent
**Facility retention plans**
Turnover is 30% No plan in place.
**Associates / Assistant manager repose**
Do not see assistant managers and not very comfortable with.
**Open Door Policy**
Over half of the store was not comfortable with the open door. Those that were would only go to Max.
**Management practicing CBWA**
Managers to their own testament do not do this.

Confidential
WMT 08568

**Facility utilizing attendance tracking**
No
**Breaks and Lunches on time**
They were slow to get but got them.
**Equipment functioning properly**
Please find a list in earlier email.
**Recognition programs in place for total store.**
Several recognition programs in place, but they want approval verbally and daily.
**Personnel Manager utilizing People P and L**.
No
**Management following the sundown rule**
The store was split. It depended who you ask. 50/50.
**Stock Participation**
52%
**Bulletin boards pertain to wal-mart**
Yes
**Sponsor Committee in Place**
Not really
**10' rule alive and well**
No
**Management touring professional services and all areas of the facility**
Not consistently
**Market Team involved in the facility**
No.

If you have questions please let me know.
Thank you
A. Marie De Barros
Market Human Resource Manager
Market 125
Phone: 843-267-0542
Office: 843-215-3688

Confidential
WMT 08569