# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

Civil Action No. 4:11-CV-00094-BO

BRUCE BANNISTER; MAX DUTTON;
and MARION TOWLES;

                Towles,

    vs.

WAL-MART STORES EAST, L.P.,

                Defendant.

**APPENDIX TO DEFENDANT'S
MOTION FOR SUMMARY
JUDGMENT REGARDING MAX
DUTTON'S CLAIMS**

**G-2**

**Declaration of Adoncia Span Exhibit 2**
Email from M. DeBarros attaching Criteria for Store Visit (8/17/2009)

| | |
|---|---|
| **From:** | Marie Debarros |
| **Sent:** | Monday, August 17, 2009 4:03 PM |
| **To:** | Tracey Battle; Melody Fogarty; Vickie Race - vhrace.s01379; Noah Johnson |
| **Cc:** | Marie Debarros; Adoncia Spann |
| **Subject:** | Red Store Visit for Store 2000 |

     

Renewed Focus Package.TIF    aos_visit_plan_.d...    Facility Assessment Gui...    MARKET Red Store Engageme...    Red Store Agenda.doc    Red Store Engagement Te...

Hello,
I have tried to put together a plan that takes into consideration the business your store is doing right now as we approach the end of summer. The agenda for the meeting is in attachment labeled Red Store Agenda. I need the names of the managers that will be assisting labeled in red store engagement teams. The managers will need to be there from 2pm - 11:30pm and there will need to be coverage for 3rd shift to attend the meetings on Thursday and Friday morning. The 3 day process is outlined in Market red store engagement packet. I will need 20 copies of the attachment Facility assessment guidelines for wed. night. AOS visit outlines some supplies we will need at the conference room on Thursday. Renewed focus I will need 20 copies for the planning process on Thursday night and Friday. I will need 40 copies of the associate log to be available as we go through the process.
Thank you for all your help

A. Marie De Barros
Market Human Resource Manager
Market 125
Phone: 843-267-0542
Office: 843-215-3688

1

Confidential

WMT 03376

# Renewed Focus on Associate Engagement

Associate Engagement is when Associates consistently **Say** positive things about the company, they have a desire to **Stay** with the company, and they **Strive** to give the extra effort that contributes to customer satisfaction.

One of the company's key initiatives is to improve our Associate Engagement. To improve Engagement we must first demonstrate **we care about our Associates.**

This is a launching of a renewed focus on Engagement and to show our Associates that we do care. We must first give our Associates a positive visual impact by having clean stores, clean restrooms, clean breakrooms, equipment that works, and Associates in dress code.

We want all management to use simple tools to help improve our Associate Engagement. The company has great programs to keep our Associates engaged and we will continue to follow those guidelines.

We will put a daily emphasis on Coaching by Walking Around (CBWA). Many times our management has forgotten the simple process of CBWA. It's talking to the Associates not giving direction. This is a great way to get to know your Associates and to hear from Associates that are more timid about approaching management. We have badge backers (Attachment #1) that remind all management how to do CBWA. Each member of management should talk to every Associate in their area of supervision, but also be willing to listen to any Associate in the store. A great follow-up tool for the Store Manager is to have each salaried member of management share something new each member of management have learned about two Associates daily at the Management Communication Meeting. Also there should be issues and suggestion that has been shared by Associates from every manager on duty daily. Don't be concerned if some of the things are repetitive in some areas, be more interested that the Associates are talking and sharing their concerns with management. Also some of the more repetitive issues will help management to prioritize what need to be corrected first because those items are things that's important to a lot of Associates.

All management will utilize 3 x 5 cards to write down concerns and suggestions that Associates bring up and utilize an Associate Engagement Log Book to monitor that all management are walking and talking to our associates and are using the Sundown Rule to address issues and celebrate the wins. Keep a supply of 3 x 5 cards available for store use. Create a large binder to file your Associate Engagement Log Sheets in a secure place in the Store Manager's office. Things noted on the Engagement Log Sheet should be thorough and corrections should be the root cause and results should be communicated to the Associate. The Associate Engagement Sheets (Attachment #2) can be copied double-sided being mindful of sustainability.

When the Market Team is in the store, they should review the log for issue resolutions and that appropriate follow-up has been done. When the Regional Team is in the store, they should review the log. When suggestions from Associates are used, share the best practice with the market and celebrate at store meetings with recognition of the Associate.

Confidential

WMT 03377



**Management Routines**
Customer Initiative

# Management Routines Overview

### A Framework for Success

No matter how well your store is currently performing, there are always areas where there could be improvement. Management Routines are a way to improve your overall communication and delegation.

## Management Routines are:

- A logical sequence of activities that will create time to address issues that come up daily
- A framework for accomplishing the tasks for the day
- *Much more* than a best practice or a checklist of things to get done during the day

## How did Management Routines Evolve?

- Observation of store managers with different styles of leadership in different areas of the country.
- Conference calls with the Store Manager Council – a group of successful store managers on the subject of Associate experience as determined by AOS scores and RGM recommendation.
- Compilation of techniques that have consistently increased the level of success in stores with prior history of poor Associate experience.

## If Your Associates Are:

- Having to repeat projects because a manager failed to make a definitive decision
- Getting conflicting directions from multiple managers
- Repeatedly approaching other Managers with basic concerns, instead of their immediate supervisor
- Letting productivity suffer when their department Manager is absent
- Reporting that they lack quantity and quality of interaction with their managers

## And If Your Managers Are:

- Struggling to get notes done
- Spending a large amount of time *reacting* to issues as opposed to planning business

## Here is how the Management Routines can benefit both the Associates and the Business:

*For the Associate*
- Increased communication with their management team
- Increased development time with their manager
- Consistent communication lines, preventing conflicting directions
- Structured time for management to listen to Associate issues

*For the Operation*
- Improves the communication chain in the store through delegation and follow-up with all Associates
- Assists managers in more consistent and efficient distribution of information and tasks
- Provides a written record of store priorities and assignments
- Makes the transition easier when transferring stores or training new managers
- Clarifies the potential cause of issues by involving all Associates in communication

Case 4:11-cv-00094-BO    Document 97-18    Filed 08/28/13    Page 4 of 21

Confidential

WMT 03378

**WAL★MART** | Saving people money
so they can live better

There are three major categories of activities within the Management Routines:



**Activity**

| Meetings | Touring | Administration |
|---|---|---|

**Types**

| Meetings | Touring | Administration |
|---|---|---|
| • Management Meeting<br>• Area Meeting<br>• Store Meeting | • Solo Strategy Tour and CBWA<br>• Management Tour<br>• Area Tour and Associate Development | • Hiring and Staffing<br>• Reviewing Reports<br>• Approvals<br>• Email Communication<br>• People Administration (evals, attendance tracking, etc.) |

**Benefits**

| Increases Communication | Provides a platform for associate development | Allows additional time and consistent approach to administrative tasks |
|---|---|---|

Routines also connect all the associate groups as you can see below:



Case 4:11-cv-00094-BO     Document 97-18     Filed 08/28/13     Page 5 of 21

Confidential                                                                                                    WMT 03379

WAL★MART®  Saving people money so they can live better

## The Routine Sequence Flow Chart:

**The following diagram illustrates the sequence of events for the management routines.**

- **Meetings** are shown as a stop-sign shape to symbolize that when a meeting is scheduled to occur, the manager should stop what they are doing and go to or conduct the meeting.
- **Tours** are shown with arrows to illustrate that the tours are what moves the manager between one meeting and the next.
- **Administration Time** is shown as a box to illustrate that it can fit in between most activities where there is a space of time.

# Routine Sequence

## Opening Routine Sequence
Morning



Afternoon



## Closing Routine Sequence
Afternoon (this example assumes 12:00 pm start time)

Evening

**NOTE:** In accordance with Company policy, these routines take into account that Managers should endeavor to take timely and complete rest breaks and meal periods while ensuring the needs of our Associates and customers are met. Please refer to PD-07 for your specific requirements for your state.

## Detailed Information on Management Routines:

Utilize the available links within the Management Routines website to learn detailed information about each of the following sequences:

- Solo Strategy Tours
- Area Tours
- Mgmt Tours
- Administrative Time

- Area meetings
- Store Meetings
- Management Meetings
- Best Practices

- Blank Note Pages
- Example Note Pages
- FAQ's

**Always low prices. Always.**

Management Routines Initiative | Overview
MANAGEMENT COPY
Page 3 of 3
v1.0  7/18/2007

Case 4:11-cv-00094-BO   Document 97-18   Filed 08/28/13   Page 6 of 21

Confidential

WMT 03380

Confidential

## Keys to effective CBWA

- When talking with Associate: STOP, LOOK AND LISTEN!
  - STOP what you are doing
  - LOOK them in the eye
  - LISTEN to them
  - Use their name
- Keep conversation positive and focused on Associate
- Make time for individual care on one recognition
- Remember what Associates tell you, to discuss with them at a later date
- Write down concerns that require follow-up (use palm pilot, note pad, or index cards)
  - Scheduling, open doors, benefits, etc.
  - Find the answer and get back to Associate, as soon as possible
- Ideas for engaging your Associates
  - Favorites... Favorite vacation. Favorite movie. Favorite T.V. show. Favorite place to eat. Favorite sporting event?
  - Family. Children. What does your family enjoy doing together?
  - What's your hometown? What brought you to this town?
  - What brought you to Wal-Mart?
  - Career goals? What's your dream job?
- Things to AVOID when performing CBWA
  - DO NOT give loose notes or directions
  - DO NOT deal with work issues. "What are you working on?"
  - DO NOT talk about religion, politics, etc.
  - DO NOT criticize work performance

**Make small talk a big deal!**

## Keys to effective Store Meetings

- A store meeting should know we care about our customers and our Associates
- Utilize the "10 Minute Meeting" tool that prints automatically everyday to plan your meeting
- When at the meeting, focus on the meeting. Be in attendance, physically and mentally
- Talk with, not to the group. "We" and "Us" vs "You" and "I"
- Have a sense of humor and keep the meeting moving. Respect their time
- Utilize hourly Associate's talents. Share another Associate's expertise on a work topic
- Encourage Associates to participate and share information
- Give recognition. Be specific when recognizing an Associate, a team and/or a department
- Great topics/resources to include in your meeting
  - Benefit updates or answers to general benefit questions
  - Associate engagement issues, scores, top three concerns and what we are doing to fix the concerns
  - Celebrate victories
  - Service awards or any other awards
  - Talk about equipment issues fixed and to be fixed
  - Community involvement
  - Share great new merchandise or VPI's
  - Read an excerpt from Mr. Sam's book Made in America
  - Read an Associate tip or resources can be found at www.walmartfacts.com or www.walmartbenefits.com

**Make small talk a big deal!**

WMT 03381

Confidential

# TODAY DEPENDS ON YOU

| SALES | CUSTOMER ENGAGEMENT | ASSEST PROTECTION | IT'S A BIG DEAL |
|---|---|---|---|
| TOP DEPARTMENTS | ASSOCIATE ENGAGEMENT | SAFETY | STORE EVENTS |

WMT 03382

# Associate Issue Log

| | |
|---|---|
| Date of the Issues: | |
| Who was the Manager that the issue was brought to: | |
| Who is the Associate that brought the issue to Managements attention: | |
| Who's does the issue belong to. The associate who brought the issue to Management's attention or another Associate | |

What is the Associate issue:

| | |
|---|---|
| What Manager has been assigned to resolve the issue: | |

What is the Action Plan to resolve the issue:

| | |
|---|---|
| Who communicated to the associate that the issue was resolved: | |
| What date did the associate receive the communication: | |
| What Manager will follow-up with the associate to make sure there was resolution to the issue: | |
| What date did the Manager follow-up with the Associate | |
| Was the issue still resolved: | |

| | |
|---|---|
| Date of the Issues: | |
| Who was the Manager that the issue was brought to: | |
| Who is the Associate that brought the issue to Managements attention: | |
| Who's does the issue belong to. The associate who brought the issue to Management's attention or another Associate | |

What is the Associate issue:

| | |
|---|---|
| What Manager has been assigned to resolve the issue: | |

What is the Action Plan to resolve the issue:

| | |
|---|---|
| Who communicated to the associate that the issue was resolved: | |
| What date did the associate receive the communication: | |
| What Manager will follow-up with the associate to make sure there was resolution to the issue: | |
| What date did the Manager follow-up with the Associate | |
| Was the issue still resolved: | |

Page # _____

Confidential

WMT 03383


# AOS Red Store Visit Plan –2000–

**The Regional/Home Office Team**
- Regional Vice President – David Carmon, RGM
- Regional Human Resource Director – Melody Fogarty, RHRD
- Regional Asset Protection – Art Binder, RAPD
- Labor Managers –
- Health and Wellness Regional – Kevin Corkern

**The Field Management Team that supports the facility:**
- Market Manager –  Scott Miller
- Store Manager from yellow store –
- Health and Wellness Market Manager –
- MHRM –
- MM Support Staff – MTS, MEM, MFM, MGM, and MAPM

## Wednesday
(Need visiting managers to cover store including overnight.)
- Labor Managers arrive
    - Prepare for offsite meeting
    - Assess facility informally
    - Meet with visiting teams

## Thursday morning
7 a.m. – 11 a.m.  Off-site Management Meeting:
Attendees:
- All salaried Facility Managers
- Regional Human Resource Director
- Regional General Manager if available
- Labor Managers
- Store Manager from Red store/Yellow store
- Store Manager from Green Store
- Market Manager and Market Team
- Visiting Market Human Resource Managers

Meeting Agenda: (If Regional Team can not attend the MM and MHRM handles the function.)
- The Regional Team opens the meeting with their vision of the 3 day process.
- The Regional Team should convey to the managers why their store was selected so they have a thorough understanding of their opportunities as a team.
- The Regional Team should assure the managers that the process is to focus on critical success and failures and if their store is a bad store, the visiting team is there to assist in making their store a good store. If their store is a good store, the visiting team is at their disposal to help make it a better store.
- The Regional Team should inspire the managers to trust, have open communication, listen and improve on their ability to build relationships.
- After the Regional Team delivers their message and answers any questions from the group the Regional Team, the Market Manager and other key leaders will excuse themselves from the meeting allowing an open flow of communication from the Facility Management.

586, Conway, SC                                    1                               October 27, 2008

Confidential                                                                                        WMT 03384



- The MHRMs will stay to learn the process, but this should not impede the communication flow.
- The goal of the meeting is to determine the needs of the facility management team and the associates of the facility and to improve the communication lines between associates and management in hopes of creating a better working environment, which will ultimately help us serve our customers better.
  o *(The facilitator is not there to pass judgment. Only to record the managers thoughts and be prepared for issues such as, broken trust, poor communication, lack of training, lack of teamwork, lack of equipment, etc.)*

*Meeting specifics:*
  o Purpose of visit
    ▪ Introductions
    ▪ AOS Discussion
      • How was it addressed in the store
      • How does it compare to previous surveys
      • Has an Action Plan been started
    ▪ Expectations
      • Management Role
      • Visiting Red Store Manager's Role
      • Visiting Green Store Manager's Role
      • MMs' Role
      • Our Role
      • Ownership
  o Open discussion of facility issues (Regional and MM level manager leave at this point)

Note taker: Two visiting MHRMs (One to write on the Flip Chart and one to write on their laptop).

Equipment:
- Markers
- Flip Chart
- Easel
- Masking Tape
- 3x5 business cards
- Associate issue log

**After Meeting Communication to Managers:**

Facility Managers:
Facility Managers are to go back to the store and be approachable, treat people with respect and consider peoples feelings when building relationships with their associates. They are to do this by walking and talking about issues that are important to the associates (true CBWA). Managers should analyze associate issues, have a fix it now attitude and be prepared at the daily management meetings to discuss the issues they surfaced. Managers will be provided 3x5 index cards or small note pads for a method of keeping track of the issues.

Conduct individual management interviews- RHRD and the MHRM will conduct interviews at the store. (Talk with Assistants and Co-Managers one on one to determine any underlying issues.)

Case 4:11-cv-00094-BO    Document 97-18    Filed 08/28/13    Page 11 of 21

Confidential      WMT 03385



CBWA with the second shift salaried/hourly management team (All Visiting Managers)

– CBWA with the third shift (All Visiting Managers, MHRMs, and Facility Managers)

## Thursday afternoon

Off-site meeting with Hourly Supervisors
    Attendees:
- All Hourly Supervisors
- Labor Managers
- Store Managers from other Red store
- Visiting MHRMs

Meeting Agenda: (If the Regional Team can not attend then the introduction should be done by the MM and the MHRM).
- The Regional Team opens the meeting with their vision of the week long process.
- The Regional Team should convey to the supervisors why their store was selected so they have a thorough understanding of their opportunities as a team.
- The Regional Team should assure the supervisors that the process is to focus on critical successes and failures. If their store is a bad store, the visiting team is there to assist them in making their store a good store and if their store is a good store, the visiting team is at their disposal to assist them to make their store a better store.
- The Regional Team should inspire the supervisors to trust, have open communication, listen and improve on their ability to build relationships.
- After the Regional Team delivers their message and answers any questions from the group, the Regional Team and the Market Manager and other key leaders will excuse themselves from the meeting allowing an open flow of communication from the supervisors.
- The goal of the meeting is to determine the needs of the supervisors and the associates of the facility and to improve the communication lines between associates and management in hopes of creating a better working environment, which will ultimately help us serve our customers better.
    - *(The facilitator is not there to pass judgment. The visiting MHRMs are to record the supervisor's thoughts and be prepared for issues such as, broken trust, poor communication, lack of training, lack of teamwork, lack of equipment, etc.)*

    *Meeting specifics:*
- Purpose of visit
    - Introductions
    - AOS Discussion
        - Top 3 / Bottom 3
- Leadership role
    - Ownership
- Open discussion of facility issues (Regional and MM level manager leave at this point)

Note taker: the visiting MHRMs

Equipment:
- Markers

Case 4:11-cv-00094-BO    Document 97-18    Filed 08/28/13    Page 12 of 21

Confidential    WMT 03386



- Flip Chart
- Easel
- Masking Tape
- 3x5 business cards
- Associate issue log

Management Communication Meeting (Preparedly off-site)
The MHRM and MM will lend encouragement to the management team to promote the sharing of information with one another. They are also there to help them realize that true communication takes time, and insure that they do not ignore or down play the small issues.

The MM is also present to facilitate the business needs.
- Equipment
- Merchandise
- Store Traits
- Identify Training needs, etc...
Lastly, MM is present to determine the composition of the facility management team.

The People Team consisting of the RHRD and Labor Managers are present to:
1. Identify and assist with people issues.
2. Educate, support consistency and to motivate the management team.
3. Identify possible early warning signs of union activity and be a resource for the management team.

The Asset Protection Team is present to identify security issues and other Loss Prevention opportunities.

The Market Human Resource Manager from different markets will be trained to listen and learn and identify issues that may be taking place in their market and to utilize Best Practices in their own markets.

Lunch

Entire Management Team: Develop plan of action, based off of the weekly activities – the management team will use the S.M.A.R.T model as a tool to develop their store plan.
(*Store Manager from the other Red store should develop a plan of action for their store based on learning's from the week*)

Confidential                WMT 03387

# Facility Assessment Guidelines

**Schedules printed centralized and secured**

Verify that there are no handwritten schedules in the specialty and fresh areas. All schedules are to be centrally located and secured behind plexy glass. Interview 5 professional services /fresh associates to determine where they go to find out what times they work.

**Top three grass root issues resolved and communicated to associates**

Verify the top 3 grass root issues are posted with an action plan in place. Interview 5 associates to find out if they know what the top three grass root issues are and if they have been resolved and communicated to associates.

**Job posting utilized correctly for all areas of the store**

IS Career Preference being followed properly? Verify procedures on recently promoted hourly supervisory, lead positions, promotional, and administrative positions. Interview 5 associates to determine if the system is utilized consistently and correctly? Are all job announcements coordinated through the Personnel Manager? Ask professional services managers.

**All evaluations on time**

Review the Store Managers Recap report and assess. Review 10 of the most recent completed evaluations.

**Are Hourly Supervisors Following Company Guidelines**

Are hourly supervisors participating in interviews, evaluations, commendations, coaching's, exit interviews as directed by the Company? Are hourly supervisors signing evaluations, coaching's, and exit interviews? Review a random sample of 15 files (Div 1) or 30 files (Supercenter) and look for documentation to support if the hourly supervisor is performing their role. Interview at least 5 hourly supervisors to determine if they are participating in their role.

**Hourly Supervisor's labor trained**

Verify by documentation or interview with Facility Manager, MM, or DO. Additionally, visit with 5 department managers about their knowledge of their labor training session.

**Active Sponsor Program**

Identify who are the sponsors. Visit with each associate who are sponsors to see if they are highly involved in the process. Has each on the associates acting as a sponsor completed the sponsor training?  Are professional services and fresh area applicants on-boarding with sponsors?

**The video, "Wal-Mart: A Workplace That Works", shown by SM or Co Mgr**

Interview 5 new associates that attended different orientation classes. Do they recall viewing the video and the information that it contained?

**My$hare and Open Door posters**

Review the posters to make sure they are current and posted properly. Does management talk about the Quarterly My$hare bonus and Open Door?

**The Lounge/Restrooms clean and in good repair**

Walk the associate lounge and restrooms and look for cleanliness and make sure equipment is in good repair. (I.e. tables, chairs, floors, refrigerator, and vending machines are operable). Visit with associates that are on breaks and lunches to determine if the lounge and restrooms are always clean and in good repair.

Confidential

WMT 03388

**The Facility Manager involved in all departments**

CBWA with 10 associates in professional services, fresh areas, and TLE if applicable and see if the facility manager is involved. (Just walking by and saying "Hi" is not involved).

**Management utilizing Customer Service Scheduling (Check Front-end Scorecard)**

Review with 3 members of management that Customer Service Scheduling is being utilized and associate schedules are posted 3 weeks in advance. Review if times are changed after the schedule is posted that the associate and management are initialing properly and if changes three days or greater of updated in the system. Is the facility utilizing PNA correctly?

**The Solicitation policy being followed consistently**

Review the community calendar for charity names properly posted. Are the charities properly completing the application form and returning it to the facility? Do we make all charities give us 3 days advance notice for events? Do we have any indication of solicitation in the back hallway or on bulletin boards?

**"Solicitation" signs on appropriate entrances**

Review the front doors, Garden Center and TLE doors if applicable. Additionally, review all doors leading to receiving and verify they have an "Associate Only Beyond this Point" type sign posted appropriately.

**Review application of associates with less than 90 days**

Pull and review 5 recently hired associates files. Review the employment history on the application and additional sheets and look for gaps of employment, large decrease in wages, traveling a great distance, or working unusual shifts.

**Reference checks complete**

Complete with application review. Pull and review 5 recently hired associates files. Review that at least two thorough reference checks were completed on each associate and what were the reasons they left last employer.

**Confidential Documents Secure**

Review the personnel and training office, ad office, management office, filing cabinets, bulletin board(s) near the time clock, and look for any document that has the full name of an associate or other personal information that is **not properly secured**.

**Store Meetings held for all shifts**

Visit with five associates that work different shifts and the weekend and ask if they consistently have associate meetings everyday and all shifts. Visit with one associate from each of the specialty and production areas and ask if an associate from their area is attending the meetings and are store meetings held in their area. Ask what the topic of the last meeting attended was.

**SM conducting the final approval on all potential job offers**

Visit with 5 newly hired associates to ensure which salaried manager conducted the final interview and made the job offer contingent on passing the drug screening and background check (if applicable). Confirm the process used by the personnel office to inform the SM of potential job offers for final approval.

**New Hire On-Boarding process in place**

Visit 5 newly hired associates to ensure that they are attending their scheduled on-boarding training and the appropriate information is being covered and explained to the associates.

**Facility Retention Plans**

What is the facility's retention plans? Check turnover and where are the issues.

**Associates / Assistant Manager Repose**

Visit with 10 associates from different areas of the facility, including professional services, to see if they know who their assistant manager is and if they feel comfortable talking to them.

Confidential

WMT 03389

### "Open Door Policy"

Visit with 15 associates from different areas of the facility to see if they know what the "Open Door Policy" is, and if they believe that it works. Other questions may include: "Tell me about a time when the Open Door worked for you or an associate you know." "Do you feel comfortable going to your Manager with issues?"

### Management practicing CBWA

Visit with 10 associates. See if they can identify the top 3 grass root issues, and the resolution of the issues. Other questions may include: Have the grass root issues or resolutions been communicated to associates? Does management respond to associates in a timely manner when dealing with issues?

### Facility utilizing Attendance Tracking

Use the last 3 months and type in 5 different associates SS# and verify if the facility is properly utilizing the report.

### Breaks and Lunches on time

Visit with 10 associates, and include cashiers, fresh and professional services areas of the facility. Ask if they have been receiving their breaks and lunches on time.

### Equipment functioning properly in all areas

Visit with the management team and department managers and discuss if any equipment that is essential to their operation is operating properly. (Specialty depts., receiving equipment, pallet jacks, telxons, ladders, printers, FTD deactivator, compactor, baler, and Walker Stacker). Make a list of inoperable equipment, but do not promise anything. The list will be sent for proper approval process.

### Recognition programs in place for the total store

Verify the store has the recognition programs in place. List out all programs consistently followed:

_____
_____
_____

### Personnel Manager utilizing the People P&L

Does the personnel manager know how to print and use the report to assist with their job? Visit with the personnel manager about what they utilize off the report and how it helps in their job?

### Management following the Sundown Rule

Visit with 5 associates and if they understand the Sundown rule ask them if they feel management follows it on a consistent basis. What is the perception?

### Stock Participation

Review the People P&L to see the percentage of participation. What is the percent of stock participation for the store?

### Bulletin Boards pertain to Wal-Mart Stores, Inc

Review all Bulletin Boards and make sure all information on each board is pertaining to Wal-Mart Stores, Inc. Ask the store to take down anything that is in violation of the Company's solicitation policy.

### Sponsor Committee in place

Identify the associates that are on the sponsor committee. Visit with each associate on the sponsor committee and see if the program is in place and if it is effective. Can they explain, "Show Me the Wal-Mart Way?" Visit with 5 new associates and determine whether or not a sponsor program is in place and is it beneficial.

Confidential

### 10' Rule alive and well

Visit with 5 associates and ask them if management looks them in the eye and speaks when they pass by them.

### Management touring professional services & all areas of the facility

Visit with the hourly supervisors in all areas of the facility. Ask to see their tour notes for that week. See if they are detailed and specific. How often does management tour in their area? How much direction do they receive?

### Market Team involved in the facility

Visit with 5 associates, including hourly supervisors, and management team to determine if the Market Team is involved in the facility. Does the Market Team tour with the management team and hourly supervisors?

## MM / MHRM

- Mobilize Engagement Team to conduct Store visit
- Conference w/ Store Mgrs from Visiting Store's to advise of Red Store visit
- Meet w/ visiting Management Team (pre-mid-post)
- Host Daily Meetings @ Store on day of RSV to update Associates on activities of visit
- Hold off-site meetings w/
  - Dept Mgrs
  - Asst Mgrs
  - Co-Mgrs
  - Store Mgr
- Facilitate Action Planning session w/ Store Mgmt Team

## VISITING MANAGEMENT TEAM

- Attend daily meetings
- Conduct CBWA (1:1 & group, where applicable)
- Touch every Associate in store on all 3 shifts
- Capture Associate input on index cards

## STORE MANAGEMENT TEAM

- Revitalize Associate Lounge / Backroom Hallway
  - Repaint?
  - Clean & organize
  - Replace equipment (if necessary)
  - Add accessories (flowers, tablecloths, posters, pictures)
- Meet to review and discuss Associate feedback
- Develop individual SMART action plans
  - Key areas of focus
  - Action steps( to do's –what-when-how)
  - Outline - stop, start, continue activities

## MARKET ADMINISTRATIVE / LOGISTICS TEAM

- Oversee CBWA rotation
- Collect index cards & collate data by category
- Compile master list of items that require follow-up
- Re-direct Managers when additional information is necessary
- Retrieve information from Suggestion Box – Prepare report
- Provide MM / MHRM w/ regular updates

Confidential
WMT 03392

# MARKET 486
## RED STORE VISIT
### 2000
### Wednesday AGENDA

| SCHEDULE | ITEM | AUDIENCE | |
|---|---|---|---|
| 2:00pm-3:00pm | Pre-Meeting at the store | Visiting Store Mgrs Market Team | Adoncia/Marie Eric/Tracey |
| 3:00 – 7:15 pm | Operations checklist | Visiting Store Mgrs Co/Mgrs | MHRM/Market Team |
| 3:00pm – 9:00pm | CBWA Rotation 1:1 w/ Operations areas 1:1 w/ Store Mgmt Team | Store Associates; Personnel, Claims, UPC Store Mgr & Co-Mgrs | Visiting Store Mgrs; Market Team |
| 9:00 – 10:00 pm | Debrief- CBWA feedback | Visiting Store Mgrs Co/Mgrs | Adoncia/Marie Eric/ Tracey |
| 10 – 10:15 pm | 3rd Shift Meeting | All Associates | MM / SM |
| 10 – 11:30 pm | 3rd Shift CBWA | 3rd Shift Associates | Visiting Store Mgrs /Co Mgr/ Market Team |
| | | | |
| | | | |
| | | | |

Confidential

WMT 03393

## Thursday AGENDA

| SCHEDULE | ITEM | AUDIENCE | |
|---|---|---|---|
| 7:30 - 8 am | Pre-Meeting | Visiting Store Mgrs Market Team | Adoncia/Marie Eric/Tracey |
| 8:00 – 8:15 am | Morning Meeting | All Associates | MM / SM |
| 8:30am – 4:00pm | CBWA Rotation<br><br>1:1 w/ Operations areas<br>1:1 w/ Store Mgmt Team | Store Associates;<br><br>Personnel, Claims, UPC Store Mgr & Co-Mgrs | Visiting Store Mgrs; Market Team |
| 8:45 – 10:45 am | Hourly Supervisor's Meeting | Dept Mgrs; CSM's; Team Leads | Adoncia/Marie Eric/Tracey |
| 10:45am – 1:45pm | 1:1 w/ Salaried Mgrs | Asst Mgrs; APC Professional Service Managers | Adoncia/Marie Eric/Tracey |
| 2:30pm – 4pm | 1:1 w/ Store Mgmt | Store Mgr; Co-Mgr | Adoncia/Marie Eric/Tracey |
| 3-3:15 pm | Afternoon Meeting | All Associates | SM / Visiting Managers |
| 4pm – 6pm | Debrief – CBWA Feedback (Dinner included) | Market Team; Visiting Store Mgrs; | Adoncia/Marie Eric/Tracey |
| 6-8 pm | Action Planning Session | Store Mgmt Team | Adoncia/Marie Eric/Tracey |
| | | | |
| | | | |

## Friday Agenda

| | | | |
|---|---|---|---|
| 8 – 9:00 am | Action Planning finalization | Store Mgmt Team | Adoncia/Marie Eric/Tracey |
| 9:00am-11am | Presentation of Action Plan | Market Team; Visiting Store Managers Eric/Tracey | Store Management Team |
| 11am-12pm | Wrap up | Store Mgmt Team | MM/MHRM Market Team Adoncia/ Marie |

Confidential

WMT 03394

MARKET 486
RED STORE ENGAGEMENT TEAMS

| DATE | 8/19 | 8/20 |
|---|---|---|
| STORE | 2000 | 2000 |
| MARKET TEAM | All Market Team | All Market Teams |
| STORE MANAGERS | 3 Store Managers | 3 Store Managers |
| CO-MANAGERS | 3 Co Managers | 3 Co Managers |
| ASST MANAGERS | 3 Assistant Managers | 3 Assistant Managers |

Confidential

WMT 03395