**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**

Civil Action No. 4:11-CV-00094-BO

| | |
|---|---|
| BRUCE BANNISTER; MAX DUTTON; and MARION TOWLES; | |
| Towles, | **APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING MAX DUTTON'S CLAIMS** |
| vs. | |
| WAL-MART STORES EAST, L.P., | |
| Defendant. | |

**G-3**

**Declaration of Adoncia Span Exhibit 3**
Email from M. DeBarros attaching Store 2000 Red Store Visit Concerns (8/24/2009)

| From: | Marie Debarros [/O=WAL-MART/OU=HOMEOFFICE/CN=RECIPIENTS/CN=F9A0A1CD5AB011D5B13C002035673F01] |
|---|---|
| Sent: | 8/24/2009 8:47:38 PM |
| To: | Noah Johnson [noah.johnson@wal-mart.com]; Melody Fogarty [melody.fogarty@wal-mart.com] |
| CC: | Adoncia Spann [adoncia.spann@wal-mart.com]; Marie Debarros [alta.de_barros@wal-mart.com] |
| Subject: | Store 2000 Red Store Visit Information |
| Attachments: | Debbie in Personnel.pdf; Diana Harris concerns.pdf; Max Dutton concerns.pdf; Statements on investigations store 2000.pdf; Draft of AOS plan for 2000.pdf |

Hello,
I am going to give a bullet point debrief for the concerns uncovered at the facility. I will include attachments of statements and the facility assessment done for your review. I will answer any questions as they come up or if you have anything more needed from me just let me know.


Debbie in
Personnel.pdf


Diana Harris
concerns.pdf


Max Dutton
concerns.pdf


Statements on
investigations st...


Draft of AOS plan
for 2000.pdf

Marie in Accounting
Needs a new Teller mate

Mark in Receiving
Needs air conditioner fixed, too hot.

Tina 3rd shift
Knows the open door does not work, what ever is said gets back to other associates.
Management has favorites.
She was told by the store manager that "She was not the right fit for a department manager position due to her being a female".
Store Manager will not listen to 3rd Shift issues because He said "all they do is complain".
Management is divided as a team, everyone talks about everyone else.
3rd shift does not get the same communication as 1st and 2nd shift. They don't have meetings just give out direction.
Says she is not comfortable talking to any of the managers
Managers never do CBWA.

Bob in Dept. 9
Too many import merchandise.
Buyers need to come to the store and get traiting right for them.

Barry Department Manager 4/13
Will not use the open door because it will not fix the issues.
Doesn't know his asst. manager
Management is not touring and giving input or notes.

Erica in Jewelry
Needs to fill shifts but told she cannot. Needs a second shift person and is told she can't have.
Management not touring

Associate Jeff
Says he has applied for department manager position several times and has not gotten. Has not ever been talked to about why.

John 2nd shift associate
Says Management does not listen when has a concern.

Ann In Toys
Does not know the Market Team, would know if she saw as she has seen their pictures but not ever met in person.

Confidential

WMT 07782

Stacy on ICS
Does not know MKT Team.

Perry in L&G
Was interviewed for the department MGR position, did not get but no one ever got with him to say why.

Vivian  Cashier
Drives 45 minutes to work and only scheduled 4 hours.

Harry the People greeter
PT status working FT hours.

Cheryl Dept  mgr D9
Wrong traits in department HO not listening to needs.
Printer in dept broken

Pat dept mgr 27-31
Staffing an issue

Mark ?
Open door does not work
Felt he was passed over for a position, that he worked in for 5 weeks. The position was given to Shirley an Office associate. Stanley wouldn't work with her so they moved Stanley to overnight and put Mark in his position. Req is still pending.
Does not believe promotion process is fair, believes decisions are made in advance. Preselection is the rule.

Katrina in D-16
Open door does not work.
Schedules an issue
Changing schedules and no coverage an issue
Don't know who asst. manager is and they do not use the sundown rule.

Mills
The air cond. Needs to be fixed
Telxons way too old and not effective anymore
Associates need to be replaced that got promoted.

David in electronics
Only goes to Max with an open door
Calvin is the only Market team member that he knows.
Asst mgr Chris talks down to him

Connie O/N foods
Does not trust Clay
Promotions are not done fairly
Has been told by Max that she will not be promoted because "He can't replace her as a stocker"
When Connie went to Clay about her concerns in the department, Clay told her that he runs 3rd shift not her and she didn't have the right to ask another associate why they didn't stock.

Janet O/N Stocker
No confidentiality refuses to use the open door. Asst. Debbie has told her business in the past.
Has called ethics line before. Feels entire management team is ineffective.
Refuses to use the open door with Max fear of being belittled or called a kindergartner or a gossiper.
Feels that every promotion is planned and that Max has an agenda already in place when selecting.
Feels overnight is overlooked by management and Market team.
Max only meets with them on Sat. Morning not during shift so he doesn't have to deal with their opinions.
Managers Clay and Debbie show favoritism.
Believes Max plays too many games with assoc. on days causing Morale issues.

Teresa in Invoice
Need more directs people in the summer

Confidential                                                                                    WMT 07783

Asst. mgrs need more training.
Short in management. 3 members of management Feb to May.
Market team not effective at all.
Need to be able to hire when needed.
Adversarial relationship between store mgmt and market team.
Market manager does not care makes you feel very devalued.
Debbie B. defiant, troublemaker, not a team player
Scorecards Roll and stick loosing focus on what's important.

Rafael CSM
Need more cashiers.
Department managers will not respond when busy.
15 year CSM never scheduled nights. She has stated that store manager Max has approved that schedule for her.
Claims Eric and Clayton play cards on the clock and says this is time theft.

Debbie in Personnel
Promotions are done unfairly. People are preselected.
Debbie was told by Max, "the reason for this audit was because Tracey and Dawanna completed the investigation incorrectly and would be terminated" so she needed to make sure she said positive things about the store.
Feels Max is upset with the Market Team because he can't control them. Max Blames the Market Team for everything in front of the Associates.
Associates are scared for their jobs, Assistant managers are treated poorly, yelled at and stepped on, Has seen Max get in the face of an assistant manager and scream at them.
Max has said in front of Debbie and Theresa "Lets go and threaten some dept. manager some more".
There was an assistant manager that was so mistreated she walked out. Max drew pictures of her and made fun of her because she was a vegetarian. Max said She was doing too many drugs and drank all the time.
Max threatens assistant mangers and department managers that Eric is going to come in with his gun and the red dot target is going to be on their head.
Theresa Runs the store. She answers Max's email, holds keys to the store, influences decisions with Max, Management is not doing training plans, evals are late, not involved in CMW.
Max has said The market team is Lazy and stupid, we are not to take direction from them they don't have a clue as how to run the market. He has said this in front of Sammy and Theresa.
Max has told Debbie that there are people coming to his house and discussing business like who does not want him in the store….
Max does not do the final job offer in the store Sammy does.
Max controls who is hired and promoted.
The store is on the MAX and Theresa programs not wal-marts program and policies.
When the store participated in the March of Dimes or relay for life Max had the associates passing out cuzie cups with Vote for max Dutton for commissioner of Dare county.
Debbie says Max ask Melissa from Coppertone for a donation for CMN. Because Melissa ask Debbie How much she should ask for from her boss. Debbie said she didn't know and wanted nothing to do with it. She went to Max and Coppertone sent a check.
Art Glidden comes into the wal-mart store to do fund raising for CMN.
Theresa in invoice made up her own business cards to help with vendors to get donations.
Theresa has done commissioner work for Max. Theresa just runs the whole store.
Everyone has to cut their OT but Theresa.
Shirley C. in DSD works whatever she wants too per Max. Shirley covers Theresa's office so she can do work for Max.
Max said he needed to train Eric Litchfield as he knows nothing about being a MM.
Max would rather use OT than hire correctly.
Max and Sammy have stood at the front of the store and saluted one another, Making fun of Eric the new MM.
Morning meetings can take from 30 min. to an hour and a half. You ask Max a question he does not know how to fix anything.
Theresa said if she ever had to work with Tracey Battle she would quit because she cant stand her.

Customer Mrs. Turner came in on 8/19 to site to store and wanted a refund on an item that was in transit to the store. Max told Tracy Helton to take care of it and Tracy wouldn't due to not being procedure. Max took the customers information and she believes he did it anyway.
Max told Debbie that Turner in Greeneville store called him and said that he was getting a code red investigation.

Diane IN Department 34
Overheard Max and Theresa soliciting Vendors for donations to CMN over the phone, asking for money. She believes this is an ethics issue.

Confidential
WMT 07784

Very fearful of retaliation.
I have included the rest of Diane's issues in the attachment, included.


A. Marie De Barros
Market Human Resource Manager
Market 125
Phone: 843-267-0542
Office: 843-215-3688

Confidential

page 1

2/20/09 - Max is very Reff on Dept Mgrs. He spends his
time w/ Theresa S. He is hardly here anymore +
when he is, He just verbally beats everyone up.

2/21/09 Tonya Moore (Ast Mgr) walks out. Due to
continue Harrasment to her from Max. He
jokes her, + draws pictures of her w/ notes
on it. He tells her, her work's not good enough.
When she walked out, Max sent me
+ Theresa S to Tonya's house to try tell her to
come back / before 12 noon. She said, she
had enough of him. When we got back
We told Max she said No, He said
Good, only the Strong surview.

2/25/09 Tonya M. came to see sell us. She
knew Max, was not here.
While Tonya was here. Jacquline A. told as
how Max, sent someone to her hous to fie her.

3/4/09 I ask Sammy to do his Eval, Get Shelby done.
They went til last Minute to do anything or
put it off on Someone else.

Confidential    WMT 07786

3/5/09 Carrie Buxton (CSM) talked to Max today. Said she was surprised Inya wasn't with us. Max told Carrie, he wasn't surprised at all.

3/6/09 Theresa S- sets in on Conf Calls w/ Max + Sammy—
Evelyn cuts OT/ARS except Theresa S, she works when she wants to.

3/7/09, Found, Debbie B. (Act mg) crying today w/ Kim Grand, + Sammy told me, Max is on a Roll again.

3/10/09 Max told me in front of Sammy + Guy Taylor: about hiring exchange students, he does that + Creates those problems not me.

3/10/09 Assoc. James Nylander: worked on the FE as a Greeter PT/ He excepted a PT/Job in elec. to get off the FE. He was told in full about his benefits + Vac time ect. He would loose that. James Went to Max of. Max tried to get Tony + I to give him his Vac hrs anyway after checking w/ Pay Rd. about it. Max thusted me with this for months.

Confidential
WMT 07787

3/10/09 — Max wants CSM's to do scheduling & do all the hereing for TL. I informed then they can not do this. And Max told the CSM's not to listen to me. Just do as he says.

3/11/09 — Diane Harris come to me about Terry C. (CSM) attacking Maxine, I talked to Max, But Max lets Terry change schedules and do as she pleases.

3-12-09 — Received a phone call from Matthew C. (O/N) while he was working another store. Some Max, got all over Debbie B. Debbie B. deeps upset, because Max treats her like he does. (He has a problem working w/ women + black people)

3-13-09 — Theresa S. gives Max a Surprise Birthday Party @ work. All Assoc. Was very upset + Max didn't even share w/ them. He stayed in his office

Confidential
WMT 07788

Max left early. Left Theresa S in charge-
(again) She is only (Invoice Clerk) She
carry Keys to everything a uses Max's
sign on for everything.

3-16 Marie Fog. in Acct: said I like Max
But, sure does not treat the Asst Mgrs
right especially the women.
Asst. Mgr Clay: thinks Max is losing it.

3-17 Shirley doing Theresa Job, So Theresa Can
do Max's Job. Assoc. don't like it.

3-18 Max started on me again today, about
James Nyfunder, that he was going to have 60
Minutes in this store, + Max was on his
side. We need to pay him is Var time. I
said, No. If you wait it, You do it.

3-20 - Max + Theresa on Cond Call together

3-21- Max tried, to get Tony Taylor, to Key in
James Nyfunders time (Vac) I
talked him out of it.

3-24 Remodel - Max, had Georgia from Remodex
ran off - He is So mean. To her + Lisa.

Confidential
Case 4:11-cv-00094-BO   Document 97-19   Filed 08/28/13   Page 9 of 98
WMT 07789

3/26 Mae, Theresa Samay @ Subway 8 Am
Mae + Theresa talking about how woke Tracy B
is Hm, She also started on me about
James Nylander again

4-1-09 Mae up tight again.

4-2-09 Kim G + I talked to Teresa Chapple about
Mae threating Dept Mgrs in morning meeting
w/ their Jobs

4-4-09 I was in my office + a cust. called
Mae about Cust Service, it took the
call in my office + hung up the phone
+ Said, "Slut Bitch".
Samay was working on batteries outside my
office + Mae told him about it, he said
that woner goes to your church Samay

4-6-09 Samay running scared, O. Its a shme to
come to work + get threatened every day.

4-7-09 Don A. came to me about Mae,
being mean in Am meeting Again

Confidential
WMT 07790

4-10 - Max + Theresa S - Says Eric L. is going to fire Calvin - Tracy, Dawana + Willie B because their a large bunch of people.

4-10 - Robert Diaz/Diane crying in my office over treatment frm Max

4-11 - New Ast. Tracy Helton starts today-

4-21-09 Max was upset w/ me again because I told CSM's they couldn't do hiring. Only intercviews
Max was upset w/ Sammy because Max left, + Sammy told Eric L. he didn't no where Max was.

4-22-09 Max Told us Eric L. approved us to give Naomi Baily 300.⁰⁰ Advance on her check to help her, not loose her home. We had a cook-out for her, but she didn't get the $.

4-24-09 Hire: PSD - Mark S.
Dept 46 - Ann MCL - Caly Falls
Toys

4-25-09 - PSD - Was changed again to Shirly C. by Max + Theresa S.

Confidential

4-28 - Theras in Max Office Most of the day

5-18 - Max called me to Subway for a meeting
in Ref. to Tracy B. - Email. He said, I
was rubbing elbows w/ Tracy B.
Max told Sammy in front of me. That Turner
in Greenville said, Tracy B, don't do shit for
them. Theres S was there also, So where business.

4-20  Erie L. said, No OT/HRS.
Max said: He don't have him trained yet.
I had a meeting w/ Assoc today + sent
notes into My M.A.R.M.

4-21  Unbeatable Excellence! Max wanted me to
give us all yes's = I said No, I cannot do
that. He said, give me that sheet. I said No.

5-22  Debbie B - leaves crying again, because of Max
While in Subway; Max threw Dept was under
the bus, because they worked other dept + weren't
ready - because of him.
Several Assoc come to me again today
Max let them have it again today + me
to because I wouldn't Cheat on My paper.

Confidential

WMT 07792

5-27- Max said to me, Tracy B. sent me some E-mails about "At mgrs. Is she on drugs? (Tracy Helton sitting next to me)

5-29  I talked w/ David Eaoles, and said I was sorry, he heard Max chew me out, because I wouldn't cheat, or unbealable wadline for her. David Said, "Mess Debbie, you did the right things, Don't wory. It ok" Max Said, I wasn't part of the team 2000.

6-1-09  I found more time adjustments on the archives where Theresa S. fixed her ts. w/ Max's Sign on.

6-4-09 = Aetorney Grahams Office, Law Suit Sammy 11:30 - Max @ 12  Theresa 1230 Debbie 1's @ 1 = Theresa + I left Store @ 12:20 and got to office + they cancelled I came back to Store + So did Sammy + Theresa + Max came back after 2pm

6-8-  Max threatens Dpt Mgrs again w/ Jobs.

6-10  Nus Ast Mgr. Tracy H. wants to transf - from our store because of Max

6-10   Dept Mgr - elec. - Crying because of Max.
She's going to loose her job.

6-14   Art Sheldon - fund raising inside Store

Beach Days = Eric said One day
Max took 3 days.

6-12   Theresa S - Called me on Salesfloor
& said. I told you not to talk w/ me
Kim Grant, and now I'm going to
beat her ass. (Visit from Tracy B & Dawana
due)

6=15   Max - ask Marie in Acct about the
Visit - (investation)

6-18 = Max ask me to clock-in Richard
Helmke - (Him not there) So Max could
do his CBL 3 - & give Max - Richard's password

6-25 - Max said - Marie in Acct & me where
trying to get him fired
6-30 - Max, made statement that Eric (MM) is
setting Max up for failure.

Confidential                                                                WMT 07794

7-6-09 May – was in my office and he got mad @ me because I didn't answer him, he slammed my office door. Because of investigation about Art Gladden, fund raising in our store. Because L.P called + talked w/ Ant because of a Raffle they had in the store + Ants-help won it, but she didn't buy a ticket.

7-17-09 Tracy H. is out w/ shingles w/ Dr's note and May stopped me in Ustable on my way to work + said, nothing wrong with her, that Va B. My. called him + Thank him for taking Tracy H. off their hands, that this week is her toe, next week will be her finger - told she's out more than in.

7-28= I had a light stroke @ work due to stress, Im better now. I recived no call from Mix. @ all. But, Tracy H/ Tracy B Kim G. Deonoth called me. to check on me.

8-4 I told May, about my retention boxes + I would need a couple people to help on left boxes + He said we will do them out @ the trucks next week

Confidential
WMT 07795



8-4- We get a crew togetto:

8-8- I ask Sammy - to bring me, My boxes for
Retention, So I could get them done. They
have to be finished by 8-12-09 for P/4
Sammy had Jack to get My boxes
+ bring inside its 98° on there (outside)
Max came down the hall, and put his
hands on his hips + yelled @ me,
Dedn't I tell you, that we would put a
few together + do thes next week, and if you
need a lawn chair + a iced tea we will
get you one.
I said, Sorry Max, it suppose to be in
the 100° all week, I have no choice but to do
them this way.
Also Tracy Bolle, gave Me permission to bring
them inside + do them, not only it is hot
out there in those tailers, but theres snakes
out there also.

**Unbeatable Excellence**

# 9 People – SC/WM/NHM

1. Is the Front End Schedule for planned hours at or above 90% last week? **Benchmark- Review Front End Scorecard.** Enter Score _76%_  — Y (N)

2. Is the Accounting Office Schedule for planned hours at or above 90% last week? **Benchmark- Review Accounting Scorecard.** Enter Score _89%_  — Y (N)

3. Is the Stocker Schedule Actual to Planned hours at or above 90% last week? **Benchmark- Review Backroom Scorecard.** Enter Score _76%_  — Y (N)

4. Is the Store adhering to the Company Dress Code? **Benchmark-WIRE-Market Team Key Resources/Corp Policy/PD-15 Dress Code Policy.** — (Y) ●

5. Is the AOS Action Plan posted & is progress being made on the "Take Action Areas" identified during AOS? **Benchmark- Interview associates for knowledge of key "Take Action Areas", Review Grass Roots Action Plan.** — (Y) N

6. _Tonya – Diane – Joan – Linda F – Berry – Jacqalene_
Is the Associate Lounge, refrigerators, microwaves, clean and appealing? **Benchmark- Inspect Lounge for cleanliness. Ensure light bulbs have been removed from all Soda/Vending machines inside the store.** _Sammy Hed then cleaned on Monday_  — Y (N)

7. Is the "Open Door" Poster located in the lounge and up to date? **Benchmark- Poster should be located in lounge. Ensure all contact information is current and accurate.** — (Y) N

8. Are all Federal & State Employment Posters up to date? **Benchmark-Go to WIRE/Work/Compliance/Employment Compliance/Federal & Company required Posters.** — (Y) N

9. Does the Store Manager conduct required meetings? **Benchmark- Daily meetings for all shifts. Ensure TLE, RX and Optical are included. Overnight meetings must be held. Manager to work overnight once monthly. Interview associates to verify.** — Y (N) 2nd shift

10. Does Management utilize Management Routines daily to plan daily meetings, touring, and administrative work? **Benchmark- WIRE – Customer Initiatives – Management Routines** — (Y) N

11. Do Associates understand their impact on MY$HARE? **Benchmark -Verify with 10 Associates.** _Penny, John, Joan, Dot, Marie, Mary, Beverly_ — (Y) N

12. _Maryne, Tammy R – Tonya C, Bern – Jaqaline_
Are new hire Associates receiving adequate training to successfully perform their job? **Benchmark- Review new hire training plans.** _Mary C, Dot, Mary A_ — (Y) N

13. Are New Associate Sponsors in place and providing support for New Hires? **Benchmark- Ask 5 most recent new hires for the name of their sponsor and level of involvement with their sponsor.** — (Y) N
_Mary C/Sp Beverly     Tammy R/Sp Debbie   very highly involved
Mary L/Sp Connie     Colby/Michelle P   Linda F/Terry_

Case 4:11-cv-00094-BO    Document 97-19    Filed 08/28/13    Page 17 of 98
Confidential                                                                      WMT 07797

14. Is the Unassigned Shift Report utilized in creating open requisitions? **Benchmark- Compare the Unassigned Shift Report from the store's SMART system with the Career Preference Report from the MRHM SharePoint site.**  (Y) N

15. Do current open position requisitions reflect the open to hire/staffing needs of the store? **Benchmark-Review HR Insight Report.**  (Y) N

16. Are Requisitions being worked in a timely manner? **Benchmark- Review the Career Preference Report from the MRHM SharePoint Site.**  (Y) N

17. Is the FT/PT Scheduling Exception Report reviewed before finalizing schedules? **Benchmark- Interview Manager and review FT/PT Exception Report from last week's schedule.**  (Y) N

18. Are PNA's properly utilized? **Benchmark- Review the posted schedule for PNA's. PNA's should have name of new hire written in red on schedule.**  (Y) N

19. Is the Store Manager reviewing the "Time Clock Punch Errors" (formerly "Daily Review of Punch Adjustments")? **Benchmark- Interview Store Manager and Personnel Manager for verification.** *Apt Saving when MRX Away*  (Y) N

20. Are associates only utilizing system generated schedules posted in a central location? **Benchmark- Interview associates in outlying service areas (TLE, Pharmacy, Garden Center, Optical etc) to ensure associates are not using handwritten schedules.**  (Y) N

21. Are ETA time off requests finalized for the next scheduled week by COB Friday? **Benchmark-Review the ETA's in the SMART system.**  (Y) N

22. Are all manual changes to finalized schedules noted in "Red" on the Schedule? **Benchmark- Inspect current posted schedules for "RED" ink, indicating changes have been made. Interview management, personnel and 5 associates to verify.**  Y (N)

Case 4:11-cv-00094-BO     Document 97-19     Filed 08/28/13     Page 18 of 98

Confidential                                                                 WMT 07798



Confidential

WMT 07799





Confidential

WMT 07801


Confidential
WMT 07802





Confidential

WMT 07804



Confidential

WMT 07805

Date: 8-21-09
Time: 9:00 am - 10:15 am
Location: store mangers office
Store: 2000
Associate: Diana Harris
Interviewer: Calvin Minnifield & Deborah

- Store manager will retaliate on associates if they spoke up about anything or about him.

- Told ASM Tonya I will see that you never work in this county again if she left

- Said that MM Eric has said he will come and fire the associates if there bins are not right.
- Max is threatening at every meeting.

- Teresa still carry keys for every thing in the store, every time he is told to take them away he gives them right by.

Fund raising

- They were trying to find ways raise money for CMN and Max said lets just call some of our vendors for donations.
- Jeff Files from Hunter/Island stuff distribution
- Coke would want more space in the store
- Diana did not want to call because she felt that it was wrong and against company policy
- Teresa the invoice associate said that I will call and did call Jeff files from Hunter distribution for Max to help with a donations for cmn

- Art a non associate. This is what Art told Diana one day while they were raising money. He asked how much do you thing we have she said about $500 and we to should call it a day. Art wanted to stay and raise more because Max promise him half of what they take in for CMN fund rising. The next day Max and ASM Sammy called her into the office and said that Art helps out a lot with rising money and that he called Wal-Mart legal and that they said it was ok to pay Art the money. He also said once they raise any money it was his money and he makes the choice of who get what and when.

- Some days Art would work from 7am until 2pm every day for the week trying to raise money

- There was a time when the store was trying to raise money with a 500 shopping card give away and Art's friend won.

- During his run for county commissioners the associates had to give out drink form cooler. With vote for max on them. They did not know that they ha to do that because they were there to support the store and not Max. They said that they did not get paid and was not on the clock.

- Invoice associate hold the morning meeting when max is not available and she sits beside him at every meeting.

Confidential

WMT 07806

- Max eats lunch with Teresa about every day at the store in Subway or away from the building. She said it still happens, but not as much senses Dawana and Tracey stated there investigation.

- Max knows when the market team and regional team check into a hotel or fly in the airport because he has them call him.
- He had the market team stopped once as a joke, but uses in to flex his power in the community

- The day we all arrived at the store manager max called all the dept mgr into the office by SWAS groups to talk about the top three issues from the AOS so they would know we if we asked questions. Before that they never had a meeting to talk about the top three issues in the store
- She also added once Eric was named our market manager, he and Sammy would tell the associates that we are all in the service now and are in a platoon and had salute.

Confidential                                                                    WMT 07807

Friday, Aug 21, 2009

1. In June of this year Max had me and Teresa Sharpetter in his office asking what we could do to raise money for CMN. He said with so little time left, that he would call our vendors and ask for donations. He ask for the phone number for Jeff Fiel- when I brought him the number he ask me to call. I told him if anyone was going to be fired it would not be me! Teresa Sharpetter said "give me the phone I will call" and she did

2. I organized a bake sale to benefit a family who's child had died of crib death. Art Glidden (a man in our community who does a lot of fund raising) spent the whole morning with me in the parking lot raising money. He ask how much we had raised and I told him about $500 - He said he wanted to stay longer because Max had promised him half of what we took in that day. I was so upset I left. When I came back to work on Mon. morning. Max + Sammy called me to the office closed the door and began telling me that

(1)

Confidential

WMT 07808

Date: 8-21-09
Time: 9:00 am - 10:15 am
Location: store mangers office
Store: 2000
Associate: Diana Harris
Interviewer: Calvin Minnifield & Deborah

- Store manager will retaliate on associates if they spoke up about anything or about him.

- Told ASM Tonya I will see that you never work in this county again if she left

- Said that MM Eric has said he will come and fire the associates if there bins are not right.
- Max is threatening at every meeting.

- Teresa still carry keys for every thing in the store, every time he is told to take them away he gives them right by.


Fund raising

- They were trying to find ways raise money for CMN and Max said lets just call some of our vendors for donations.
- Jeff Files from Hunter/island stuff distribution
- Coke would want more space in the store
- Diana did not want to call because she felt that it was wrong and against company policy
- Teresa the invoice associate said that I will call and did call Jeff files from Hunter distribution  for Max to help with a donations for cmn

- Art a non associate. This is what Art told Diana one day while they were raising money. He asked how much do you thing we have she said about $500 and we to should call it a day. Art wanted to stay and raise more because Max promise him half of what they take in for CMN fund rising. The next day Max and ASM Sammy called her into the office and said that Art helps out a lot with rising money and that he called Wal-Mart legal and that they said it was ok to pay Art the money. He also said once they raise any money it was his money and he makes the choice of who get what and when.

- Some days Art would work from 7am until 2pm every day for the week trying to raise money

- There was a time when the store was trying to raise money with a 500 shopping card give away and Art's friend won.

- During his run for county commissioners the associates had to give out drink form cooler. With vote for max on them. They did not know that they ha to do that because they were there to support the store and not Max. They said that they did not get paid and was not on the clock.

- Invoice associate hold the morning meeting when max is not available and she sits beside him at every meeting.

Confidential
WMT 07809

- Max eats lunch with Teresa about every day at the store in Subway or away from the building. She said it still happens, but not as much senses Dawana and Tracey stated there investigation.

- Max knows when the market team and regional team check into a hotel or fly in the airport because he has them call him.
- He had the market team stopped once as a joke, but uses in to flex his power in the community

- The day we all arrived at the store this week for the Red Store visit  Max called all the dept mgr into the office by SWAS groups to talk about the top three issues from the AOS so they would know we if we asked questions. Before that they never had a meeting to talk about the top three issues in the store
- She also added once Eric was named our market manager, Max and Sammy would tell the associates that we are all in the service now and are in a platoon and had salute.

Calvin Mansfield

Carla Mansfield          8-21-09

Deborah Boykin

Cherri B               8-21-09

Confidential

WMT 07810

## TEAM #2000

Debbie
Chris
Sammy
Tracy
Clay
Max

1. Cleaned Smoker Lounge
2. Painted Smoker Lounge
3. New Artwork Pictures
4. Replaced ceiling tile (purchased at Home Depot)
5. Completed Project

1. Breakroom Cleaned
2. Replaced 2 Microwaves
3. Cleaned refrigerators ( 3 A.M. signs refreshed)
4. Decorations – beach balls hanging from ceiling in our Beach Breakroom
5. Completed project (painting was just done)

1. Communications board for all shifts
2. Erasable boards
3. Home Depot (plywood 4' x 5' sheet)
4. Mount boards on plywoods
5. Mount holder for erasable pen, eraser and cleaner
6. Complete

Confidential

WMT 07811

# MANAGEMENT ROUTINE CHECKLIST

**Assistant Manager**_____          **Date**_____

- o  Drive entire parking lot and around the back of the store – ensure there are no opportunities and to good neighbor standards.
- o  Fire Arms Log complete and checked
- o  A.P.C. tapes changed (check doors and deactivators)
- o  Ensure all Department Managers have their routines 7 A.M. (walk for exception and perfection. Fix all opportunities quickly.
- o  Walk stockroom(s)! Start your day and night tours here. Stockroom must be perfectly IMS. Stockroom must be as clean or cleaner than salesfloor.
- o  CBWA at service desk with all management with Flash Sales and Manager's Recap. Notice any issues both of the reports and get resolved. Take time to practice CBWA with front end associates.
- o  Tour salesfloor for any exceptions (make notes) and fix quickly.
- o  Morning meeting/appreciate the successes and emphasize the importance of completing exceptions today. Talk about topic(s) that will engage our associates. Address any opportunities that come out of the meeting.
- o  Verify Accounting deposits.
- o  Check event calendar and e-mail.
- o  Check and execute playbooks. Research for any updates and react promptly.
- o  4 x 4 tour each department with that Department Manager
- o  All day long execute customer service. It's Contagious
- o  Inventory Management System 10 – 11 AM finalize counts 2 PM – 4 PM all exceptions 100% complete. All three shifts on program (2 PM- 4 PM) (8 – 9 PM) (2 – 3 AM) 6 AM
- o  Closing zoning list done by 12 Noon and communicated.

*The key to our success to our Management Routines is excellent communication between all members of management and associates.

MUST BE COMPLETED DAILY BY OPENING ASSISTANT MANAGER AND TURNED INTO STORE MANAGER. RETAINED IN THE MANAGERS OFFICE AS PART OF UNBEATBLE EXCELLENCE AND CUSTOMER INIATIVE ROUTINE.

Confidential

WMT 07812

# TRAINING TUESDAY

Please list below any classes that you would like to be taught. Whether it be something new or a refresh class.

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

We will be devising a schedule for training Tuesday and it will be posted.

Confidential

## Team #2000 Staffing Needs

| Month | Needs |
|-------|-------|
| January | 0 |
| February | 0 |
| March | 10 |
| April | 10 |
| May | 10 |
| June | 15 |
| July | 5 |
| August | 0 |
| September | 0 |
| October | 10 |
| November | 5 |
| December | 0 |

These would be temporary associates and J1 visa or part-time.
We have experienced our J1 visa students sometimes do not arrive till the middle of June so that number could be higher.

Confidential
WMT 07814

July 14, 2009

Art,

After contemplating and re-reading my statement of earlier today, I have had a chance to really put my thoughts together. Your visit came as a surprise and even though the events in my statement are true, I would like to opportunity to thoughtfully add more comments.

As you know, funding raising through Wal-Mart for Children's Miracle Network (CMN), more specifically the Children's Hospital of the Kings Daughter (CHKD), is a belief of Sam Walton and his family. Wal-mart is committed to this endeavor.

For the past eleven years, Art Glidden has been involved in CMN fundriasers periodically throughout our community. My past district managers and/or market managers knew Art to be a fine citizen donating his time to help the CHKD. When not involved with CMN, he is involved with the fire department and other community organizations raising money for the Joy Fund. The Joy Fund is a community organization which helps needy children and families. He has received the Governor's Award for volunteerism in NC. Art was persistent in his requests to volunteer at the store to raise money for CMN. He has recently been discharged from the local nursing home and wanted to get back involved.

In an earlier email followed by a conference call, each store was directed to raise $7,500.00 for CMN. I don't recall the date of this email and conference call, but can find it if so desired. We were told to "do whatever it takes, be creative." Our store participated in many events such as beach beach up day asking associates to donate $5.00, I was asked to donate $20.00, bake sales, cookouts, donation raffles, and asking customers at the register for donations, plus many, many other events. During a morning meeting, the associates asked if they could put up a sign asking the truck drivers or anyone coming in the back if they would be willing to donate to CMN. Charlie Lipsey from George Marshall and Associates (a local vendor) was in the store and put money in our incubator for CMN. He mentioned to some associates and myself that his son had a brain tumor when he was an infant and how the children's hospital had helped him and his family. He said he "felt compelled to do more" and sent the store a check in the amount of $500.00 made out to CMN to be placed in the incubator. I have his contact information for you to verify if necessary.

Other vendors, seeing what we were doing raising money for CMN, wanted to get involved. For example, Coppertone and Frito Lay both expressed their interest in donating to this cause. We discouraged these donations from vendors due to the possibility of it being deemed incorrect and looking at it as being a forced donation to benefit the vendor. Charlie Lipsey had a personal experience and was making the donation as a heartfelt, genuine contribution.

If you have any questions or concerns regarding my involvement with Wal-mart or fundraising for CMN, please know that you can contact me at any time.
Thank you,

Max Dutton
252-261-6601 (Store)
252-216-6686 (Cell)
252-441-5119 (Home)
mrdutto.2000@wwalmart.com
maxd@darene.com

Confidential

WMT 07815

Discussion with Eric:

- I have been under-staffed in Management since February, 2009.
- Asked repeatedly for assistance from Tracey, but she totally ignores me.
- I qualify for a Co-Manager and Carla Hurdle is a strong Co-Manager now at Store 3219. She needs to get back to North Carolina for personal reasons. She is willing to come as an Assistant, but with her current status, she would make an Outstanding choice for this store.
- With her addition, I would only take on Chris as a Trainee which is where he will be once he is completed with the class.
- I need a strong, competent, knowledgeable Assistant or Co-Manager who can assist me in getting the store operating per scorecard standards and to staff my Management team correctly and assign areas as needed. Then I can have accountability for all areas of the store.
- I have asked for requisitions to be opened by Tracey and she will not respond either favorably or unfavorably to my requests.
- This is my "Christmas season" and I need to have the proper coverage for the entire store including my Management team.
- I want all of my scorecards to improve and with the dedication from an individual such as Carla would enhance this tremendously.

Confidential

WMT 07816

**Equipment opportunities**
**8/20/09**

- Bike Tool Box (Harry) (We currently have a toolbox but will examine the need of having another toolbox)
- More 960 - Need more 960's and printer (very slow) (checked on this on our April facelift and was told we cannot add telzons)
- Fishing (printer) new printer (called on this and NCR came out and completed the repair)
- AC broken Stockroom James HVAC 1-252-314-4635 (These get repaired in our stockroom and offices at least 1/month. Have been told that our systems have age on them) Called on 08/21/2009
- Telermate for accounting (has been ordered for over a month)
- Repeater issue (1) (checked on this many times, unable to add to our system)
- Pallet jack - hard wheels (Mills) (at this time we do not need pallet jacks but will order when becomes necessary)
- Forklift (Have put in for new forklift in 2007, was denied. Instead we received an old forklift from Elizabeth City)
- Want one more section of rollers (We just received new rollers during our facelift in April 2009)
- Walkie stacker (was recently totally serviced on 8/6/09, technician commented that lift found no problem with sag forward, Dougherty Equip. Co., Service call # 090805-0301)
- Broken head of bolts (Will be replaced immediately)
- Door on east side of vestibule (new doors on east side of vestibule have now been repaired twice, most recently within the past 30 days.)
- L carts and Rocket carts (we could probably use an additional 6 each)
- Buffer wire (throttle cable) (I will order from Va. Vacuum on 8/21/09) Called 08/21/2009

Confidential
WMT 07817

June 26, 2009

To Whom it may Concern:

Tonight at approximately 17:00p.m. we lost power at the store. I called Max and let him know what was going on. He wanted me, to go to the front of the Store to check a breaker box. I told him it wasn't working. He asked me, if I had pulled all the Customers + Associates to the front of the store. I replied, "yes sir." He said, "OKay I am on my way back there, I am only 5 miles away." Max came back to the store and I had already had Associates assigned to the doors and locked them. Max came inside where he started calling: Eric-mkt. manager, mark-mkt. Food Merchandiser, and Laurena-mkt. AP Manager. He then called me by walkie to the Service Desk area, where he told me, "Tracy, the electric Company said the outage is due to a Circuit cut from a storm. It will be (3) hours before we get

Confidential
WMT 07818

in & let the store at this time." I then got with my Asm. Raphael and Receiving Manager - who too, went around and asked the Customers to please exit the store and we were sorry for the inconvenience." After everyone was out, May gave the direction for the Associates to take the shopping Carts and put the merchandise on the ~~shelf~~ shelves, While using flashlights to see. I Kept walking down every aisle to have a visual on people. He had them fixing the Front Rail and zoning also. After (2) hours, at 4:00 p.m. the power Came on. Assistant Manager - Debbie and myself made sure that all the registers were back on line & you we opened the doors for ~~out~~ our customers. May then left the store. I made sure Debbie was oKay and ready for business again and then I left at 4:30 p.m.

Assistant Manager,
Gracy W. Nelton

Confidential

WMT 07819

Aug 15, 2009

To whom It May Concern:

On Friday 8-14-09, Asst. Mgr Debbie came in to work at 8:00 p.m. and she obviously was in a very bad mood. She asked me, how I was. I said, "Tired, it's been a long stressful day." Debbie replied, "Oh don't go there." Then Debbie said, "I wish everybody would just mind their own f---ing business." I never said anything after that. Then Debbie gave me the notes for her and she looked at them. She replied, "That won't get done, or done." I said, "It's not me, f--- this!" and I am going home." After 8:00 p.m. and I left.

Then I left.

Asst. Mgr,
Tracy Helton

Confidential                                                                WMT 07820

6/15/2009 7:33AM - email Forwarded From Max To Debbie and Max was at Front of Store.

6/15/09 - 7:40am Max is at Subway & Event Calandar & Birthday Greeting Printed at Lazer printer (Dept Mgrs) From his email. Teresa at the Computer in her office.

11:45 - I walked into Mgrs Office To use Computer To send my schedule and Found Max's Emails pulled up on the screen. I Turned around and walked out. Teresa S. Was at the CBL unit & Sammy was on the sales floor.

2:45 - Counts being finalized By Sammy.

# REMOVED FIXTURES DAMAGED

## Deborah Gibson - dfgibso.s02000

| | | | |
|---|---|---|---|
| **From:** | Max Dutton - mrdutto.s02000 | **Sent:** | Mon 6/15/2009 7:33 AM |
| **To:** | Deborah Gibson - dfgibso.s02000 | | |
| **Cc:** | | | |
| **Subject:** | FW: Drug Screening Results | | |
| **Attachments:** | | | |

---

**From:** Drug Screening Results
**Sent:** Fri 6/12/2009 7:00 PM
**Subject:** Drug Screening Results

```
                    WAL-MART STORES INC.
                    IVR AND E-MAIL SYSTEMS
Drug Screening Results
PLEASE DIRECT THIS NOTE TO YOUR PERSONNEL MANAGER
-------------------------------------------------
  "NEW" IMPORTANT INFORMATION

 * PLEASE SAVE ALL E-MAILED RESULTS (DO NOT PRINT OUT RESULTS).

 * RETAIN THE E-MAIL RESULTS IN A E-MAIL FILE FOR A PERIOD OF THREE MONTHS.

 * VERIFY DATE SAMPLE WAS COLLECTED.
   MUST BE COLLECTED WITHIN 24 HOURS OR NO HIRE 1 YR.(NOTIFY APPLICANT).

 * If you have questions regarding your result, contact the
   Drug Screening Department at (479)273-4365.

 * THIS RESULT WAS GENERATED BY AN AUTOMATED PROCESS SO PLEASE DO NOT
   REPLY BACK TO THIS MESSAGE IN CASE OF ANY QUESTIONS.

  "NOTIFY ALL MANAGERS"

*** "NEW" ALCOHOL REASONABLE SUSPICION PROCEDURES***
*** THE "NEW" LINK IS LOCATED-PD-16-DRUG AND ALCOHOL POLICY***

  E-MAIL INSTRUCTIONS:
--Be sure and use your DOWN ARROW to scroll through the entire message
--as multiple results may be included.
```

Store Number : 2000
Division : 01
Chain of Custody : 6306271127
Last 5 digits if SSN : 84474
Date Sample was collected : Jun 11 09
Result : NEGATIVE - OK TO HIRE

Case 4:11-cv-00034-BO   Document 97-19   Filed 08/28/13   Page 42 of 98
Confidential
WMT 07822



Confidential

WMT 07823

CMN GIFT CARD RAFFLE

| Date | Amount | Running Total |
|---|---|---|
| 6-3-09 | 49.01 | |
| 6-4-09 | 60.00 | |
| 6-5-09 | 54.00 | |
| 6-6-09 | 65.53 | |
| 6-7-09 | 44.00 | |
| 6-8-09 | 51.00 | |
| 6-9-09 | 38.00 | |
| 6-10-09 | 60.00 | |
| 6-11-09 | 37.00 | 458.54 |
| 6-13-09 | 44.90 | 503.44 |
| 6-14-09 | -500.00 Shop Card | 3.44 |
| 6-14-09 | 50.00 | 53.44 |

Confidential

WMT 07824

CAN GIFT CARD RAFFLE

6-3-09          49.01

6-6-09          65.53

6-7-09          44.00

6-8-09          51.00

6-9-09          36.00
                60.00

6-11-09         37.00   458.54

6-13-09         44.90   503.44

6-14-09        -500.00   3.44
               Shop Card



WE SELL FOR LESS
MANAGER MAX DUTTON
( 252 ) 261 - 6011
ST# 2000 OP# 00004138 TE# 93 TR# 06246
BASICBLUE GC 087458600849        500.00 0
                    SUBTOTAL     500.00
                       TOTAL     500.00
                  CASH TEND      500.00
                  CHANGE DUE       0.00

SHOP.CARD ACTIVATION          500.00
ACCOUNT 6050431673965766
APPR. CODE = 144267
REF #0224485
Beg Bal   Tran Amt    End Bal
   0.00    500.00     500.00
06/14/09  12:04:40

TC# 3180 8034 6378 7888 2488

Find simple tips and earth-friendly
products at walmart.com/green
    06/14/09    12:04:54

Confidential
WMT 07825

Confidential

WMT 07826

4/27/09
Max, Teresa Shanefelter & Sammy

At around 12:40 I was on lunch and walking to
the Courtesy Desk down Menswear action alley.
Sammy was walking towards the C. Desk & turned back
around & was on the phone in menswear. He handed
the phone off to Max. I went to the C. Desk
and made a purchase. Then went out to my
car. Sammy was in front of me walking in the
parking lot. He walked to Max's Hummer & got in
& I saw Teresa Shanefelter in the back seat of the
vehicle. About 15 mins later Diane Harris came to me
and said she was at Quizno's eating & Max, Sammy
& Teresa S. walked in together.
          I pulled video and it is as follows:

                          current time
12:40:01 — Sammy going towards Courtesy Desk & Turns around
12:41:16 — Max walking towards menswear
12:41:45 — Kim going to Courtesy Desk to make purchase
12:44:50 — Max & Teresa S. leaving building together
          Shots E 5 & 9

2:38:26 — Max Drives up and Drops Teresa & Sammy off at
Front Door by Drink machines by Courtesy Desk.
          view video

4/27/09

2:40 – I heard Sammy on walkie Telling Tracy he was back

2:46:21 – Max was on walkie Talking about cart recovery

2:48 – Payden walkie For Teresa S. For Line 1 – Teresa S. said Phyllis

2:49 – Max on Walkie about Carts

2:50 – Max bringing in Shopping Carts

2:51 – Max entering store with Line of Carts

Confidential

WMT 07828

# Max Dutton - mrdutto.s02000

| | |
|---|---|
| **From:** | Eduardo Castro-Wright [mecastr@wal-mart.com] **Sent:** Thu 6/11/2009 11:15 PM |
| **To:** | 02000-US-STORE MGR |
| **Cc:** | |
| **Subject:** | Happy Birthday |
| **Attachments:** | |

Store 2000 Manager,

A Birthday greeting has been sent to Kimberly A. Grant.  Please take time today to wish them a Happy Birthday.

Wishing you the best,

Eduardo Castro-Wright
Vice Chairman, Wal-Mart Stores, Inc.

Confidential

Case 4:11-cv-00094-BO    Document 97-19    Filed 08/28/13    Page 49 of 98

WMT 07829

6/13/09

Q At around 8:15 am I was walking By the Managers office + Max called Me as I went By & I Turned around + went into the office.

Max said Congratulations.

I Said what for.

Max said don't act like you don't know

I what Do you mean.

He found a piece of paper on his Desk + Handed it To me. It was A Birthday Message from Eduardo Castro-Wright. That Max had wrote Kim,

Happy Birthday!
Max
on it.

I was in a good Frame of mind one that I put myself in — I am not going To react to anything he might say. Knowing him + being around him for past 15 yes. I know he can make things appear to Be different than they are. He was Trying To get a reaction from me

Confidential

WMT 07830

I have seen Teresa's Key in Mine & Asst mgr
Evaluations.

Teresa sits in on conference calls & takes notes
Teresa goes to yearly Christmas party Max holds for Mgmt & Asst
Teresa attends all management meetings & also the
talks asst mgrs. They can't attend conference calls
she does. And he meets with only her at
as well. Teresa acts as a Co-manager. She has
more say than any Asst Mgr. She makes more
money than any Asst Mgr. And is quick to
step up and give as she says constructive criticism.
Very adamant about getting others fired for breaking
company policy & yet she breaks policy also —

Office is allowed to look like Junk pile. The only
personal items I had in UPC office were ordered
Be thrown away while I was in Training for
UPC.
    Max is on the phone & out of the store most
for Commissioner work.

                                    Kim

## Wal-Mart/ SAM'S Club
## Cash Fund Transfer Signature Log

| CFT# | Account # | Reason | Amount | SAM'S ONLY Paid Outs | SAM'S ONLY Other Income | Issued By: | Received By: | Manager |
|------|-----------|--------|--------|------|------|------------|-------------|---------|
| 110232 | 9002 | loan | 3700.00 | | | M. Argumedo | Robert | |
| 110233 | 9091 | loan | 7700.00 | | | M. Argumedo | Robert | |
| 110234 | 9093 | loan | 4700.00 | | | M. Argumedo | Robert | |
| 110235 | 6500 | GC w/purchase of IPad | 75.00 | | | M. Argumedo | R 93 | |
| 110236 | 655 | Loan | 5.40 | | | M. Argumedo | asst | |
| 116237 | 1001 | Left bag at register | 2.69 | | | R. Cruz | R 90 | |
| 110238 | 1001 | Seat for bicycle Falls | 26.69 | Apart | | R. Cruz | R 93 | |
| 110254 | 165 | Carpet Shop three Raffles | 53.47 | | | M. Argumedo | asst | |
| 110255 | 542 | Clay Shot #10 | 2.90 | | | M. Argumedo | asst | |



WIN A $500.00 WALMART
SHOPPING SPREE

Drawing: June 14 2008 at 4:00 P.M.
For a $1.00 donation you can 1 (One) ticket or for a
$2.00 donation you can get 3 (Three) tickets. All
proceeds go to Children's Hospital of the King's
Daughters and Children's Miracle Network.

Confidential

WMT 07833

(June 23, 2009

To Whom It May Concern:

Today around 3:30 p.m. to 4:30 p.m. I saw Teresa Sharpfetter in the Manager's Office on the Computer, looking at and answering e-mails for May Dutton. I found it odd that when I tried to enter the office, to get something out of my filing cabinet, the door was locked. I had to use my key to get into the office and that's when I saw Teresa on the Computer.

Later on at around 5:15 p.m. Assistant Manager Sammy came over the walkie and asked Teresa to clear out the letter to the President for him. She said, yes sir.

Assistant Manager
Mary D. Helton

Confidential

WMT 07834

June 23, 2009

To Whom It May Concern:

On June 12, 2009 after I left the managers office talking with the MRT team (Dawana, Stacy, & Chris) they approached me on the salesfloor and was questioning me. "Who they talking to now?" "Did they drill you about me, if I was mean?" I said, "I don't know who they are with man sir." And "No sir." I walked away. Met with Debbie Beavers to be sure she was alright for the night and then left the store to start my vacation. While on vacation, I recalled a conversation I had with Glenda Stanfiller on Friday June 12th when I saw her crying. She told me, "I probably will loose my job today." I asked her, "why?" She said, "I told them the truth about everything, but one thing and I lied. "They know now though." I just walked away.

Assistant Manager,
Stacy Helton

Confidential

WMT 07835

Confidential

WMT 07836

5400 North Croatan Highway
Kitty Hawk, NC 27949
October 23, 2006

Clayton Crosby
Regional Vice President
Region 48
501 S.W. 8th Street
Bentonville, AR 72716

Gregg May
Market Manager
Market 486
210 Greenville Blvd.
Greenville, NC 27834

Dear Clayton and Gregg:

In reference to my recent election as Dare County Commissioner and the telephone calls that you have received and I am sorry for these calls, I would like to offer the following information. I have been approached for over ten years to run as commissioner and have not accepted these invitations. Prior to entering into the May 2, 2006 primary and after speaking with Gregg, I called the Legal Department at corporate and they were more than enthusiastic about my participation in this community. They encouraged me to run and become an active citizen servant of the people. I ran in the primary and was supported by my constituents by being elected as Commissioner for the 2nd district. Since I won in this election I am on the November 7th general election, running unopposed. As with every task I face, I plan to address the concerns of the people of this county. But let me make one thing perfectly clear. I will never put the responsibilities of the operation of this store secondary to the business of Dare County. If ever that happens, I will remove myself as Dare County Commissioner. This job as commissioner is a thankless job. In no way will Wal-Mart nor this job Ever be compromised or benefit from the business of Dare County. If an issue should arise involving Wal-Mart, I will remove myself from that discussion. I would need to attend meeting on the first and third Mondays of each month. Also, there could be various boards that I could be appointed to, but I believe these would be evening meetings.

Since there seems to be some concern about my ability to serve and operate this store effectively, I would like to know that I have your endorsement and support. If you feel that this would not be advantageous for me to serve as county commissioner, I will scribe my letter of resignation to the citizens of Dare County per your instructions. I would respect your decision and abide by it. I am first the manager of this store and second Dare County Commissioner. Because of the concerns expressed recently, I am offering to you both my commitment to be the manager at store #2000. I am also

Confidential
WMT 07837

extending to you the offer of resigning my position as Dare County Commissioner. I will await your response concerning this matter.

Respectfully,

Max Dutton
Manager
Store #2000
Kitty Hawk, NC

Confidential

WMT 07838

5400 North Croatan Highway
Kitty Hawk, NC 27949
October 23, 2006

Clayton Crosby
Regional Vice President
Region 48
501 S.W. 8th Street
Bentonville, AR 72716

Gregg May
Market Manager
Market 486
210 Greenville Blvd.
Greenville, NC 27834

Dear Clayton and Gregg,

The purpose of this letter is to affirm that in no way will my civil service position as Dare County Commissioner interfere with my foremost position as the manager of Kitty Hawk Wal-Mart store. If you should wish to discuss this further, please contact me at your convenience. You can reach me the store at (252) 261-6011 or on my cell phone (252) 202-5125. I can also be reached at home at (252) 441-5119.

Sincerely,


Max Dutton
Manager
Store #2000
Kitty Hawk, NC

Confidential

WMT 07839

-Kitchen in middle and accessible to both rooms

-Dining area and Multi-purpose room

-Multi purpose - dressing rooms for men and ladies

-Movable walls/sound-proof walls

-Room or office with shower/bathroom for Fitness Coordinator

-Additional bathroom for handicapped seniors with walkers - this needs to be close to wellness

-Should there be locker rooms?

-Separate shower and restroom for staff

-Restroom for public like entrance by wellness

-Covered entrance (quick access)

-Food delivery/easy access

-Square footage of kitchen (now 391 sq. ft. larger?) Baum center kitchen 490 sq. ft.

-Badminton can it be done in Activity room?

-How high are the ceilings?

-Multi purpose room (can we have outside lighting,, ex: sky lights)

-Move bathrooms (not walk as far)

-Private exam room

-Lobby - greeters (office our front to greet people, security)

-Outside seating/decking/patio/walking trail, gazebo's

-Transportation/vehicle?

-Polling space (voting) election

-Dressing rooms (productions)

-Janitor closet

Confidential                                                                                                    WMT 07840

| | | **Sent:** Sat 8/1/2009 12:37 PM |
|---|---|---|
| **From:** | Kimberly Grant - kagrant.s02000 | |
| **To:** | Kimberly Grant - kagrant.s02000 | |
| **Cc:** | | |
| **Subject:** | R/B | |
| **Attachments:** | | |

FOR RED BOOK

ON 8/21/2009
AT AROUND 7:15AM

I WAS IN THE MANAGERS OFFICE WITH DEBBIE BEAVERS AND ASST MGR. CHRIS WEATHERINGTON. WE WERE COVERING WHAT WENT ON THAT NIGHT AND WHAT WE NEED TO DO AND WATCH ECT. I ASKED DEBBIE HOW TINA'S JOB PERFORMANCE WAS SINCE HER INCIDENT. DEBBIE SAID THAT TINA'S HAD SEEMED OK. DEBBIE INFORMED ME THAT THERE WERE RUMORS THAT TINA HAD BEEN TO A PHYSICIAN ON HER OWN. SHE MADE NEGATIVE COMMENTS ON THAT FACT, AS SHE HAD IN LENGTH AT THE TIME THE INCIDENT FIRST HAPPENED. THIS WAS SUSPICIOUS TO ME BECAUSE DEBBIE RECENTLY TOLD ME THAT A FEW ASSOCIATES, TINA INCLUDED. WERE TRYING TO GET HER FIRED.

DURING THE SAME CONVERSATION, DEBBIE TOLD CHRIS AND I THAT SHE AND LAURIE HAD BINNED ALL THE DEPT 2, 46 AND 40 MDSE. I THOUGHT IT WAS ODD THAT SHE DIDNT MENTION HAVING PERSONALLY WORKED WITH ANY OTHER ASSOCIATE. SHE SAID THAT SHE DIDNT HAVE ANYONE TO WORK , I DONT RECALL THE DEPT NUMBERS SHE NAMED OFF,

I THEN ASKED HER A FEW MINUTES LATER ABOUT LAURIE'S JOB PERFORMANCE. DEBBIE SAID THAT LAURIE DOES EVERYTHING SHE ASKS OF HER AND WHAT HER LIMITATIONS ALLOW HER AND THAT SHE DOES HER WORK FASTER THAN SOME THAT HAVE NO LIMITATIONS. WE DISCUSSED THAT LAURIE HAD ASKED ME A FEW MINS BEFORE THIS CONVERSATION IF I HAD HEARD FROM CMI, AND I SAID NO. THEY DIDNT CALL YOU? LAURIE SAID NO. I TOLD LAURIE I WOULD TRY AND CALL AGAIN THIS WEEK. I TOLD DEBBIE I THOUGHT THEY HAD CLOSED OUT THAT CASE. DEBBIE SAID IT WAS STILL SHOWING OPEN IN THE SYSTEM HOW CAN THEY CLOSE IT OUT, IF SHE HAS A LAWYER? I SAID SHE DOES? I DIDNT KNOW THAT. DEBBIE SAID I THOUGHT YOU TOLD ME THAT. DEBBIE SAID THAT CMI SHOULD CONTACT LAURIE. I SAID WELL SHE HAS TALKED TO CMI IN THE PAST AND BITCHED AT THEM TO THE POINT THEY MAY NOT TALK TO HER. ALL I KNOW IS I CALLED CMI LAST WEEK WHEN LAURIE ASKED ME TO AND LEFT MESSAGE FOR THEM TO CONTACT ME OR LAURIE AND GAVE THEM HER PHONE NUMBER. AND I HAVE NOT HEARD ANYTHING.

KIMBELRY GRANT
APC STORE 2000

Confidential                                                                 WMT 07841

| To... | TRACEY BATTLE |
| --- | --- |
| Cc... | |
| Bcc... | |
| **Subject:** | FYI |
| **Attachments:** | |

IN REGARDS TO THE SITUATION ON OVERNIGHTS I SPOKE TO YOU ABOUT -------ASST MGR INTIMATE INVOLVEMENT WITH ASSOCIATE AND ALSO FAVORTISM ECT.

I HAVE ONE STATEMENT FROM AN OVERNIGHT ASSOCIATE AS OF TODAY. (THIS ASSOCIATE DID SAY THAT THEY DID NOT WANT ME TO GIVE THEIR STATEMENT TO MAX THEY WOUILD PREFER I GAVE IT TO YOU. THEY ARE AFRAID OF RETALIATION) DO YOU WANT IT SCAN SENT TO YOU? AND ONE STATEMENT ON THE WAY FROM ANOTHER. I HAVE ALSO BASED ON INFO FROM SEVERAL ASSOCIATES INCLUDING A MEMBER OF MANAGEMENT INSTALLED A CAMERA IN A LOCATION WHERE SUCH INVOLVEMENT HAS BEEN WITNESSED. ASST MGR MAY CATCH ON IF THEY VIEW MY CCTV MONITOR........HOPING TO CATCH IT THIS WAY.

ASST MGR SAMMY TOLD ME THAT DEBBIE WAS SCROLLING THROUGH SOME PIC ON HER CELL PHONE AND THERE WAS ONE OF ASSOCIATES CINDY, LAURIE, LAURIE'S DAUGHTER AND DEBBIE BEAVERS AT THE BEACH TOGETHER.

ASST MGR CLAY SAID THAT ASSOCIATES HAVE BEEN COMING TO HIM AND TELLING HIM ABOUT SEEING LAURIE AND DEBBIE IN THE PHARMACY BIN IN NOT PROFESSIONAL POSTIONS......

I WAS TOLD THAT ASSOCIATES HAVE SEEN LAURIE AND DEBBIE WALKING IN THE BACKROOM HOLDING HANDS, KISSING, LEANING AGAINST ONE ANOTHER.

ASSOCIATES ON OVERNIGHT CREW DO NOT HAVE RESPECT FOR DEBBIE AT THIS TIME AND DO NOT FEEL COMFORTABLE WORKING UNDER HER. THEY FEEL SHE IS A BAD EXAMPLE AND IT IS SHOWING IN THEIR WORK.

*KIMBERLY GRANT*
*APC STORE #2000*
*KITTY HAWK, NC*

Confidential

WMT 07842

ON 8/21/2009
AT AROUND 7:15AM

I WAS IN THE MANAGERS OFFICE WITH DEBBIE BEAVERS AND ASST MGR. CHRIS WEATHERINGTON. WE WERE COVERING WHAT WENT ON THAT NIGHT AND WHAT WE NEED TO DO AND WATCH ECT. I ASKED DEBBIE HOW TINA'S JOB PERFORMANCE WAS SINCE HER INCIDENT. DEBBIE SAID THAT TINA'S HAD SEEMED OK. DEBBIE INFORMED ME THAT THERE WERE RUMORS THAT TINA HAD BEEN TO A PHYSICIAN ON HER OWN. SHE MADE NEGATIVE COMMENTS ON THAT FACT, AS SHE HAD IN LENGTH AT THE TIME THE INCIDENT FIRST HAPPENED. THIS WAS SUSPICIOUS TO ME BECAUSE DEBBIE RECENTLY TOLD ME THAT A FEW ASSOCIATES, TINA INCLUDED, WERE TRYING TO GET HER FIRED.

DURING THE SAME CONVERSATION, DEBBIE TOLD CHRIS AND I THAT SHE AND LAURIE HAD BINNED ALL THE DEPT 2, 46 AND 40 MDSE. I THOUGHT IT WAS ODD THAT SHE DIDNT MENTION HAVING PERSONALLY WORKED WITH ANY OTHER ASSOCIATE. SHE SAID THAT SHE DIDNT HAVE ANYONE TO WORK , I DONT RECALL THE DEPT NUMBERS SHE NAMED OFF,

I THEN ASKED HER A FEW MINUTES LATER ABOUT LAURIE'S JOB PERFORMANCE. DEBBIE SAID THAT LAURIE DOES EVERYTHING SHE ASKS OF HER AND WHAT HER LIMITATIONS ALLOW HER AND THAT SHE DOES HER WORK FASTER THAN SOME THAT HAVE NO LIMITATIONS. WE DISCUSSED THAT LAURIE HAD ASKED ME A FEW MINS BEFORE THIS CONVERSATION IF I HAD HEARD FROM CMI, AND I SAID NO. THEY DIDNT CALL YOU? LAURIE SAID NO. I TOLD LAURIE I WOULD TRY AND CALL AGAIN THIS WEEK. I TOLD DEBBIE I THOUGHT THEY HAD CLOSED OUT THAT CASE. DEBBIE SAID IT WAS STILL SHOWING OPEN IN THE SYSTEM HOW CAN THEY CLOSE IT OUT, IF SHE HAS A LAWYER? I SAID SHE DOES? I DIDNT KNOW THAT. DEBBIE SAID I THOUGHT YOU TOLD ME THAT. DEBBIE SAID THAT CMI SHOULD CONTACT LAURIE. I SAID WELL SHE HAS TALKED TO CMI IN THE PAST AND BITCHED AT THEM TO THE POINT THEY MAY NOT TALK TO HER. ALL I KNOW IS I CALLED CMI LAST WEEK WHEN LAURIE ASKED ME TO AND LEFT MESSAGE FOR THEM TO CONTACT ME OR LAURIE AND GAVE THEM HER PHONE NUMBER. AND I HAVE NOT HEARD ANYTHING.

KIMBELRY GRANT
APC STORE 2000

Confidential

WMT 07843

Confidential

Gregory Myers

This is a statement of things I have seen and heard about in Store 2000. These are some situations I've seen myself involving a member of manget and was an Associate. I know of other situations but I do not Recall the dates and times. Jenn D### Debbie Cline ... on one or two occasions asked us to help out for half the night. Jennifer and I were doing out ... in Receiving O. while Debbie had Cindy and Laura do dept 2, Mewm# tcke (the depts they are working). Cindy I might her picks for dept 2 and goes out to her dept while debbie and Laura work side by side doing dept and the picks and proceed to the next dept. Debbie made it known she was leaving by 2am (lunch time). Laura asked Clay to ask if she could shift early because her body hurts all over but such a fine than we return then I saw her chiming by a ladder in the pharmacy 6th getting on to cry out Clay told her we'd finish it and help for the night she turns to the front. Her and Debbie work pharmacy together til about 1:30 am I believe and Debbie leaves Laura and Jennifer call Clay to ask if she (Laura) could go home again. Clay said NO if you leave it →

WMT 07844

... be the excuse. Laurie said THAT'S FINE. Went to the break room. Got her things. Clocked out and left. Now 10-15 mins after. This has happened on more than on occasion. June 11th I believe. Again Debbie and Laurie do 46, and 46 picks together. Then work the dots together, bring over stock back together and hang out in the 46 bins together while they were doing this. Every night that Laurie is at work Debbie will work side by side with Her. Doing picks working the dots and bringing over stock back together. There have been more than a few nights when I was the only one working the back room and Debbie says we have a lot of work to do in the back room do what you can, and then goes to help Laurie work 40 and 46. They always do 40, 46 and sometimes 2 picks together it can sometimes be that one goes and finishes early that one goes and works on the bin with the Other until she is finished. There has been a couple nights when they were doing picks in 40 and 46 bin together and I did not hear any beeping or clicking of the taking of the merchandise >

Confidential
WMT 07845

being thrown into the basket for — — 15 mins. Cindy, Debbie would rather have out confess the whole situation to one particular associate who is no longer on nights but now works 1st shift. The whole situation is affecting the moral of the entire 3rd shift. There are several associates including myself that do not want to work with either Debbie or Laurie. On nights that they both work you can never find them more than 3 ft from each other. Myself and other associates have seen them coming out of the restroom together, going outside to let associates in from break together. More than one associate has told me they have seen Debbie and Laurie rubbing against each other in the bins. Also Paul told me about something Debbie told to him personally. Paul and Gerry were working together on nights with Debbie called them both to Debbie's office and Paul said to Debbie You should tell me what it is exactly you want me to do because I still have candy to work. Debbie said Gerry cover your ears so there then she Debbie says Fuck you Paul. Paul said No Thank you Debbie →

Confidential

WMT 07846

laughed and said at least you listen to what Laurie says. So I asked what does Laurie say? Debbie replied Laurie says where and when? Paul then asked Debbie what do you say to Laurie then? Debbie said that she says not when. I am not the only one that has noticed the complete turn around Debbie's work ethic and motivation towards that whole store has taken. And now is only focused on working with Laurie and Pharmacy. July 25th 3:20 am Debbie and Laurie once again bring their outstock back to O and walk together into the office and shut the door for about 15 mins. Who do I? again about Beauty later with cosmetics outstock only go into the office again with the door shut. There is a lot more I think do not have time or desire for. I am sure some other associate too. Some that are not even on 3rd shift. I feel that Debbie is being very unprofessional and not showing one good example of leadership. I am also positive that I am →

Confidential

WMT 07847

not the only associate that feels that way. There have been occasions when she has been talking to Associates about other associates as far as possible. If this is our associate for 3rd shift I personally would like to be moved to a different shift. I do not want to have to watch this go on any longer. It is like date night at Walmart Store 2000. It is not a good example for mngmt at all. Both Debbie and Laurie have come into work on the same night with 3 or 4 hickeys on both of their neck. That is very un proffesional and I do not feel that Debbie is putting any focus on whats going on in the store at nights. She is only focusing on Laurie's wants and needs. And I do not feel that it is fair to me or any one else on the 3rd shift to have to work, deal, see, and hear about this all week long at work. It is completley un proffesional and unfair.

Confidential

WMT 07848

7/30 - 8/01

- Cindy + Laurie late
  Cindy's face was red and looked teary eyed
  when she came in.
- Debbie and Laurie Did picks for 2,4 & up
  together.
  10:26 pm Cosmetics bin together + Debbie
  goes to lock garden center door at
  10:57pm.
- 11:05pm Debbie comes back to the bins,
  and her and Laurie go to the pharmacy
  bin together.
- 3:00am Debbie and Laurie come out
  front to let us in from Lunch
- 3:43am both Debbie and Laurie bring
  back the pharmacy Overstock back
  and go into one of the bins by the
  pharmacy bin together.
- 5:00am on break Cindy, Laurie, and
  Debbie all Joking around, and Cindy
  says _____ about Laurie being a
  _____ Debbie says Oh Don't
  go there. Cindy laughs and
  Laurie's face turns red, and all 3
  of them laugh about it.
- 6:46am Debbie and Laurie bring back
  1 cart of cosmetics back together, then
  go to the office together.
- They have worked together all night
  and once again have not been more than 5ft

Confidential

WMT 07849

Debbie talks about associates to other associates when anyone go in to the office. She brings the information to the floor, then it turns to gossip. She knows better!

Example #1 Janet went in the office and told Debbie she thought it didn't look good that Jennifer was sitting on the computer desk right in front of Clay. It gave the wrong impression to someone passing by cause we "3rd" shift just went through some other things with an other assistant Manager.

Debbie told Jennifer what Janet had said about her in the office which caused anger an friction between the two an fueled gossip on the floor. After a meetin an that things were worked out between everyone an seen where the problem was it was Debbie. So much for open door.

Example #2 Debbie an Melia would go in to the office for long periods of time from 15 min to some times almost an hour. This one night Debbie is crying an crying, when he comes out an tells people they was mean to her! Who cares she should be on the floor not in the office.

Debbie would let Melia on the computer in the office for long periods of time, he even bragged that he could go in an find anyones personal records an pull coaches on

Confidential

WMT 07850

in their fields. I bought that concern up to Clay on Clay assured me he didn't have the passwords or option to do that. But I told Clay Debbie let me into that office all the time has ol he was Debbie didn't know Clay said I know.

    Example #3 Debbie picks her meanings to belittle Clay. She will say something like "I don't know what Clay did last night" or Clay isn't doing his job on the task manager. I will need to remind him. Or I don't know what Clay does himself doing. An words she try to to put him down. If she comes in an don't like what she see she will start the meeting off as to say it's all Clay's fault.

    Example #4 Debbie told two associates she wasn't going to give Clay an interview cause she thought he wasn't ready an there was no need for it. The associate went an told Clay needless to say that sparked off tempers. Finally it got back to Debbie Clay had found out so she called the other associate into the office an it was a male associate she called into the office without the company of anyone. Debbie came out with tears in her eyes. Tempers ran high for awhile due to what she had said

Example #5   Debbie an Jennifer
were standing at the faculty counter
laughing an whispering for a good
while I would say more than 10 minutes
or every once in a while they would
look and me, Debbie also told
another night with her hostile attitude,
when they were done Debbie passed
by me an said " if they think I'm a
bitch then I will be one. an give
a I tried to make her point I knew
her words were towards me but Jennifer
broke her neck to make me believe it
wasn't. I had to Jennifer earlier
Debbie was acting like one. So Jennifer
tried playing it up as they were talking
about mills but I told her Debbie
shouldn't been talking to you about
anyone you are not her equal Jennifer
agreed, later Debbie pulled me to
hall office an so nasty as she could
she said you got something to say to
me I said nope an left the office
Since that night Debbie has never
used that tone to me again. I
knew they were talking about me
I couldn't prove it cause they had played
up an said it was about mills

... favoritism on the shift is awful! ... have but as I had to tell her is awful. This is what I have seen!! Debbie or Jackie in the Pharmacy can be what I would call an unprofessional way. Jackie was leaned over on Debbie and was touching close, (not with her hand) but her Breast on Debbie ... leaning over her, I was already midway ... pressing the keys, when they asked me they moved apart but to me I saw them. Yes I did tell ... I had Jackie an example what I saw. Other times I would go up front an they "Debbie an Jackie" would be out side, or in the Office or they always have to do pickup together, Debbie works side by side with Jackie in Pharmacy or cosmetics. Their most favorite place is the keno. If you need Debbie or Jackie will go to the keno or pharmacy and see what people are saying.

There is just no respect for Jackie as an assistant, she comes to work with hickies wrapped around her neck associates joke an ask her about an she just takes it. ... Somethings you do at home need to stay at home.

Confidential
WMT 07853

She made a statement one night what she do in her private time is trade-related business, another associate said that does but you wear yours to work. There are nights while ___ is in Pharmacy with ___ there are associates playing ___ is not caring of on what they do ___ don't ___ I wrong comes 5:45 am their work is done but they could be done at least a hour before or gone to another dept

Confidential

WMT 07854

5/3/09

To Whom All May Concern:

On Sat 8/1/09 Assistant Manager Debbie told me, that Natalia needed to stop working in foods and work in H&A on nights + weekends like she was hired in for. I told Debbie, that she needed to talk to Assistant Manager-Sammy, because he was the one Changing her (Natalia) Schedule. Debbie stated, "well it took Laurie + myself over an hour to zone H&A last night." The next morning when I came in, Debbie told me that Laurie had binned all the freight from the O.S. buggies from both H&A + Pharmacy. But Couldn't get the silver Cart, due to lack of time." Then when I was in Receiving "A" talking to Assistant Manager - Clay. Debbie Came up to us and said, " Laurie + I got all the O.S. Carts for H&A + Pharmacy binned. But we didn't get to The silver Cart." Then she Walked off, got her purse and left the store.

Also on Saturday morning, when I Came into work at 6:45 Am I walked into the managers Office. Assistant

Confidential
WMT 07855

2 Associates from 3rd Shift – then
Associates were Laurie & Cindy.

Asst. Mgr.
Tracy Helton

Confidential
WMT 07856

ON 8/21/2009
AT AROUND 7:15AM

I WAS IN THE MANAGERS OFFICE WITH DEBBIE BEAVERS AND ASST MGR. CHRIS WEATHERINGTON. WE WERE COVERING WHAT WENT ON THAT NIGHT AND WHAT WE NEED TO DO AND WATCH ECT. I ASKED DEBBIE HOW TINA'S JOB PERFORMANCE WAS SINCE HER INCIDENT. DEBBIE SAID THAT TINA'S HAD SEEMED OK. DEBBIE INFORMED ME THAT THERE WERE RUMORS THAT TINA HAD BEEN TO A PHYSICIAN ON HER OWN. SHE MADE NEGATIVE COMMENTS ON THAT FACT, AS SHE HAD IN LENGTH AT THE TIME THE INCIDENT FIRST HAPPENED. THIS WAS SUSPICIOUS TO ME BECAUSE DEBBIE RECENTLY TOLD ME THAT A FEW ASSOCIATES, TINA INCLUDED, WERE TRYING TO GET HER FIRED.

DURING THE SAME  CONVERSATION, DEBBIE TOLD CHRIS AND I THAT SHE AND LAURIE HAD BINNED ALL THE DEPT 2, 46 AND 40 MDSE. I THOUGHT IT WAS ODD THAT SHE DIDNT MENTION HAVING PERSONALLY WORKED WITH ANY OTHER ASSOCIATE. SHE SAID THAT SHE DIDNT HAVE ANYONE TO WORK , I DONT RECALL THE DEPT NUMBERS SHE NAMED OFF,

I THEN ASKED HER A FEW MINUTES LATER ABOUT LAURIE'S JOB PERFORMANCE. DEBBIE  SAID THAT LAURIE DOES EVERYTHING SHE ASKS OF HER AND WHAT HER LIMITATIONS ALLOW HER AND THAT SHE DOES HER WORK FASTER THAN SOME THAT HAVE NO LIMITATIONS. WE DISCUSSED THAT LAURIE HAD ASKED ME A FEW MINS BEFORE THIS CONVERSATION IF I HAD HEARD FROM CMI, AND I SAID NO. THEY DIDNT CALL YOU? LAURIE  SAID NO. I TOLD LAURIE I WOULD TRY AND CALL AGAIN THIS WEEK.  I TOLD DEBBIE I THOUGHT THEY HAD CLOSED OUT THAT CASE. DEBBIE SAID IT WAS STILL SHOWING OPEN IN THE SYSTEM HOW CAN THEY CLOSE IT OUT, IF SHE HAS A LAWYER?  I SAID SHE DOES? I DIDNT KNOW THAT. DEBBIE  SAID I THOUGHT YOU TOLD ME THAT. DEBBIE SAID THAT CMI SHOULD CONTACT LAURIE.  I SAID WELL SHE HAS TALKED TO CMI IN THE PAST AND BITCHED AT THEM TO THE POINT THEY MAY NOT TALK TO HER. ALL I KNOW IS I CALLED CMI LAST WEEK WHEN LAURIE ASKED ME TO AND LEFT MESSAGE FOR THEM TO CONTACT ME OR LAURIE AND GAVE THEM HER PHONE NUMBER.  AND I HAVE NOT HEARD ANYTHING.

KIMBELRY GRANT
APC STORE 2000

Confidential

WMT 07857

Gregory Anders.

This is a statement of things I have seen and heard about in Store 2600. Those and some situations I've seen myself involving a member of mgmt and who an associate. I know of other situations but I do not recall the dates and times. June 28th Debbie came in on one of her vacation days I believe to help out for half the night. Jennifer and I are doing out loads in Recieving C. While Debbie was doing some loads do dept 2, HOUW746 loads (the depts they are working). Cindy finished her loads for dept 2 and goes out to her dept. While Debbie and Laurie work side by side doing 46, and 46 picks and proceed to the back filler. Debbie made it known she was leaving by 2am (unknown time). Laurie asked Clay to ask if she could leave early because her body could not go on. But just a few hours later where I saw her climbing a ladder in the pharmacy 6PM getting to get our Clay told her not to move and help out the night she hung up the phone. Her and Debbie work steadily together til about 1.30 am I believe and Debbie leaves. Laurie had Jennifer call Clay to ask if she (Laurie) could go home again. Clay said NO if you think it →

Confidential
WMT 07858

will be <u>ten</u> excused. Laurie said THATS FINE went to the break room got her things clocked out and left not 10-15 mins after Debbie. That has happened on more than one occasion. June 11th I believe again Debbie was would do 40 and 46 picks together. Then work the dates together, bring over stock back together and hang out in the 46 bing together while they were doing. Every night that Laurie is at work Debbie will work side by side with Her. Doing picks working the dates and bringing over stock back together. There have been more than a few nights when I was the only one Working the back room and Debbie says we have a lot of work to do in the back room or what you can, and then goes to help Laurie work 40 and 46. They always do 40, 40 and sometimes 2 picks together if one thinks early that one goes and being in the bin with the other until she is finished. There has been a couple nights when they were doing picks in dept 2 and 46 bin together and I did not wear long bing or clicking on for fabion off and merchandise →

Confidential

WMT 07859

thing thrown into the basket for over 15 mins. Cindy, Debbie and Laurie have all confesed the whole situation to one particular associate and is no longer on nights out new nights on shift. The whole situation is affecting the moral of the entire 3D shift. There are several associates including myself that do not want to work with either Debbie or Laurie. On nights that they both work you can never find them more than 3 ft from each other. Myself and other associates have seen them coming out of the restroom together going outside to let associates in from which together. More than one associate has told me they have seen Debbie and Laurie rubbing against each other in the O.B.S. Also Paul told me about something Debbie said to him personally. Paul and Georgy were working together on night and Debbie called them both to Quality control and Paul said to Debbie. You should tell me what it is exactly you want me to do because I still have candy to work. Debbie said Georgy cover your ears so I heard and she Debbie says Fuck you Paul. Paul said No Thank you. Debbie →

Confidential

WMT 07860

Laughed and said at least you
don't say what Laurie says.
So Paul asked what does Laurie
say? Debbie Replied Laurie buys
where and when? And then asked
Debbie what do you say to
Laurie then? Debbie said that
she tells her when. I am not
the only one that has noticed
the complete turn around Debbie's
work ethic and motivation towards
the whole store has taken. And
now is only focused on working
with Laurie and Pharmacy.
July 25th 3:20 am Debbie and
Laurie once again bring their
out stock back to ? and walk
together into the office and
shut the door for about 15
mins, who do it again about
30 mins later with cosmetics
out stock and go into the
office again with the door
closed. There is a lot more
I just do not have times
or dates for. I am sure some
other associates do, some that
are not even on 3rd shift.
I feel that Debbie is being very
un professional and not showing
one good example of leadership
I am also positive that I am →

Confidential

WMT 07861

not the only associate that feels that way. There have also been occasions when she has been talking to Associates about other associates as far as gossip. If this is our leadership on 3rd shift I personally would like to be moved to a different shift. I do not want to have to watch this go on any longer. It is like date night at walmart store 2000. It is not a good example for mngmt at all. Both Debbie and Laurie have come into work on the same night with 3 or 4 Hickeys on both of their neck. That is very unprofessional and I do not feel that Debbie is putting and focus on whats going on in the store at nights. she is only focused on Lauries wants and needs. And I do not feel that it is fair to me or anyone else on the 3rd shift to have to work, deal, see, and hear about this all week long at work. It is completley unproffesional and unfair.

Confidential

WMT 07862

7/30 - 8/01

- Cindy & Laurie late
  Cindy's face was red and looked teary eyed
  when she came in.
- Debbie and Laurie did picks for 2, 4, 5
  together.
  10:26 pm Cosmetics bin together & Debbie
  ~~goes~~ goes to lock garden center door at
  10:57 pm.
- 11:05 pm Debbie comes back to the bins,
  and Mel and Laurie go to the pharmacy
  bin together.
- 1:00 am Deborah and Laurie come out
  front to let us in from lunch
- 3:43 am Both Debbie and Laurie bring
  back the pharmacy overstock back
  and go into one of the bins by the
  pharmacy bin together.
- 5:00 am on break Cindy, Laurie, and
  Debbie are joking around and Cindy
  jokes ~~about~~ about Laurie being a
  ~~tease~~ Debbie says oh Don't
  go there. Cindy ~~too~~ laughs and
  Laurie's face turns red, and all 3
  of them laugh about it.
- 6:40 am Debbie and Laurie bring back
  1 cart of cosmetics back together, then
  go to the office together.
- They have worked together all night
  and only again have not been Mel then 3rd

"Debbie talks about associates to other associates when anyone go in to the office she brings the information to the floor, then it turns to gossip. She knows better!

Example #1   Janet went in the office an told Debbie she thought it didn't look good that Jennifer was sitting on the computer desk right in front of Clay it gave the wrong impression to someone passing bye cause we "3rd" shift just went through some other things with an other assistant Manager.

Debbie told Jennifer what Janet had said about her in the office which caused anger an friction between the two an fueled gossip on the floor after a meeting an two things were worked out between everyone an then knew where the problem was it was Debbie. So much for open door.

Example #2   Debbie an Mills would go in to the office for long periods of time from 15 min to some times almost an hour. This one night Debbie is crying an crying, well he comes out an tells people they was mean to her! Who cares she should be on the floor not in the office.

Debbie would let Mills on the computer in the office for long periods of time, he even bragged he could go in an find anyones Personal Records an put coaches in

in their files, I brought that concern up to Clay an Clay assured me he didn't have the password or ability to do that. But I told Clay Debbie was mutes in that office all the time how do he know debbie didn't know her? Clay said I know.

Example #3 Debbie picks her meetings to belittle Clay, She will say something like "I don't know what Clay did last night" or Clay isn't doing his job in the task manager y'all need to remind him. or I don't know what Clay does himself doing. An word she say is to put him down. If she comes in an don't like what she see she will start the meeting off as to say its all Clays fault.

Example #4 Debbie told two associates she wasn't going to give Greg an interview cause she thought he wasn't ready an there was no need for it. One associate went an told Greg needless to say that sparked off tempers. Finally it got back to Debbie Greg had found out so she called the other associate into the office an it was a male associate she called into the office without the company of anyone. Debbie came out with tears in her eyes. Tempers ran high for awhile due to what she had said

Confidential
WMT 07865

Example #5    Debbie an Jennifer were standing at the beauty counter laughing an whispering ~~too~~ for a good while U would say more than 10 minutes an every once in a while they would look my way. She who told another night with her hostle attitude, when they were done debbie passed by me an said " if they think I'm a bitch then I will be one. an give a Reason to make her point I knew her words went towards me but jennifer trued her neck to make me beleive it ~~was~~ wasn't. I had to jennifer earlier debbie was acting like this. So jennifer tryed playing it off as they were talking about meds but I told her debbie Shouldn't even talking to you about anything you are not her equal jennifer agreed. Later Debbie Pulled me in her office an 5 as Nasty as she could she said You got something to say to me I said nope an I left the office. Since that night Debbie has never used that tone to me again. I knew they were talking about me I couldn't prove it cause they had played up an said it was about meds

_____ favoritism on the shift is awful!
Her new pet as a way to bail her to
_____, this is what I have seen!!
_____ to Stacie in the Pharmacy was
in ____ I would call an unprofessional
way Stacie was leaned over on debbie
but side touching close, (not with her
hand") but her breast on debbie ~~____~~ Leaning
over her, I was already midway
with passing the bins, when they
noticed me they moved apart but to
late I seen them. Yes I did tell
Lt. I had clay on _____ what I
saw, other times I would go
up front an they "_____ on _____"
while ___ on ___, or in the office
if they always have to do picks
together, debbie works side by side
with Stacie in Pharmacy an cosmetics.
There most popular place is the
bins. If you need debbie or Pag
just go to the bins or Pharmacy
that is what People are saying.
      There is just no respect for
Stacie as an assistant, she comes
to work with pickles wrapped around
her neck, associates joke her about
them an she just takes it. ~~_____~~
Something you do at home need to
stay at home.

She made a statement one night what she do in her private time is transfer business. another associated says that true but you wear apron to work. There are nights while Sabina is in Pharmcy with Sabina there are associates Players gossing on not caring if on what they do. We don't get it wrong Sabina 5:45 am there work is done but they consider there done at least a hour before on gone to another dept



Confidential

WMT 07868

8/3/09

To Whom All May Concern:

On Sat 8/1/09 Assistant Manager Debbie told me, that Natalia needed to stop working in foods and work in HBA on nights + weekends like she was hired in for. I told Debbie, that she needed to talk to Assistant Manager - Sammy, because he was the one changing her (Natalia) schedule. Debbie stated, "well it took Laurie + Myself over an hour to zone HBA last night." The next morning when I came in, Debbie told me that Laurie had binned all the freight from the O.S. buggies from both HBA + Pharmacy. But Couldn't get the silver cart, due to lack of time." Later when I was in Receiving "A" talking to Assistant Manager - Clay, Debbie came up to us and said, "Laurie + I got all the O.S. Carts for Hosn + Pharmacy binned. But we didn't get to the silver cart." Then she clocked off, got her purse and left the store.

8/30 on Saturday morning, when I came into work at 6:45 Am I walked into the managers office. Assistant

2 Associates from 3rd Shift - these
Associates were - Laurie & Cindy.

Asst. Mgr.
Tracy Helton

Confidential                                                                                          WMT 07870

REMOVED FIXTURES DAMAGED

## Kimberly Grant - kagrant.s02000

| | | |
|---|---|---|
| **From:** | Kimberly Grant - kagrant.s02000 | **Sent:** Fri 6/19/2009 10:00 PM |
| **To:** | Max Dutton - mrdutto.s02000 | |
| **Cc:** | | |
| **Subject:** | FW: CMN? | |
| **Attachments:** | | |

Max,

Please read below the answer to the CMN Donation Question.

Thanks,
*KIMBERLY GRANT*
*APC STORE #2000*
*KITTY HAWK, NC*

---

**From:** Dawana Riddick - D0RIDDI
**Sent:** Fri 6/19/2009 2:31 PM
**To:** Kimberly Grant - kagrant.s02000
**Cc:** Eric Litchfield; Tracey Battle
**Subject:** RE: CMN?

Hi Kim

I have spoke to Eric and Tracey about this and we feel that if the customer wants to donate the card she could donate it directly to the hospital.

Thanks

Dawana Riddick MAPM
Market 486
(252) 314-5155 Cell

Case 4:11-cv-00099-BO Document 87-19 Filed 08/28/13 Page 91 of 98
Confidential
WMT 07871

**Kimberly Grant - kagrant.s02000**

| | |
|---|---|
| **From:** | Dawana Riddick - D0RIDDI |
| **To:** | Kimberly Grant - kagrant.s02000 |
| **Cc:** | |
| **Subject:** | Re: question |
| **Attachments:** | |

**Sent:** Wed 6/24/2009 9:03 AM

We will add this to the investigation.

---

**From:** Kimberly Grant - kagrant.s02000
**To:** Dawana Riddick - D0RIDDI
**Cc:** Tracey Battle
**Sent:** Tue Jun 23 16:31:51 2009
**Subject:** question

out of curiosity why couldn't anything be done when Teresa threatened me on June 12th? Why was that not grounds for termination? Wasn't that retaliation on Debbie and Myself? It has just been on my mind? and Do you think there is more to all this than we already know. I have thought maybe there is something much bigger than we know going on. I do not know how to look at invoicing and see that no fake vendors are in there or anything of that nature.

I thought it was hilarious yesterday, Tracey said Max had her in the office and said he was giving her a training class on how to finalize on hand changes. She said it was so she would have to finalize them.

*KIMBERLY GRANT*
*APC STORE #2000*
*KITTY HAWK, NC*

Confidential          WMT 07872

Case 4:11-cv-00094-BO          Document 97-19          Filed 08/28/13          Page 92 of 98

# REMOVED FIXTURES DAMAGED

**To...**        Dawana Riddick - DORIDDI; Art Binder

**Cc...**

**Bcc...**

   **Subject:**   Video review

**Attachments:**

As documentation to follow up on the phone call I made to Art Binder and Dawana Riddick this morning,

The accounting office video review for 6/14/2009 did not show Asst Mgr Sammy putting a raffel ticket or anything to do with the raffel in the accounting office from the hours of 1500 thru 2100 hours.

I have recorded the video footage on a dvd and finalized it and have it secured in a different location than the original vhs tape. There was not shot of the raffel table area. Sammy says he doesn't know who contacted the customer initially to have found out that they were donating the money back to CMN. He doesnt know if he called the customer or not. He says that Art handed him the winning ticket outside of the accounting office sometime after 4pm. I have no video of the outside hallway of the accounting office. There is a camera there but it only shows up in accounting on the monitor it does not go to my office to record.

If I can be or further assistance please let me know.

*KIMBERLY GRANT*
*APC STORE #2000*
*KITTY HAWK, NC*

ArT Glidden

305
2981

Art's Place

261-3233

**Wal-Mart**
Always Low Prices- Always

**Teresa Shanefelter**
Community Involvement
Coordinator
5400 North Croatan Highway
Kitty Hawk, NC 27949

252-261-6011, ext. 183
Fax: 252-261-1397



Confidential

WMT 07874

Confidential

WMT 07875

6/27/09

I will Try To Find out more about drawing
for CMN. I was here that Day & Never heard
over the intercom that they were drawing a
Ticket & Never Heard an announcement as to who
~~Twas~~ the winner was. And usually it is very
publicized A Big deal is made.

The ticket is not here.

The Customer who won is Tammy Nichols
who ~~o~~ leases the building & runs Art's Place.
It is To my understanding that Art doesn't
having an interest in the business any more Bt
he does hang there & still acts like he runs the
place.or at least can do what he wants while
there. I had Been Told that Tammy & the co-own
of Arts Place Take care of Art. (not sure how)

Tonja would have more insight on that she use
To work there I think She spent a lot of Time there
& Knows all of them very well.
                                        Kim

Confidential                                                                    WMT 07876

5/23/09 - On + on over walkie about Vendors must be at
Harris Teeters - they had 2 students pack all their Features.
Jennifer said something + He ~~Er~~ Max said, I said Sammy
Not Jennifer.

7:19 am Max said on Walkie To Clay - You Dismiss
your night crew all at once. They don't leave till
you dismiss them.

From 7:20 Till -
Teresa Shanfelter walking Floor for Opportunities.

5/23/09 8:11 am - Max said To me (in the Action Alley
By mens + Ladies. Eric L. said that we are down 3
As't Mgrs + A Co (Due To Volume) ~~&~~ With An APC
in the building shouldn't Be a no. And he said
outside the store ~~&~~ Eric Told him "What the hell
I Don't Care
if she is a personnel Mgr or what she should ha
cleaned the refrigerators + Not gotten a no.
I Told Max One person cannot due all of Nation
Priorities or the Shrink Matrix. It is just Not
humanly possible. And he was blowing air into a Ball
and I walked away. ✹ And he also said Eric was
going To Come To Whoever was in charge of that
Section Next Time about the Nos.

Confidential
WMT 07877

5/21/09 - T.S. in on Mgmt Meeting after Eric left
5/22/09 - T.S. in on Conference call.
5/25/09 - T.S, Sammy & Max — Max Bought T.S Drink & Food.
(Subway) He did offer me a drink because I was there.
I declined.

6/2/09 - T.S. & Max eating in subway

Confidential
WMT 07878