IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:11-CV-00094-BO

| | |
|---|---|
| BRUCE BANNISTER; MAX DUTTON; and MARION TOWLES;<br><br>Towles,<br><br>vs.<br><br>WAL-MART STORES EAST, L.P.,<br><br>Defendant. | **APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REGARDING MAX DUTTON'S CLAIMS** |

**H-4**

**Declaration of Noah Johnson Exhibit 4**
A. Binder's Investigative Interview Notes (11/9/2009)

Diane

D - Not question + answer - this is time to put closure for invest. that has taken too long.

Diane - a lot of lack of judgement - family had a baby died - have 9 grandchildren, Art and I were fundraising and she said she was going home + Art wasn't ready because he would get 1/2 of that money. On Monday mgmt called her inside the office + lectured her on the fact that Art needed the money. One couple donated 500.00. Why wasn't he at his restaurant working - how much money did he get?

D. - We can't substiate whether he got it or not. Clearly any fund raises will be within the parameters of Wal-Mart. We will raise money correctly, we don't typically - as a matter of fact this is the only case that I know of where a volunteer has helped on a regular basis. This will not happen anymore. I want to make sure that you are comfortable that we are taking the appropriate actions with that individual which is confidential and then going forward we will follow all procedures going forward. When we leave the store today all actions will taken + procedures will

Dianne - I take your word on that. I understand sir.

Art - if there were any way to correct the issue we would I would + David would. The family would be at a

Confidential     WMT 01252

Diane - I trust you sir.
David - I wish I could feel good about this conversation
Diane - Thank you so much

*[signature]*
Shannon England

Confidential                                                                                                WMT 01253

Jennifer —                                         11-9-09

J — A lot of negative — I agreed w/ you — Dianne Heuer left
by CBL's and read it — some of it was not true anyway
he is a great store mgr & has taught me everything
I know. He has never compromised his integrity —
he's great. I wish you could talk to everyone before
you left & let a few decide

D — Well we have policies, procedures &
morale issues that must be corrected.

J — This store would not be what it is
without him. — Ahoskie, Suffolk, Franklin, here 1994,
Calvin, can't remember, short man, James, they were all
true, Suffolk there, great store Joe McQueen.

D — Appreciate you taking the time

J — Hopes so — I don't think there are morale
issues — some people like to stir the pot.

D — The statement you saw — what happened?

J — It was at the terminals (CBL's)

D — What did you do with it?

J — I read it & it scared me

D — Where is the statement?

J — I left it there —

                             *Engel*
                     Shannon England

Jacqueline 11-9-09

D- Not question & answer session
J- Yes, you get a Cust. Call & you don't want to go back in - another DM wouldn't let me go in - I was O/N support - take off my walkie & go home. Told me twice to go to the beach I am asking for help - he is a good man but not always good at relaying a message.
D- What would you like us to do?
J- 10 am eating breakfast & he called me & yelled at me
D- One side you respect him & then you say there is the meetings
J- There are 2 Max's - there is a politician & then there is the Wal-Mart Max - He is better after he has been sick - Dr's orders. He has been better for 1 mos. All the people talking to us for a month has made him better.
D- I am sure he would reflect.
J- I would hope so - my parents church burned down he was great - 2 different people - Team - no friction - we go to each other - we are in the same boat. But I don't know what will change it.

Confidential  WMT 01255

P8 2

D - This will change it - I am done w/ investigation all behaviors & practices will be corrected - and I want to know if it doesn't change.

J - Everyone wants to know if this will be the thing to change it. It has been better. I had been asking & asking. I came in & he said Eric was on his way & we heard horror stories about Eric & Max said I better have 54 ft set by 4 PM or my job was on the line. I did it but I did it but I was not happy. I stayed on nights for so long because of it -. We have good ASM's in the stores - women - end up transferred out of the store.

D - We have had to look at that and there is varied data on that - promotions & turnover.

J - Turnover is there - its an act.

D - Why for all these years wouldn't people say something.

J - Easier to swallow & move on until now.

D - you saw until now - after ASM if you have a problem w/ SM you would talk MM.

J - ASM I had a problem w/ someone & I actually left the store & told him I would talk to Max. I ended up becoming a Support - and nothing was ever done about it. We were best friends & she called & I

Pg 3

J - Max asked her if she should fire him & they have a new baby on the way - she is an O/N stocker.
D - As far as the past few mos - we need to address several ~~issues~~ - use open to market level.
J - I have to add that we see them more often.
D - Should be here every 2-3 wks
J - And there has been
D - Keeps mgr on there toes - People have the ability to be led astray & the poor behavior will continue if there are no consequences. Hey lug the way there are the lines in the road - stay between them.
J - Even working overnight you would know - extreme
I told Eric it was nice - sat in the ~~period~~ lounge. Things are different in Kitty Hawk
D - Things we buy & sell are different.
J - Thats what happened
D - Your pretty perceptive take this as a compliment
J - I will take it as a compliment - that is why I speak for the group - and I give it back to him. Like the 80 to me Beach he didnt talk to him for a week but thats ok then he cant make me mad! I'm jersey Italian. I will go home and cry but not in front of him! No way.

Confidential    WMT 01257

P8 4

J- We heard all types of stories about Eric that were just stories - Eric firing dept mgrs - It's not true - Good people leaving we only hear ½ of the story - When you have good people appreciate them!

*Shannon England*

Confidential
WMT 01258

Mark - Directs       11-9-09

D - wanted to make sure you are comfortable with CMN donations will be ceased going forward

M - Yes sir,

D - We don't want to do it that way - we have a protocol for raising money properly

M - Ok

D - Seems like you came to the conclusion on your own that it was wrong.

M - Yes but we worked it out.

D - ok - lets be clear that we cannot raise money that way & we have to follow all policies & procedures.

M - Yes sir

*Shannon England*

Confidential  WMT 01259

Anita                                11-9-09

D - Obviously you know CMN money was not raised properly

A - Yes - 500 check.

D - I am here to ensure that you understand the correct way raise money going forward.

A - Yes I understand.

D - Any further deposits you need to notify your MM.

A - We just have a gift card

Art - We will find out what we need to do about the gift card.

D - Checking w/ legal.

Art - Call us if you feel like you are not receiving Respect for the ind.

D - Is there problems w/ Respect

A - We all get along?

D - with Max?

A - My pay was off - so I felt mistreated -

D - Ok - we had some complaints so we wanted to check.

A - Ok - Thanks so much

*Shannon England*

11-9-04

Rita

D - We understand that you picked up at?
R - Yes
D - Did you pick up Al and get reimbursed
R - It could have been I mean its a quarter
D - And I may be sensitive but we want to ensure we follow all policies & procedures.
R - Ok
A - How many times?
R - Once
A - How far?
R - like a mile
A - We need to pay you to drive your car on
R - I want to say something — at has been around a long time & has helped a lot & was trustworthy.
D - did he wear dress code?
R - at the end
D - like blue + Khaki?
R - yes
D - name badge
R - no
D - Policies & procedures have changed over time.
R - I understand that now - I used to do them, we basically cannot do them.
D - Who are best to ...

11-9-09

D - Shouldn't take long - cenroot. Coppertone.
Deb - Melissa
D - Supplier
Deb - Kim G in office - coming down hall & asked me how much money to give & ah told her I had nothing to tell her or to do with her.
D - Well invest. is over main thing is that we don't do these types things - we follow policies & procedures.
Deb - Theresa & Max take care of that.
D - CMN is our nationally recognized charity & we raise money in accordance w/ ethics policy.
DW. - Yes.

*Shannon England*

MAX DUTTON  11/04/09

THOUGHT THE MEETING WAS FINE. THE PEOPLE WERE QUITE.

MAX SAID HE WAS AWARE OF VIDEO (CARE) NOT BEING VIEWED B/ VIDEO. DAVID EXPLAINED THAT THE CARE VIDEO WAS ABOUT THE RIGHT WAY TO HANDLE C(M)N COLLECTION

MAX SAID ERIC SAID DO WHATEVER IT TAKE.

ORIGINAL INVESTIGATION WAS ABOUT P(O) BOOK ON MAX FOR DISCRIMINATION. MAX SAID HE HEARD THAT 3 TO 4 WEEKS AGO FROM DAVID.

MORALE - MAX STATED THAT HE DID NOT BELIEVE THERE IS A MORALE ISSUE. ONLY ONE ASM HAS CAUSED ISSUES

DEPT MANAGER MEETING ARE UPBEAT & POSITIVE SAY MAX. DAVID CHALLENGED MAX ON BELIEVING THAT. SAY MAX IS ACCUSED B/ SEVERAL AS BEING DEMEANING. MAX SAYS "SORRY IF THEY WERE"

Confidential                                                                                           WMT 01263

David reads "Seems like we are threating a lot". Nat says he can't imagine why.

Mat disputes w/o a doubt he has never threatened a job. He believes that an ASM walking off the job had a few friends that may be upset.

ASM is Tonya Moore - she was upset w/ having to pay her own way if she transferred as ASM. Called me & sounded like she may be drinking. I called & not understandable. Called J Race & had to contact her. Coaching - verbal.

Teresa - Mat says he used her for keeping me on schedule. She keyed my or typed my ASM's yearly evaluations because we had to change calibrated scores so often.
David discusses that Mat was wrong & people have been terminated for the violation of not protecting their password sign on.
David said - she cannot have your user ID for any reason.
Mat - Teresa sits in on conference calls because I mentioned

HER. SHE CAN LEARN FROM WHAT IS SPOKEN TO DO.

DID ASST'S KNOW WHY TERESA ON CC.
MATT - JUST BECAUSE THEY NEED A LOT OF
TEACHING & TRAINING.

DAVID SAID THAT TERESA NEEDS TO WORK
IN HER JOB RESPONSIBILITY —

TERESA AND I HAVE GONE TO SUBWAY W/ OTHER
ASM'S. WE DID LEAVE THE STORE ONE TIME
TO HAVE A PERSONAL DISCUSSION WITH AN ASM
WHO NEEDED GUIDANCE ON A PERSONAL MATTER.

TERESA HAD LIMITED KEYS & HAS HAD THEM
EVEN PRIOR TO MY BEING THE MANAGER.

MC, SAMMY : SOME HOURLY WERE TRYING TO GET
SAM IDEA TO EAT BETTER. I GAVE T W/
THE PICTURE — DID NOT SHARE IT W/ OTHERS.

Case 4:11-cv-00094-BO    Document 98-5    Filed 08/28/13    Page 15 of 18
Confidential                                                                                WMT 01265

ATT GLIDDEN — LAST RAFFLE. DO NOT EVEN KNOW HOW THE DRAWING TOOK PLACE.

MAY. GREAT IDEA TO GET THE ASSOCIATE INVOLVED ME & ATT GLIDDEN LESS.

I ASKED PAST MARKET MANAGERS TO USE ART & THEY WERE IN THE KNOW.

NOT WATCHING CARE VIDEO - VERY SHORT HANDED - FED TO JONE - HAD TOTAL OF 3 ASM'S SAMMY & 1ST. 2ON NIGHTS.

ERIC SAID TRACEY WAS GETTING A PLAN TO CORRECT STAFFING.

ART HAD A NAME BADGE FOR A FEW YEARS. IT HAPPEN UNDER MY WATCH.
HIS HAVING A NAME BADGE. HAS GONE BACK 16 YEARS.

MAY SAYS HE NEVER TOLD ART TO DRESS IN BLUE & KARHI.

MAY SAYS HE NEVER DISCUSSED SOLICIT MONEY FOR CNN.

Confidential   WMT 01266

Brand, Coppertone, Frito-Lay, All Pose I told no too.

Matt's says he hopes the David does not terminate him. His response to David's question to "what should I do with you".

This past summer was my hardest. I should had to step back & not done some of the things I did. I should have reached out to someone.

I did not tell ASM's that if they did not produce they will be an ASM with any longer like the ones in Raleigh.

I never said you will have a red dot on your head if you do not produce - but my ASM Sammy did not. Later I told Sammy he should not have said that. He said it to Dept Managers but got it from a CC with Eric who said that. Sammy and I were on the call. Other manager called me about it.

Confidential                        WMT 01267

PEOPLE WITH ANY FOLLOW CONCERNS.

TERESA SHINSELTER - I GUESS WE HAVE SOME BREAKDOWN ISSUE. I DID HAVE MAX'S ID SIGN ON.

MAX & MANAGEMENT. DECIDED TO SOLICITED MAT'L FROM VENDORS. I MADE THE FLYER UP TO THE VENDORS.

I WILL NOT GO BEYOND M/ JOB RESPONSIBILITY GOING FORWARD.

DAWANA & TRACEY ASKED IF MAX & I WERE HAVING AN AFFAIR -. IT WAS THEN A STRUGGLE ~~TO THE~~ YOU & MAX ARE CLOSE AGAINST YOU.

KIM STATED I CAN GET MAX FIRED ANY TIME ~~TIME~~ I WANT. I TOLD MY ASST. MGR.

Confidential                                                                                           WMT 01268