UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MAX DUTTON, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>WAL-MART STORES EAST, L.P., )<br>        Defendant. ) | **JUDGMENT**<br>**NO. 4:11-CV-94-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, and DECREED** that the defendant's Motion for Summary Judgment as to Max Dutton's Claims [DE 96] is GRANTED. Defendant's Motion for Summary Judgment as to Marion Towles' Claims [DE 100], Motion to Sever [DE 103] and Motion to Strike [DE 110] are DENIED AS MOOT, as plaintiff Marion Towles and the remaining plaintiffs have stipulated to a dismissal of their claims. The clerk shall close this matter.

**This Judgment was filed and entered on February 25, 2014, and copies were delivered to:**
Robert Meynardie   (electronically via CM/ECF)
Joseph Nanney  (electronically via CM/ECF)
Culley Carson  (electronically via CM/ECF)
Julie Adams (electronically via CM/ECF)
Angela Cummings (electronically via CM/ECF)
Molly Shah (electronically via CM/ECF)


DATE                                                                  JULIE A. RICHARDS, CLERK
February 25, 2014                                           /s/ Macy B. Fisher
                                                                            (By) Macy B. Fisher, Deputy Clerk